FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2015 DEC 10 PM 1:30

| | |
|---|---|
| DELTA AIR LINES, INC., | ) |
| Plaintiff, | ) ) |
| | ) 6:15-cv-2079-ORL-31 TBS |
| v. | ) Case No. |
| JOHN DOES 1-20; | ) ) |
| Defendants. | ) ) |

### MOTION FOR TEMPORARY ADMISSION INSTANTER
### OF KELLY O. WALLACE FOR PLAINTIFF DELTA AIR LINES, INC.

Pursuant to Local Rule 2.02, Plaintiff Delta Air Lines, Inc. ("Delta" or "Plaintiff") moves this court *instanter* for the temporary admission of attorney Kelly O. Wallace to the bar of this Court. Mr. Wallace has previously been admitted to this Court on behalf of Delta *pro hac vice* in other matters, and has initiated proceedings for special admission in this case contemporaneously with this Motion.

Respectfully submitted this 10th day of December, 2015.

JOHN H. RAINS III, P.A.

_____
John H. Rains, III (FL Bar No. 280283)
501 East Kennedy Boulevard, Suite 750
Tampa, FL 33602

Phone: (813) 221-2777
Fax: (813) 221-3737
Email: jrains@johnrains.com
Email2: ehill@johnrains.com
*Attorneys for Plaintiff Delta Air Lines, Inc.*

*(Pro hac vice applications to be submitted)*

**WELLBORN, WALLACE & WOODARD, LLC**

Paul F. Wellborn III    (GA Bar No. 746720)
Kelly O. Wallace        (GA Bar No. 734166)
Jamie Woodard           (GA Bar No. 775792)

1175 Peachtree St., NE
100 Colony Square, Suite 300
Atlanta, Georgia 30361

Phone:   (404) 815-9595
Fax:     (404) 815-9957
E-mail:  pete@wellbornlaw.com
         kelly@wellbornlaw.com
         jamie@wellbornlaw.com