AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Middle District of Florida_____ on the following

✖ Trademarks or  ☐ Patents.  ( ☐  the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>6:15-cv-2079-Orl-31TBS | DATE FILED<br>December 10, 2015 | U.S. DISTRICT COURT<br>Middle District of Florida | |
|---|---|---|---|
| PLAINTIFF<br><br>DELTA AIR LINES, INC. | | DEFENDANT<br><br>JOHN DOES 1-20 | |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | ***SEE ATTACHED COMPLAINT *** |

| CLERK<br><br>SHERYL L. LOESCH | (BY) DEPUTY CLERK<br><br>Marlene A. Lebedda | DATE<br><br>December 10, 2015 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**