UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DELTA AIR LINES, INC.,

    Plaintiff,

v.                                         Case No:   6:15-cv-2079-Orl-31TBS

JOHN DOES 1-20,

    Defendant.

## ORDER

The Motion for Temporary Admission Instanter of Kelly O. Wallace for Plaintiff Delta Airlines, Inc. (Doc. 3) is **DENIED without prejudice** because it does not contain all information specified in M.D. FLA. Rule 2.02(a).

**DONE** and **ORDERED** in Orlando, Florida on December 10, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record