# EXHIBIT A
## Declaration of E. Alan Arnold

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DELTA AIR LINES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. _____ |
| | ) |
| GONZOLINA SOTOLONGO; | ) |
| DOUGLAS MARK FLETCHER; | ) |
| JOSEPH CHIMENTI; | ) |
| GERALD DECKER; | ) |
| FULL MOON TRAVEL, INC. d/b/a | ) |
| FIRST TRAVEL SERVICES d/b/a | ) |
| TOURS R US SPECIAL VACATIONS | ) |
| d/b/a BOOKITDISCOUNTCLUB.COM; | ) |
| TWILIGHT TRAVEL, INC.; | ) |
| DESTINEY MARKETING SERVICES, | ) |
| INC.; and JOHN DOES 1-10, | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF EDWARD ALAN ARNOLD

1.

My name is Edward Alan Arnold. I am competent in all respects to testify regarding the

matters set forth herein. This declaration is based upon my personal knowledge of the facts

stated herein or on business records that were made at the time or in the regular course of

business.

2.

I have been an employee of Delta Air Lines, Inc. ("Delta") since 1999. I am an Attorney-

at-Law licensed in the State of Georgia. I am Vice President – Deputy General Counsel for

Delta. I am enabled and authorized to make this declaration.

3.

I am knowledgeable of, or have access to, all business records relating to all aspects of Delta's intellectual property, including, but not limited to, its trademarks, copyrights, or other intellectual property, sales, online sales, advertising, marketing, media coverage, and international operations.

4.

Delta is one of the world's largest commercial airlines, generating over 36 billion dollars in annual revenue and offering service to more destinations than any other global airline, with carrier service to 330 destinations in 65 countries on six continents. Delta serves more than 160 million customers each year.

5.

The DELTA name and mark and the WIDGET LOGO, along with Delta's other registered marks (collectively, the "Delta Marks") have earned extensive goodwill, favorable recognition, and a worldwide reputation for high-quality products and services.

6.

Through Delta's longstanding use of the Delta Marks and its related promotional activities, and due to the widespread and favorable public acceptance and recognition of those marks, the DELTA and WIDGET LOGO marks have become distinctive designations of the source of origin of Delta's goods and services. These marks are uniquely associated with Delta and its high quality goods and services.

7.

Delta is a member of the SkyTeam Alliance, through which it provides comprehensive access to an extensive global network of travel related-services.

8.

Delta is an authorized licensee of the SKYTEAM mark, which is owned by Guardant, Inc. Only members of the SkyTeam Alliance are authorized to display or use the SKYTEAM mark in connection with any products or services.

9.

The SKYTEAM name and mark has earned extensive goodwill, favorable recognition, and a worldwide reputation for high-quality products and services.

10.

Delta's longstanding use of the SKYTEAM mark and its related promotional activities, and due to the widespread and favorable public acceptance and recognition of the mark, the SKYTEAM mark has become a distinctive designation of the source and origin of the goods and services associated with the mark, including Delta's goods and services. The SKYTEAM mark is uniquely associated with the SkyTeam Alliance's high quality goods and services.

11.

The DELTA, WIDGET LOGO, and SKYTEAM marks are assets of incalculable value as symbols of Delta, its high-quality goods and services, and its goodwill.

12.

Delta has invested billions of dollars in worldwide advertising and marketing in order to build the fame, reputation, and goodwill of the Delta Marks, both in the United States and worldwide. Delta advertises through a variety of media, including the Internet (on Delta's own web site, as well as the web sites of third-parties), television, radio, newspapers, magazines, and direct mail. Delta's means of communication with its customers and potential customers includes toll-free telephone numbers that the customers and potential customers may call.

13.

Delta offers and sells its goods and services under and in conjunction with, among others,

the following DELTA-related trademark and service mark registrations in the United States:

| Reg. No. | Mark | Registration Date |
|---|---|---|
| 0523611 | DELTA AIR LINES | April 4, 1950 |
| 0654915 | DELTA | November 19, 1957 |
| 0802405 | DELTAMATIC | January 18, 1966 |
| 0963228 | DELTA AIR LINES (IN OVAL LOGO) | July 3, 1973 |
| 0970418 | DELTA AIR LINES | October 9, 1973 |
| 1428763 | DELTA CONNECTION | February 10, 1987 |
| 1703774 | DELTA SHUTTLE | July 28, 1992 |
| 1733703 | DELTA CENTER | November 17, 1992 |
| 1740294 | DELTA CENTER (WITH WIDGET LOGO) | December 15, 1992 |
| 2058985 | DELTA & 1960 AIRCRAFT DESIGN | May 6, 1997 |
| 2408003 | DELTA VACATIONS | November 28, 2000 |
| 2662451 | DELTA AIRELITE | December 17, 2002 |
| 2980826 | DELTA CONNECTION | August 2, 2005 |
| 3890727 | DELTA SKY CLUB | December 14, 2010 |
| 3994004 | DELTA ASSIST | July 12, 2011 |

14.

These registrations, which issued on the Principal Register, are, to the best of my

knowledge, in full force and effect. The majority of these registrations have long since acquired

"incontestable" registration status. Attached as Exhibit A-1 are sample extracts of these

registrations from the United States Patent and Trademark Office.

15.

Delta offers and sells its goods and services under and in conjunction with, among others,

the following WIDGET LOGO-related trademark and service mark registrations in the United

States:

| Reg. No. | Mark | Registration Date |
|---|---|---|
| 0704103 | WIDGET LOGO | September 6, 1960 |
| 1143697 | WIDGET (OPEN) | December 16, 1980 |
| 2556013 | WIDGET LOGO | April 2, 2002 |

4

16.

These registrations, which issued on the Principal Register, are, to the best of my knowledge, in full force and effect. All of these registrations have long since acquired "incontestable" registration status. Attached as Exhibit A-2 are sample extracts of these registrations from the United States Patent and Trademark Office.

17.

Delta offers and sells its goods and services under, in conjunction with, and with the permission of the mark owner, the following SKYTEAM-related trademark registrations in the United States:

| Reg. No. | Mark | Registration Date |
|----------|------|-------------------|
| 2750730 | SKYTEAM | August 12, 2003 |
| 2684264 | SKYTEAM & DEVICE | February 4, 2003 |

18.

These registrations, which issued on the Principal Register, are, to the best of my knowledge, in full force and effect. All of these registrations have long since acquired "incontestable" registration status. Attached as Exhibit A-3 are sample extracts of these registrations from the United States Patent and Trademark Office.

19.

Other than Delta and its authorized affiliates, licensees, and partners, no one is permitted to use the DELTA or WIDGET LOGO marks or any other Delta Mark for commercial gain. Moreover, Delta has no "partnership" or other business relationship with Full Moon Travel, Inc. or any other Defendant in this matter. Neither Full Moon Travel, Inc. nor any other Defendant is authorized to use the Delta Marks.

20.

Other than Delta and the other SkyTeam Alliance members and their licensees, no one is permitted to use the SKYTEAM marks or any other SKYTEAM-related marks for commercial

5

gain.  Neither Full Moon Travel, Inc. nor any other Defendant is authorized to use any

SKYTEAM-related marks.

21.

Delta has received numerous complaints from customers and other members of the

general public who received unsolicited facsimile advertisements (the "Infringing Faxes")

regarding the vacation packages being offered by the "H.R. / Delta Sky Team" and "Delta

SkyTeam H.R. Department".  Delta did not participate in any manner in the creation or

transmission of the Infringing Faxes.  Delta did not authorize any third-party to create or send the

Infringing Faxes.  The Delta promotions referenced in the Infringing Faxes do not exist.

22.

The creators, senders, and users of the Infringing Faxes (including all persons and entities

named as Defendants herein) were not at any time and are not now authorized to use the DELTA

mark, the WIDGET LOGO mark, the SKYTEAM mark, or any other Delta Mark or

SKYTEAM-related marks.

23.

Rather, the people and entities involved in the creation, sending, and use of the Infringing

Faxes have, quite simply, pirated the Delta name and marks for their own financial benefit.

These people and entities are defrauding the recipients of the Infringing Faxes, who erroneously

believe the Infringing Faxes originated with Delta.

24.

The sole travel agency authorized to identify itself as a corporate affiliate of Delta is

MLT, Inc., a wholly-owned Delta subsidiary doing business as "Delta Vacations."

25.

Upon information and belief, the perpetrators of this fraudulent travel package scheme

have sent many Infringing Faxes to recipients throughout the United States.

26.

Two versions of the Infringing Faxes are known to have been sent by the Defendants. In each version, the fax purports to be from "H.R." or "H.R. Department" and "Delta Sky Team." In each version, the fax promotes vacation packages to Mexico, Jamaica, Hawaii, and other tropical destinations, and states that the "first 500 callers receive 60% off airfare." In each version, the recipient is directed to call a toll-free number and provide a promotional "reservation code" to book the vacation package. A true and correct copy of the first known Infringing Fax (from November 2014) is attached hereto at Exhibit A-4. A true and correct copy of the latest Infringing Fax (from August 2015) is attached hereto at Exhibit A-5.

27.

The Infringing Fax appearing at Exhibit A-4 was received on or about November 24, 2014. Delta has received copies of substantially-identical versions of that fax which appear to have been sent on various dates from November 24, 2014 through at least December 16, 2014.

28.

The Infringing Fax appearing at Exhibit A-5 was received on or about August 27, 2015. Delta has received copies of substantially-identical versions of that fax which appear to have been sent on various dates from August 27, 2015 and at least September 1, 2015.

29.

I swear under penalty of perjury that the testimony set forth in this declaration is true and correct.

This 23ᵈ day of November, 2015.

_____
Edward Alan Arnold
Vice President – Deputy General Counsel
Delta Air Lines, Inc.

Exhibit A – Arnold Dec
SUB EXHIBIT A-1

10/11/13                                          Trademark Electronic Search System (TESS)

United States Patent and Trademark Office

<

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Oct 11 03:12:21 EDT 2013

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

[ Logout ]  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | ( Use the "Back" button of the Internet Browser to return to TESS)



| Word Mark | DELTA AIR LINES |
| --- | --- |
| Goods and Services | IC 039. US 105. G & S: AIR TRANSPORTATION OF PASSENGERS, MAIL, AND EXPRESS. FIRST USE: 19340700. FIRST USE IN COMMERCE: 19340700 |
| Mark Drawing Code | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| Design Search Code | 03.17.01 - Wings, birds'<br>24.03.25 - Badge, police; Badges; Police badge; Sheriff's badge; Ten Commandments<br>26.01.02 - Circles, plain single line; Plain single line circles<br>26.05.02 - Plain single line triangles; Triangles, plain single line<br>28.01.05 - Alpha (Greek letter); Greek characters; Omega (Greek letter) |
| Serial Number | 71529442 |
| Filing Date | July 25, 1947 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Registration Number | 0523611 |
| Registration Date | April 4, 1950 |
| Owner | (Register) DELTA AIR LINES, INC. LOUISIANA MUNICIPAL AIRPORT ATLANTA GEORGIA CORPORATION<br><br>(LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |

EXHIBIT A - DECLARATION OF ALAN ARNOLD

| | |
|---|---|
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | E. Alan Arnold |
| Disclaimer | THE WORDS "AIR LINES" ARE DISCLAIMED APART FROM THE MARK AS SHOWN. |
| Type of Mark | SERVICE MARK |
| Register | HOME |
| Affidavit Text | SECTION 8(10-YR) 20100315. |
| Renewal | 4TH RENEWAL 20100315 |
| Live/Dead Indicator | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 United States Patent and Trademark Office

Home| Site Index | Search | FAQ| Glossary| Guides| Contacts| eBusiness| eBiz alerts| News| Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Oct 11 03:12:21 EDT 2013

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | ( Use the "Back" button of the Internet Browser to return to TESS)

## Typed Drawing

—

| | |
|---|---|
| Word Mark | DELTA |
| Goods and Services | IC 039. US 105. G & S: AIR TRANSPORTATION OF PASSENGERS, MAIL, [ AND ] EXPRESS * , FREIGHT AND CARGO *. FIRST USE: 19450700. USED IN ANOTHER FORM IN JULY 1934 IN A SLIGHTLY DIFFERENT FORMAT. FIRST USE IN COMMERCE: 19450700 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 72017621 |
| Filing Date | October 17, 1956 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Change In Registration | CHANGE IN REGISTRATION HAS OCCURRED |
| Registration Number | 0654915 |
| International Registration Number | 0924004 |
| Registration Date | November 19, 1957 |
| Owner | (REGISTRANT) DELTA AIR LINES, INC. CORPORATION LOUISIANA MUNICIPAL AIRPORT ATLANTA GEORGIA |
| | (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| Assignment Recorded | ASSIGNMENT RECORDED |

EXHIBIT A - DECLARATION OF ALAN ARNOLD

Trademark Electronic Search System (TESS)

| | |
|---|---|
| Attorney of Record | J. Scott McClain |
| Prior Registrations | 0523611 |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECTION 8(10-YR) 20071106. |
| Renewal | 3RD RENEWAL 20071106 |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search System (TESS)



### United States Patent and Trademark Office

Home| Site Index| Search| FAQ| Glossary| Guides| Contacts| eBusiness| eBiz alerts| News| Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Oct 11 03:12:21 EDT 2013

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status | ( Use the "Back" button of the Internet Browser to return to TESS)

### Typed Drawing

| | |
|---|---|
| Word Mark | DELTAMATIC |
| Goods and Services | IC 039. US 105. G & S: ELECTRONICALLY TRANSMITTING, RECEIVING AND RECORDING DATA RELATING TO PASSENGER AND CARGO SPACE STATISTICS, INCLUDING THE AVAILABILITY OF SPACE ON FLIGHTS OF OTHER DOMESTIC AIRLINES, AS WELL AS ON APPLICANT'S FLIGHTS; THE RESERVATION OF SPACE ON APPLICANT'S FLIGHTS AND ON CONNECTING FLIGHTS OF OTHER CARRIERS; DATA CALCULATION AND COMMUNICATION BETWEEN REMOTE POINTS ON APPLICANT'S SYSTEM (INCLUDING POINTS SERVED BY APPLICANT IN OTHER COUNTRIES) AND BETWEEN APPLICANT AND OTHER DOMESTIC AIRLINES; ASSISTANCE TO PASSENGERS AND TRAVEL AGENCIES IN BOOKING TOURS, RESERVING HOTEL ACCOMMODATIONS, RESERVING RENTAL CARS, AND MAKING SPECIAL MEAL ARRANGEMENTS; AND LOCAL INTERCOMMUNICATIONS AND RELATED SERVICES. FIRST USE: 19640901. FIRST USE IN COMMERCE: 19640901 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 72213768 |
| Filing Date | March 10, 1965 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Registration Number | 0802405 |
| Registration Date | January 18, 1966 |
| Owner | (REGISTRANT) DELTA AIR LINES, INC. CORPORATION LOUISIANA ATLANTA AIRPORT ATLANTA GEORGIA |
| | (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |

EXHIBIT A - DECLARATION OF ALAN ARNOLD

| | |
|---|---|
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | J. SCOTT MCCLAIN |
| Prior Registrations | 0523611;0762448;AND OTHERS |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECTION 8(10-YR) 20050930. |
| Renewal | 1ST RENEWAL 20050930 |
| Live/Dead Indicator | LIVE |



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Oct 11 03:12:21 EDT 2013

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | Browse Dict | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | ( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| **Word Mark** | DELTA AIR LINES |
| **Goods and Services** | IC 039. US 105. G & S: AIR TRANSPORTATION OF PERSONS, PROPERTY, AND MAIL. FIRST USE: 19560101. FIRST USE IN COMMERCE: 19560101 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 03.17.01 - Wings, birds'<br>26.03.17 - Concentric ovals; Concentric ovals and ovals within ovals; Ovals within ovals; Ovals, concentric<br>26.03.21 - Ovals that are completely or partially shaded |
| **Serial Number** | 72410473 |
| **Filing Date** | December 17, 1971 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0963228 |
| **Registration Date** | July 3, 1973 |
| **Owner** | (REGISTRANT) DELTA AIR LINES, INC. CORPORATION DELAWARE HARTFIELD ATLANTA INTERNATIONAL AIRPORT ATLANTA GEORGIA 303206001<br><br>(LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| **Assignment** | ASSIGNMENT RECORDED |

| | |
|---|---|
| Recorded | |
| Attorney of Record | Frederick W. Meyers |
| Prior Registrations | 0523611;0802405;AND OTHERS |
| Disclaimer | APPLICANT DISCLAIMS THE WORDS "AIR LINES" APART FROM THE MARK AS SHOWN. |
| Description of Mark | Color is not claimed as a feature of the mark. |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 8 (6-YR). SECTION 8(10-YR) 20130429. |
| Renewal | 3RD RENEWAL 20130429 |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | Browse Dict | SEARCH OG | TOP | HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search System (TESS)



United States Patent and Trademark Office

Home| Site Index| Search| FAQ| Glossary| Guides| Contacts| eBusiness| eBiz alerts| News| Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Oct 11 03:12:21 EDT 2013

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | Browse Dict | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |  ( Use the "Back" button of the Internet Browser to return to TESS)

## Typed Drawing

____

| | |
|---|---|
| Word Mark | DELTA AIR LINES |
| Goods and Services | IC 039. US 105. G & S: AIR TRANSPORTATION OF PERSONS, PROPERTY, AND MAIL. FIRST USE: 19340700. USED IN ANOTHER FORM NOVEMBER 1928, AS TO "DELTA.". FIRST USE IN COMMERCE: 19340700 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 72433473 |
| Filing Date | August 22, 1972 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Registration Number | 0970418 |
| Registration Date | October 9, 1973 |
| Owner | (REGISTRANT) DELTA AIR LINES, INC. CORPORATION DELAWARE HARTSFIELD ATLANTA INTERNATIONAL AIRPORT ATLANTA GEORGIA 303206001 |
| | (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | Frederick W. Meyers |
| Prior Registrations | 0523611;0940201;AND OTHERS |
| Disclaimer | APPLICANT DISCLAIMS THE WORDS "AIR LINES" APART FROM THE MARK AS SHOWN. |

EXHIBIT A - DECLARATION OF ALAN ARNOLD

| | |
|---|---|
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20130618. |
| **Renewal** | 3RD RENEWAL 20130618 |
| **Live/Dead Indicator** | LIVE |

TESS HOME · NEW USER · STRUCTURED · FREE FORM · BROWSE DICT · SEARCH OG · TOP · HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

10/11/13                                    Trademark Electronic Search System (TESS)



United States Patent and Trademark Office

Home| Site Index| Search| FAQ| Glossary| Guides| Contacts| eBusiness| eBiz alerts| News| Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Oct 11 03:12:21 EDT 2013

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | ( Use the "Back" button of the Internet Browser to return to TESS)

## Typed Drawing

---

| | |
|---|---|
| Word Mark | DELTA CONNECTION |
| Goods and Services | IC 039. US 105. G & S: AIR TRANSPORTATION OF PERSONS, PROPERTY AND MAIL. FIRST USE: 19840426. FIRST USE IN COMMERCE: 19840426 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 73566899 |
| Filing Date | November 4, 1985 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | November 18, 1986 |
| Change In Registration | CHANGE IN REGISTRATION HAS OCCURRED |
| Registration Number | 1428763 |
| Registration Date | February 10, 1987 |
| Owner | (REGISTRANT) DELTA AIR LINES, INC. CORPORATION DELAWARE HARTSFIELD ATLANTA INTERNATIONAL AIRPORT ATLANTA GEORGIA 303206001 |
| | (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | J. SCOTT MCCLAIN |
| Prior Registrations | 0704103;0970418;AND OTHERS |

EXHIBIT A - DECLARATION OF ALAN ARNOLD

Trademark Electronic Search System (TESS)

| | |
|---|---|
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CONNECTION" APART FROM THE MARK AS SHOWN |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20070329. |
| Renewal | 1ST RENEWAL 20070329 |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home| Site Index| Search| FAQ| Glossary| Guides| Contacts| eBusiness| eBiz alerts| News| Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Oct 11 03:12:21 EDT 2013

`TESS HOME`  `NEW USER`  `STRUCTURED`  `FREE FORM`  `BROWSE DICT`  `SEARCH OG`  `BOTTOM`  `HELP`

`Logout` Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

`TSDR`  `ASSIGN Status`  `TTAB Status`  ( Use the "Back" button of the Internet Browser to return to TESS)

### Typed Drawing
—

| | |
|---|---|
| Word Mark | DELTA SHUTTLE |
| Goods and Services | IC 039. US 105. G & S: air transportation of persons, property and mail. FIRST USE: 19910901. FIRST USE IN COMMERCE: 19910901 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 74201827 |
| Filing Date | September 9, 1991 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | May 5, 1992 |
| Registration Number | 1703774 |
| Registration Date | July 28, 1992 |
| Owner | (REGISTRANT) Delta Air Lines, Inc. CORPORATION DELAWARE Hartsfield Atlanta International Airport Atlanta GEORGIA 303206001 |
| | (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | Chloe A. Hecht |
| Prior Registrations | 0654915;0970418;AND OTHERS |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SHUTTLE" APART FROM THE MARK AS SHOWN |

| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20120723. |
| Renewal | 2ND RENEWAL 20120723 |
| Live/Dead Indicator | LIVE |

EXHIBIT A - DECLARATION OF ALAN ARNOLD

Trademark Electronic Search System (TESS)



United States Patent and Trademark Office

Home| Site Index| Search| FAQ| Glossary| Guides| Contacts| eBusiness| eBiz alerts| News| Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Oct 11 03:12:21 EDT 2013

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR   ASSIGN Status   TTAB Status   ( Use the "Back" button of the Internet Browser to return to TESS)

## Typed Drawing
___

| | |
|---|---|
| Word Mark | DELTA CENTER |
| Goods and Services | IC 041. US 101 102 107. G & S: providing arena facilities for exhibitions. FIRST USE: 19911016. FIRST USE IN COMMERCE: 19911016 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 74249980 |
| Filing Date | February 21, 1992 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | August 25, 1992 |
| Registration Number | 1733703 |
| Registration Date | November 17, 1992 |
| Owner | (REGISTRANT) Delta Air Lines, Inc. CORPORATION DELAWARE Hartsfield Atlanta International Airport Atlanta GEORGIA 303206001 |
| | (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | Frederick W. Meyers |
| Prior Registrations | 0970418;0984726;1443573;AND OTHERS |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CENTER" APART FROM THE MARK AS SHOWN |

Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20121117. |
| **Renewal** | 2ND RENEWAL 20121117 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |
|---|---|---|---|---|---|---|---|

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT A - DECLARATION OF ALAN ARNOLD

United States Patent and Trademark Office

Home| Site Index| Search| FAQ| Glossary| Guides| Contacts| eBusiness| eBiz alerts| News| Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Oct 11 03:12:21 EDT 2013

`TESS HOME` `NEW USER` `STRUCTURED` `FREE FORM` `BROWSE DICT` `SEARCH OG` `BOTTOM` `HELP`

`Logout` Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

`TSDR` `ASSIGN Status` `TTAB Status` ( Use the "Back" button of the Internet Browser to return to TESS)

▲ *DELTA CENTER*

| | |
|---|---|
| Word Mark | DELTA CENTER |
| Goods and Services | IC 041. US 101 102 107. G & S: providing facilities for exhibitions. FIRST USE: 19911016. FIRST USE IN COMMERCE: 19911016 |
| Mark Drawing Code | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| Design Search Code | 26.05.21 - Triangles that are completely or partially shaded<br>26.17.12 – Angles (geometric); Chevrons |
| Serial Number | 74249981 |
| Filing Date | February 21, 1992 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | September 22, 1992 |
| Registration Number | 1740294 |
| Registration Date | December 15, 1992 |
| Owner | (REGISTRANT) Delta Air Lines, Inc. CORPORATION DELAWARE Hartsfield Atlanta International Airport Atlanta GEORGIA 303206001 |
| | (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| Assignment Recorded | ASSIGNMENT RECORDED |

| | |
|---|---|
| Attorney of Record | Frederick W. Meyers |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CENTER" APART FROM THE MARK AS SHOWN |
| Description of Mark | Color is not claimed as a feature of the mark. |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20121204. |
| Renewal | 2ND RENEWAL 20121204 |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

10/11/13                                            Trademark Electronic Search System (TESS)



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Oct 11 03:12:21 EDT 2013

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | Browse Dict | SEARCH OG | BOTTOM | HELP |

Logout: Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | ( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| Word Mark | DELTA |
| Goods and Services | IC 039. US 100 105. G & S: passenger air transportation services. FIRST USE: 19600400. FIRST USE IN COMMERCE: 19600400 |
| Mark Drawing Code | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| Design Search Code | 18.09.01 - Airplanes; Gliders, airplane |
| Serial Number | 75064766 |
| Filing Date | February 28, 1996 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | February 11, 1997 |
| Registration Number | 2058985 |
| Registration Date | May 6, 1997 |
| Owner | (REGISTRANT) Delta Air Lines, Inc. CORPORATION DELAWARE Hartsfield Atlanta International Airport Atlanta GEORGIA 303206001 |
| | (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |

EXHIBIT A - DECLARATION OF ALAN ARNOLD

| Assignment Recorded | ASSIGNMENT RECORDED |
|---|---|
| Attorney of Record | Kenneth A. Klatt |
| Prior Registrations | 0970418;1428763;1703774;AND OTHERS |
| Description of Mark | The mark consists of the markings on the aircraft and the wording "DELTA". The dotted lines are not part of the mark and serve only to show the position of the mark upon the aircraft. |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 8 (6-YR). |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home| Site Index| Search| FAQ| Glossary| Guides| Contacts| eBusiness| eBiz alerts| News| Help

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Oct 11 03:12:21 EDT 2013

TESS HOME | NEW USER | STRUCTURED | FREE FORM | Browse Dict | SEARCH OG | BOTTOM | HELP

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status ( Use the "Back" button of the Internet Browser to return to TESS)

## Typed Drawing

| | |
|---|---|
| Word Mark | DELTA VACATIONS |
| Goods and Services | IC 039. US 100 105. G & S: Passenger air transportation services; Packaged vacation booking services. FIRST USE: 19970827. FIRST USE IN COMMERCE: 19970827 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 75698744 |
| Filing Date | May 5, 1999 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | September 5, 2000 |
| Registration Number | 2408003 |
| Registration Date | November 28, 2000 |
| Owner | (REGISTRANT) Delta Air Lines, Inc. CORPORATION DELAWARE Hartsfield Atlanta International Airport Atlanta GEORGIA 303206001 |
| | (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD Dept. 982 ATLANTA GEORGIA 303541989 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | E. Alan Arnold |
| Prior Registrations | 0970418;1703774;AND OTHERS |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "VACATIONS" APART FROM THE MARK AS SHOWN |

EXHIBIT A - DECLARATION OF ALAN ARNOLD

Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20091203. |
| **Renewal** | 1ST RENEWAL 20091203 |
| **Live/Dead Indicator** | LIVE |

TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  SEARCH OG  TOP  HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT A - DECLARATION OF ALAN ARNOLD

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Oct 11 03:12:21 EDT 2013

| TESS Home | NEW USER | STRUCTURED | FREE FORM | Browse Dict | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | ( Use the "Back" button of the Internet Browser to
return to TESS)

## Typed Drawing

| | |
|---|---|
| Word Mark | DELTA AIRELITE |
| Goods and Services | IC 039. US 100 105. G & S: Air Transportation. FIRST USE: 20011015. FIRST USE IN COMMERCE: 20011015 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 76316100 |
| Filing Date | September 21, 2001 |
| Current Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | September 24, 2002 |
| Registration Number | 2662451 |
| Registration Date | December 17, 2002 |
| Owner | (REGISTRANT) Delta Corporate Identity, Inc. CORPORATION DELAWARE 1030 Delta Boulevard Atlanta GEORGIA 303202574 |
| | (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | Frederick W. Meyers |
| Prior Registrations | 0654915;0970418;1703774;AND OTHERS |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |

EXHIBIT A - DECLARATION OF ALAN ARNOLD

Trademark Electronic Search System (TESS)

| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20120815. |
| Renewal | 1ST RENEWAL 20120815 |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home| Site Index| Search| FAQ| Glossary| Guides| Contacts| eBusiness| eBiz alerts| News| Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Oct 11 03:12:21 EDT 2013

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | ( Use the "Back" button of the Internet Browser to return to TESS)

## Typed Drawing

| | |
|---|---|
| Word Mark | DELTA CONNECTION |
| Goods and Services | IC 041. US 100 101 107. G & S: aircraft flight instruction and training; educational services in the nature of courses at the university level offering associate and bachelors degrees in aviation science. FIRST USE: 20030312. FIRST USE IN COMMERCE: 20030312 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 78313739 |
| Filing Date | October 15, 2003 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | May 10, 2005 |
| Registration Number | 2980826 |
| Registration Date | August 2, 2005 |
| Owner | (REGISTRANT) Delta Corporate Identity, Inc. CORPORATION DELAWARE Dept. 981 1030 Delta Boulevard Atlanta GEORGIA 303202574 |
| | (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Prior Registrations | 1428763 |

EXHIBIT A - DECLARATION OF ALAN ARNOLD

**Type of Mark** SERVICE MARK

**Register**   PRINCIPAL

**Affidavit Text**   SECT 15. SECT 8 (6-YR).

**Live/Dead Indicator**   LIVE

---

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | Browse Dict | SEARCH OG | TOP | HELP |

---

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home| Site Index | Search| FAQ| Glossary| Guides| Contacts| eBusiness| eBiz alerts| News| Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Oct 11 03:12:21 EDT 2013

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   ( Use the "Back" button of the Internet Browser to
return to TESS)

▲ **DELTA**

# SKY CLUB

| | |
|---|---|
| Word Mark | DELTA SKY CLUB |
| Goods and Services | IC 039. US 100 105. G & S: Air transportation services featuring transit lounge facilities for passenger relaxation. FIRST USE: 20090415. FIRST USE IN COMMERCE: 20090415 |
| Mark Drawing Code | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| Design Search Code | 26.05.21 - Triangles that are completely or partially shaded
26.05.28 - Miscellaneous designs with overall triangular shape; Triangular shape (miscellaneous overall shape) |
| Trademark Search Facility Classification Code | SHAPES-CHEVRONS Designs with a general shape of a chevron or V character
SHAPES-COLORS-2 Design listing or lined for two colors
SHAPES-MISC Miscellaneous shaped designs
SHAPES-TRIANGLES Triangular shaped designs and marks including incomplete triangles |
| Serial Number | 77684419 |
| Filing Date | March 5, 2009 |
| Current Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | February 2, 2010 |
| Registration Number | 3890727 |
| Registration Date | December 14, 2010 |
| Owner | (REGISTRANT) Delta Air Lines, Inc. CORPORATION DELAWARE 1030 Delta Boulevard Atlanta |

|  | GEORGIA 30320 |
| --- | --- |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | Frederick W. Meyers |
| Prior Registrations | 0654915;0970418;2058985;AND OTHERS |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CLUB" APART FROM THE MARK AS SHOWN |
| Description of Mark | The color(s) red and blue is/are claimed as a feature of the mark. The mark consists of a triangular design element in the color red to the left of the wording "DELTA SKY CLUB" in the color blue. |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT A - DECLARATION OF ALAN ARNOLD

Trademark Electronic Search System (TESS)



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Oct 11 03:12:21 EDT 2013

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout. Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status ( Use the "Back" button of the Internet Browser to return to TESS)

# DELTA ASSIST

| | |
|---|---|
| Word Mark | DELTA ASSIST |
| Goods and Services | IC 038. US 100 101 104. G & S: Providing a customer service forum online or via social media. FIRST USE: 20100510. FIRST USE IN COMMERCE: 20100510 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 85204216 |
| Filing Date | December 22, 2010 |
| Current Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | April 26, 2011 |
| Registration Number | 3994004 |
| Registration Date | July 12, 2011 |
| Owner | (REGISTRANT) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 Delta Boulevard Atlanta GEORGIA 30320 |
| Attorney of Record | Frederick W. Meyers |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ASSIST" APART FROM THE MARK AS SHOWN |

EXHIBIT A - DECLARATION OF ALAN ARNOLD

| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Exhibit A – Arnold Dec
SUB EXHIBIT A-2

Trademark Electronic Search System (TESS)



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Oct 11 03:12:21 EDT 2013

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout. Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | ( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| Goods and Services | IC 039. US 105. G & S: Air Transportation of Persons, Property, and Mail. FIRST USE: 19590725. FIRST USE IN COMMERCE: 19590725 |
| Mark Drawing Code | (2) DESIGN ONLY |
| Design Search Code | 26.05.21 - Triangles that are completely or partially shaded<br>26.17.12 - Angles (geometric); Chevrons |
| Serial Number | 72086020 |
| Filing Date | November 25, 1959 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Registration Number | 0704103 |
| International Registration Number | 0923105 |
| Registration Date | September 6, 1960 |
| Owner | (REGISTRANT) Delta Air Lines, Inc. CORPORATION LOUISIANA ATLANTA AIRPORT Atlanta GEORGIA |
| | (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD Dept. 982 ATLANTA GEORGIA 303541989 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | E. Alan Arnold |
| Prior Registrations | 0523611;0661166;AND OTHERS |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 8 (6-YR). SECTION 8(10-YR) 20091013 |

Trademark Electronic Search System (TESS)

| | |
|---|---|
| Renewal | 3RD RENEWAL 20091013 |
| Live/Dead Indicator | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Oct 11 03:12:21 EDT 2013

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | Browse Dict | SEARCH OG | BOTTOM | HELP |

[ Logout ]  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |  ( Use the "Back" button of the Internet Browser to return to TESS)

| | |
|---|---|
| Goods and Services | IC 039. US 105. G & S: AIR TRANSPORTATION OF PERSONS, PROPERTY, AND MAIL. FIRST USE: 19790103. FIRST USE IN COMMERCE: 19790103 |
| Mark Drawing Code | (2) DESIGN ONLY |
| Design Search Code | 26.05.09 - Triangles made of geometric figures, objects, humans, plants or animals<br>26.05.12 - Triangles with bars, bands and lines<br>26.17.12 - Angles (geometric); Chevrons |
| Serial Number | 73206154 |
| Filing Date | March 5, 1979 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | July 1, 1980 |
| Registration Number | 1143697 |
| Registration Date | December 16, 1980 |
| Owner | (REGISTRANT) DELTA AIR LINES, INC. CORPORATION DELAWARE HARTSFIELD ATLANTA INTERNATIONAL AIRPORT ATLANTA GEORGIA 30320<br><br>(LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | J. SCOTT MCCLAIN |
| Prior Registrations | 0523611;1084292;AND OTHERS |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20010829. |
| Renewal | 1ST RENEWAL 20010829 |

| Live/Dead Indicator | LIVE |
|---|---|

TESS HOME | NEW USER | STRUCTURED | FREE FORM | Browse Dict | SEARCH OG | TOP | HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

10/11/13                                    Trademark Electronic Search System (TESS)

United States Patent and Trademark Office

Home| Site Index | Search| FAQ| Glossary| Guides| Contacts| eBusiness| eBiz alerts| News| Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Oct 11 03:12:21 EDT 2013

TESS HOME    NEW USER    STRUCTURED    FREE FORM    Browse Dict    SEARCH OG    BOTTOM    HELP

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR    ASSIGN Status    TTAB Status    ( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| Goods and Services | IC 039. US 100 105. G & S: AIR TRANSPORTATION OF PERSONS, PROPERTY AND MAIL. FIRST USE: 20000323. FIRST USE IN COMMERCE: 20000323 |
| Mark Drawing Code | (2) DESIGN ONLY |
| Design Search Code | 26.05.21 - Triangles that are completely or partially shaded<br>26.05.28 - Miscellaneous designs with overall triangular shape; Triangular shape (miscellaneous overall shape) |
| Serial Number | 76311945 |
| Filing Date | September 17, 2001 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | January 8, 2002 |
| Registration Number | 2556013 |
| Registration Date | April 2, 2002 |
| Owner | (REGISTRANT) Delta Corporate Identity, Inc. CORPORATION DELAWARE 1030 DELTA BOULEVARD ATLANTA GEORGIA 303202574 |
| | (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD Legal Dept. (981/ATG) ATLANTA GEORGIA 303541989 |
| Assignment Recorded | ASSIGNMENT RECORDED |

EXHIBIT A - DECLARATION OF ALAN ARNOLD

| Attorney of Record | Frederick W. Meyers |
| Description of Mark | Color is not claimed as a feature of the mark. |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20120410. |
| Renewal | 1ST RENEWAL 20120410 |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Exhibit A – Arnold Dec
SUB EXHIBIT A-3

Trademark Electronic Search System (TESS)



United States Patent and Trademark Office

Home| Site Index| Search| FAQ| Glossary| Guides| Contacts| eBusiness| eBiz alerts| News| Help

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue Dec 8 03:20:56 EST 2015

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

**Logout** Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | ( Use the "Back" button of the Internet Browser to return to TESS)

# SKYTEAM

| | |
|---|---|
| Word Mark | SKYTEAM |
| Goods and Services | IC 039. US 100 105. G & S: transportation services, namely transportation of passengers and goods by air; transportation of cargo and freight by air; air cargo storage and handling services; aircraft chartering services; travel services, namely, arranging tours, cruises, and other travel packages; travel agency and booking services, namely, making reservations and bookings for transportation; online travel agency and booking services, namely, making reservations and bookings for transportation via the Internet; travel information services; consulting services related to the foregoing; providing a program of bonus awards for frequent travelers. FIRST USE: 20000622. FIRST USE IN COMMERCE: 20000622 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 75883728 |
| Filing Date | December 29, 1999 |
| Current Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | November 6, 2001 |
| Registration Number | 2750730 |
| Registration Date | August 12, 2003 |
| Owner | (REGISTRANT) Guardant, Inc. CORPORATION DELAWARE Law Dept. 981 1030 Delta Blvd. Atlanta GEORGIA 30320 |

EXHIBIT A - DECLARATION OF ALAN ARNOLD

Trademark Electronic Search System (TESS)

| | |
|---|---|
| Attorney of Record | Frederick W. Meyers |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20130625. |
| Renewal | 1ST RENEWAL 20130625 |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | Browse Dict | SEARCH OG | TOP | HELP |

| HOME | SITE INDEX  SEARCH | eBUSINESS | HELP    PRIVACY POLICY

EXHIBIT A - DECLARATION OF ALAN ARNOLD



United States Patent and Trademark Office

Home| Site Index| Search| FAQ| Glossary| Guides| Contacts| eBusiness| eBiz alerts| News| Help

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue Dec 8 03:20:56 EST 2015

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | ( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| Word Mark | SKYTEAM |
| Goods and Services | IC 039. US 100 105. G & S: Transportation services, namely transportation of passengers and goods by air; transportation of cargo and freight by air; air cargo storage and handling services; aircraft chartering services; travel services, namely, arranging tours, cruises, and other travel packages; travel agency and booking services, namely, making reservations and bookings for transportation; online travel agency and booking services, namely, making reservations and bookings for transportation via the Internet; travel information services; consulting services related to the foregoing, providing a program of bonus awards for frequent travelers. FIRST USE: 20000622. FIRST USE IN COMMERCE: 20000622 |
| Mark Drawing Code | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| Design Search Code | 01.11.02 - Moons, crescent; Moons, half; Partial moons, including half moons and crescent moons (not a moon with craters) |
| | 01.15.13 - Ripple (single wave); Waves, single |
| | 26.17.02 - Bands, wavy; Bars, wavy; Lines, wavy; Wavy line(s), band(s) or bar(s) |
| | 26.17.09 - Bands, curved; Bars, curved; Curved line(s), band(s) or bar(s); Lines, curved |
| | 26.17.10 - Lines, zig zag; Zig zag line(s) |
| Serial Number | 76066786 |
| Filing Date | June 9, 2000 |
| Current Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | April 16, 2002 |
| Registration | 2684264 |

12/8/2015                                    Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Number** | |
| **Registration Date** | February 4, 2003 |
| **Owner** | (REGISTRANT) Guardant, Inc. CORPORATION DELAWARE P.O. Box 20574 Atlanta GEORGIA 30361 |
| **Attorney of Record** | Chloe A. Hecht |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6 YR). SECTION 8(10 YR) 20130208. |
| **Renewal** | 1ST RENEWAL 20130208 |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

¦ HOME ¦ SITE INDEX¦ SEARCH ¦ eBUSINESS ¦ HELP ¦ PRIVACY POLICY

EXHIBIT A - DECLARATION OF ALAN ARNOLD

Exhibit A – Arnold Dec
SUB EXHIBIT A-4



# Memo

**To:** All Employees
**From:** H.R. / Delta Sky Team
**Re:** Employee Airline Discount

---

## *Cancun, Puerto Vallarta, Jamaica or Hawaii*

6 Days & 5 Nights all meals included for only **$129** Per Adult

- *Dates*: You choose your dates. Packages are open dated and valid for **1 full YEAR**

Included in package:

- *Resort stay* - **Choose your 4-5 star resort**

- *Corporate Meal Plan* - **All Meals and Drinks (Alcohol/non-alcohol) included 24 hrs a day**

- *Children stay and eat for free*

- *Unlimited activities including non-motorized water sports*

> First 500 Receive Up to 60 % o: Flight

*Free Bonus*

*5 Days 4 Nights Orlando*

*&*

*3 Days 2 Nights Miami*

*Booking and Reservations at (877) 493 – 8854*

**Reservations code: STAYWARM**

For fax number removal, please call 1-888-393-1379.
EXHIBIT A - DECLARATION OF ALAN ARNOLD

Exhibit A – Arnold Dec
SUB EXHIBIT A-5

**Memo**
**To: All Employees**
<u>**From: Delta SkyTeam H.R. Department**</u>



*For a limited time only we are offering to all employees access to our company vacation packages at the wholesale rate (you save $3000 per couple). Agents averaging 15 years of travel industry experience are ready to offer you the trip of a lifetime for a discounted price.*

<u>**Please review the vacation details:**</u>

# Cancun, Hawaii, Jamaica, Bahamas, Cabo, Dominican Republic, Cuba, Puerto Rico, or Costa Rica

Duration: **5 days & 4 nights** w/all meals included for only **$99 per person**

- Dates: You choose your dates. Packages are *open dated and valid for 18 MONTHS*

## FIVE STAR RESORT GUARANTEED
## 18 MONTHS TO USE

- **Corporate Meal Plan** – All meals and drinks including 5 Star Dining & Premium Alcohol
- **Children stay and eat for free**
- **Unlimited activities**: Snorkeling, Kayaking, Wind Surfing all non-motorized water sports

### FREE BONUS: 4 DAYS 3 NIGHTS ORLANDO or LAS VEGAS!
### With DISNEY Tickets & FREE CAR RENTAL

### **First 500 callers receive 60% off Airfare**

For Booking and Reservations CALL:
# (844)-859-2102

**Reservation/Promo Code: TRAVEL99**



To be removed please call 855-613-4031

# EXHIBIT B
# Declaration of Tim Huhn

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| DELTA AIR LINES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. _____ |
| | ) | |
| GONZOLINA SOTOLONGO; | ) | |
| DOUGLAS MARK FLETCHER; | ) | |
| FULL MOON TRAVEL, INC. d/b/a | ) | |
| FIRST TRAVEL SERVICES d/b/a | ) | |
| TOURS R US SPECIAL VACATIONS | ) | |
| d/b/a BOOKITDISCOUNTCLUB.COM; | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>DECLARATION OF THOMAS M. HUHN</u>

1.

My name is Thomas M. ("Tim") Huh. I am competent in all respects to testify regarding the matters set forth herein. I am a private investigator licensed by the State of Georgia. My Georgia Private Detective License Number is PDE14639. I am the President of T.M. Huhn & Associates, Inc. My primary business address is 1755 N. Brown Road, Suite 200, Lawrenceville, Georgia 30043. Prior to opening my own investigative agency, I was a Special Agent with the Federal Bureau of Investigation.

2.

In November, 2014, I was hired by Delta Air Lines, Inc. ("Delta") to investigate the source of certain facsimiles ("faxes") being sent to recipients throughout the United States which were – without authorization – using the Delta name and other registered Delta trademarks to impersonate Delta for the purpose of selling allegedly-discounted "travel packages."

3.

I have personal knowledge of the facts stated herein and know them to be true. I give this declaration in support of Delta's Motion for Temporary Restraining Order and other relief in the above-styled litigation.

4.

On November 25, 2014, counsel for Delta provided me with a sample infringing fax received by a Delta customer and forwarded to Delta's customer service department. The fax has the form of a "memo," and purports to have been sent to "All Employees" from "H.R. / Delta Sky Team" and advertises for the sale discounted or specially-priced vacation "packages" via a toll-free telephone number for "Booking and Reservations." In addition to the use of "Delta Sky Team" in the "From" line of the fax, Delta's triangular logo, the name "Delta Air Lines", and a circular mark that says "SkyTeam" appear on the fax in a similar manner to a printed "letterhead." A true and correct copy of the fax which was provided to me is attached hereto at Exhibit B-1.

5.

That same day (November 25, 2014), I called the toll-free telephone number for "bookings and reservations" that appears on the fax, (877) 493-8854. After several attempts, I reached a person who identified himself as "Mark Kelly" ("Kelly"). I told him that I had received a fax with the promotion code, "STAY WARM," and wanted to purchase one of the advertised travel packages for a trip to Hawaii. Kelly told me that all of those packages had been taken by JP Morgan Chase employees who had purchased all of the available travel packages, but that he would check with his supervisor and see if there were any other options available.

6.

Kelly briefly stepped away from the call, and when he returned informed me that there were two packages available, one for a party of two and another for a party of four. Kelly

2

informed me that if I purchased either package, I would have 18 months to make the trip. Kelly

then advised me about specific hotels in Hawaii which were available as part of the package, as

well as the pricing on the different packages ($200 per person). When I pointed out that the fax

advertises packages for only $129 per person, Kelly stated that there are "additional transfer fees

and taxes" which must be paid bringing the total price to $200 per person.

7.

Kelly advised that I would have to purchase airfare separately, but that his company had a

"contract with Delta" and could provide airfares to Hawaii at 60% off of the published price.

Kelly told me that if I purchased the airfare more than 30 days in advance, there could be

additional savings. I was instructed to call back to the customer service department and request

airfare arrangements, and I would be able to purchase tickets at the deeply-discounted prices.

8.

After finalizing other details of the vacation package with Kelly, I was transferred to the

"verification department" to go over the details of the package again and to make sure that I

understood everything. I was placed on hold and transferred to an individual named Shawn

Montgomery ("Montgomery"), who identified himself as the "verification supervisor."

9.

Montgomery went over the details of the vacation package I had agreed to purchase and

informed me that I would receive a confirmation number and an e-mail that contained the

purchase documents for me to sign and return to him. When I asked Montgomery for the name

of the company and for contact information in the event that I needed to reach him again, he told

me that the company was named, "Corporate Travel Planners," and that I could reach him at the

same toll-free number I had called, and to ask for extension 297.

3

10.

The next day, I received an e-mail via the DocuSign document service from "Reservations Team" with the e-mail address "info@bookitdiscountclub.com." A true and correct copy of that e-mail is attached hereto as Exhibit B-2.

11.

That e-mail contained a single-page document titled, "Salmon Industrias S.A. de C.V" and requested that I confirm my credit card information and authorize the $400 charge to my card. A true and correct copy of this document is attached hereto at Exhibit B-3. I signed the document and returned it via the Docusign service that same day.

12.

On December 1, 2014, I received another e-mail from Docusign with a link to download the purchase confirmation documents. Those documents included a document that contained a "confirmation number" from "Tours R Us" and an image of a credit card sales slip for "A. I. Vacation" in the amount of $400. In addition, the document included information regarding the vacation package that I had purchased. A true and correct copy of the confirmation documents is attached hereto at Exhibit B-4. In the additional information included in these documents was a toll-free "Customer Service" telephone number: (855) 883-1865 and the e-mail address "info@toursrus.net."

13.

On April 21, I attempted to call the seller and confirm my reservation and purchase airfares from them at the discounted figure advertised on the fax and confirmed by Kelly at the time of purchase. Initially, I called the same number (877) 493-8854 and reached "Raul." I was instructed to call customer service at (855) 883-1865 (i.e., the same number given in the confirmation documents sent from "Tours R Us" on December 1).

4

14.

On April 21 and 22, I attempted to call the "customer service" number (1865) at least seven times without success. The phone was never answered.

15.

I looked back through the confirmation documents and found an additional toll-free number for customer service: (855) 883-7865. I tried that number, and it was answered by an automated service stating that it was an "Ethics and Fraud Hotline" to anonymously report wrongdoing.

16.

On April 23, I tried the original toll-free number (8854) again, and asked to speak with "Mark Kelly." I was told that he was not available and promptly disconnected.

17.

On or about May 22, 2015, counsel for Delta alerted me to the website, "www.bookitdiscountclub.com," (the "Website") which displayed the same toll-free customer service number (1865) that was included in the confirmation materials I received in December 2014 and which I had unsuccessfully attempted to call in April. The Website also displayed a slightly different number – (855) 883-1867 – for "sales." See Exhibit C, Declaration of Kelly O. Wallace ("Wallace Dec.") at Exhibit C-4 thereto.

18.

On or about May 22, 2015, I called the toll-free "sales" number (1867) and a person answered with "Reservations." I told them that I wished to confirm my travel package and purchase discounted airfare to use the package. The person I spoke to said that the office was closed for the Memorial Day holiday, and that I should call back after the holiday to make a reservation.

5

19.

On May 28, 2015, I called the toll-free "sales" number (1867) again, and told the person who answered that I wanted to book my trip and purchase airline tickets. I was told to call the "customer care" number (1865), which I did. A different person answered and confirmed my original purchase using my name and the confirmation number that I had been sent in December. I told her that I wished to book travel my reservation for Hawaii and also to purchase discount airline tickets for that trip. She responded that Hawaii was not an available destination, as "they have not received their allocations from Hawaii," but that she would send me an e-mail listing what was currently available. When I asked about purchasing discounted airfares, she stated that that information would be included in the same e-mail.

20.

Shortly thereafter, I received an email from "Jessie Lopez" with the e-mail address "csrep6@bookitdiscountclub.com" and the subject line "Resort Links." A true and correct copy of this e-mail is attached hereto as Exhibit B-5. The e-mail contains numerous links to various hotels and resorts, as well as instructions on to book the travel through the seller by calling the toll-free "customer service" number (1865) or sending an e-mail to "support@toursrusspecials.com."

21.

The e-mail appearing at Exhibit B-5 also includes links to several airlines (e.g., United, Air Tran, and Jet Blue) as well as to third-party travel booking websites (e.g., Hipmunk, Cheapoair, and Smartfares) with the instruction, "Please follow websites links to shop around for savings up to 60% off flights."

22.

The e-mail appearing at Exhibit B-5 is signed by "Jesse Lopez" and "Tours R Us Special Vacations," with the same "customer service" toll-free telephone number (1865).

6

23.

On or about August 31, 2015 counsel for Delta provided me with a new (but very similar) facsimile to the one that I began investigating in November 2014. A true and correct copy of the second fax is attached hereto at Exhibit B-6.

24.

That same day, I called the toll-free "Reservations" number on the new fax – (844) 859-2102 – and received an almost-identical response to my inquiry. During that call, I spoke to "Drake" and purchased a vacation package for $298.00. When I asked about discounted airfares (as advertised on the fax), I was told that they were only available for their "corporate members."

25.

On September 1, 2015, I received documents to review and sign from "exploreyourdreamsvacations@yahoo.com" via the Docusign delivery service. A true and correct copy of the e-mail from Docusign is attached hereto at Exhibit B-7.

26.

Again, there was a form from "Salmon Industrias SA de CV," a page with a small document with "bar codes" and a "confirmation number," and a copy of a credit card charge slip in the amount of $298.00. A true and correct copy of these documents is attached hereto at Exhibit B-8.

7

27.

I swear under penalty of perjury that the testimony set forth in this declaration is true and correct.

This 23rd day of November, 2015.

Thomas M. Huhn
T. M. Huhn, Inc.
1755 N. Brown Rd, Suite 200
Lawrenceville, GA 30043

8

# Exhibit B – Huhn Dec
# SUB EXHIBIT B-1



# Memo

**To:** All Employees

**From:** H.R. / Delta Sky Team

**Re:** Employee Airline Discount

---

## *Cancun, Puerto Vallarta, Jamaica or Hawaii*

6 Days & 5 Nights all meals included for only **$129** Per Adult

- *Dates:* You choose your dates. Packages are open dated and valid for **1 full YEAR**

**Included in package:**

- *Resort stay* - Choose your 4-5 star resort

- *Corporate Meal Plan* - All Meals and Drinks (Alcohol/non-alcohol) included 24 hrs a day

- *Children stay and eat for free*

- *Unlimited activities including non-motorized water sports*

*First 500 Receive Up to 60 % off Flight*

### *Free Bonus*

*5 Days 4 Nights Orlando*

*&*

*3 Days 2 Nights Miami*

*Booking and Reservations at (877) 493 – 8854*

**Reservations code: STAYWARM**

For fax number removal, please call 1-888-393-1379.
EXHIBIT B - DECLARATION OF TIM HUHN
SUB-EXHIBIT 1 - PAGE 1

**Exhibit B – Huhn Dec**
**SUB EXHIBIT B-2**



---------- Forwarded message ----------
From: **Reservations Team via DocuSign** <dse@docusign.net>
Date: Wed, Nov 26, 2014 at 2:04 PM
Subject: Thank you for Booking with Tours R us
To: "THOMAS M. HUHN" <tmh390@gmail.com>

## Please review and sign your document

**From:** **Reservations Team (info@bookitdiscountclub.com)**
Customer Service

Hello THOMAS M. HUHN,

Reservations Team has sent you a new DocuSign document to view and sign. Please click on the 'View Documents' link below to begin signing.

If you have any questions please call 855 - 883 -1865

### View Documents

Alternately, you can access these documents by visiting docusign.com, clicking the 'Access Document' link, and using this security code:

**01D1C218DF4E43E88B71ADC2C8E23DDC1**

This message was sent to you by Reservations Team who is using the DocuSign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.

If you need assistance, please contact DocuSign Support (service@docusign.com)

The Global Standard For Digital Transaction Management™

DocuSign Envelope ID: 863C98B8-8CDE-41E6-85DF-BFE547D54A3F



# SALMON INDUSTRIAS S.A DE C.V

Thank you for your payment,
please confirm the information below is correct in order to process your credit and/or debit card

| | |
|---|---|
| Name appearing on card: | THOMAS M. HUHN |
| Visa / Mastercard: | VISA |
| Last 4 numbers of card: | ■■■ |
| Expiration date: | 2.17 |
| Purchase amount: | $400.00 |
| Purchase date: | 11.26.2014 |
| Description of payment: | |
| | |
| Company's name: | TRAVEL AGENCY RESERVATIONS/ AGENCIA DE VIAJES SALMON |
| Authorization number: | 767517 |
| Afiliation number: | 7425830 |

Card holder agrees that all the information above is correct and fully understands this payment is non-refundable. The card holder understands this charge will appear in the next billing statement. By signing, you agree to the charge to your credit card and the terms above.

DocuSigned by:

*THOMAS M. HUHN*

8778DA47DFF9487...

Name and Signature

---

**Matriz**
Calle 11-A No.611 Col. Maya

Mérida, Yuc. México CP. 97134

**Email Address**
EXHIBIT B - DECLARATION OF TIM HUHN
SUB-EXHIBIT 3 - PAGE 1

**Sucursal**
Av. Xelha Mza.3 Lote 1 Loc. 7 y 8-A
Entre av. Xel-ha y Tankah Sm.28
Cancún,Q.Roo México CP. 77509

**Exhibit B – Huhn Dec
SUB EXHIBIT B-4**

DocuSign Envelope ID: 863C98B8-8CDE-41E6-85DF-BFE547D54A3F



**CONFIRMATION #**

22762514

**DATES OF TRAVEL**

02.26.2015

DocuSign Envelope ID: 863C98B8-8CDE-41E6-85DF-BFE547D54A3F

DO NOT WRITE ABOVE THIS LINE

THOMAS

EXPIRATION
☐ DATE
☐ CHECKED

2.17

725

PLEASE DO NOT WRITE ABOVE THIS LINE

A.I. VACATION

| DATE | AUTHORIZATION | SUB TOTAL |
| --- | --- | --- |
|  |  | TAX |
| 767517 | REG./DPT. CLERK | TIP |
|  | 5398633 | TOTAL | $400.00 |

SIGN HERE
X

DocuSigned by:
THOMAS M. HUHN
6778DA47DFF9487...

Once you have signed your receipt, please contact Customer Service at 1- 855 – 883 - 1865, or via email at info@toursrus.net to begin your reservation process. Office hours are Monday through Friday, 9:00 am - 6:00 pm EST

Email address: ▉▉▉▉
Phone: ▉▉▉▉
Adults: 2
Children: 0
Date of Travel: 02.26.2015

Your DS TMH ation # for this charge is: 22762514
Initial

Buyer is over the age of 23 and understands that his/her credit card has been charged following the recorded verification and will Appear on the next billing statement, as "Travel Reservations" for the non-refundable purchase and all above information is correct. I have read and understand all of the terms and conditions as listed. I understand that this is not a contest, lottery or drawing. I also Understand that I cannot split days in different destinations. All hotel room taxes and tips & gratuities (not to exceed $99 per Person), transfers, telephone calls, holiday and peak season fees, and transportation (air and ground) are the responsibility of the Traveler. We are not responsible for delay or cancellation due to nature, strikes, mechanical problems, or acts of God. Sorry, no pets Are allowed to accompany travelers in any of the accommodations provided. Upgrades may be purchased through our reservations Department. You will be offered a free tour of the resort. Upon hotel check-in, two forms of ID will be required a valid drivers License, major credit card, passport or birth certificate with original seal. If the consumer decides to change their travel dates Without a 45 day notice; charges may apply; please contact Customer Service at 855 – 883 – 7865. No refunds are awarded for any reservation cancellation. This vacation offer is void where prohibited by law. We assume no responsibility for any verbal or written Representations made other than those specifically contained within the terms and conditions of this offer. Hotel Taxes are to be Paid directly to the resort. I understand that my hotel stay is being prepaid to the hotel today and is nonrefundable. Each Resort has A two room max, please keep in mind when adding additional travelers; they may not stay at the same resort. No back to back Travel. By signing below you agree to the terms and conditions of the hotel and understand that any false information provided will Be treated as fraud and prosecuted. **Domestic locations are non-inclusive.**

MONTHS TO USE PACKAGE
Package Description: 6/5 ALL-INCLUSIVE

Please Sign Below

DocuSigned by:
THOMAS M. HUHN
6778DA47DFF9487...

I understand by signing that I agree to have purchased a non-refundable promotion.



**Exhibit B – Huhn Dec
SUB EXHIBIT B-5**



---------- Forwarded message ----------
From: **Jessie Lopez** <csrep6@bookitdiscountclub.com>
Date: Thu, May 28, 2015 at 9:27 AM
Subject: Resort Links
To: TMH390@gmail.com


Please follow our resort's websites links, for booking any questions please call the number listed
below. Here listed are some links for your considerations to each resort available for your all inclusive
stay. Please note that Sandos, Villa, Lifestyle, Wyndham, Occidental, and Grand Resorts, and have an
upgrade fee

DOMINICAN REPUBLIC
http://www.celuisma.com/info-hotel-cabarete
http://www.celuisma.com/en/celuisma-playa-dorada-hotel-info
http://www.occidentalhotels.com/resort/occidental-grand-punta-cana/photos-and-videos
http://lifestyleholidaysvc.com/vacation-club/puerto-plata-dr/the-tropical/
http://lifestylepuntacana.com/accommodations/
Airport Codes for Dominican Republic
Punta Cana / Higüey= PUJ
Puerto Plata= POP
Santiago= STI (1 hour away from POP)
Santo Domingo= JBQ or SDQ (2 Hours away from POP)

MEXICO BORDER
http://www.myuvc.com/Default.aspx?p=DynamicModule&pageid=295093&vnf=1
Loreto Airport Code= LTO

PUERTO VALLARTA
http://www.oceanbreezehotels.com/nuevovallarta

http://www.hotelencino.com/
http://www.villagroupresorts.com/resorts/villa-del-palmar-puerto-vallarta
http://www.occidentalhotels.com/resort/occidental-grand-nuevo-vallarta/photos
Puerto Vallarta Airport Code= PVR

MAYAN RIVIERA & PLAYA DEL CARMEN
http://sandosplayacarriviera.com/
http://www.sandoscaracolresorts.com/
http://www.oceanbreezehotels.com/rivieramaya
http://www.Mexico-Travel/Riviera-Maya/Tukan-Hotel-and-Beach-Club
Cancun international Airport code= CUN

CANCUN
http://www.dosplayas.com/
http://www.celuisma.com/en/maya-caribe-hotel-info
www.villapalmarcancun.com/
http://www.sandoscancunresort.com/
Cancun international Airport code= CUN

CABO
http://www.mariaelenahotel.com/
http://www.villadelpalmar-cabo.com/
http://www.sandos.com/hotel-finisterra-in-cabo-san-lucas.htm
Los Cabos Airport Code= SJD

ACAPULCO
http://www.oceanbreezehotels.com/acapulco
Acapulco Airport Code= ACA

MAZATLAN
http://www.oceanbreezehotels.com/mazatlan
Mazatlán Airport Code= MZT

COZUMEL 5/4 STAY ***( SPECIAL PROMOTION)***
http://www.occidentalhotels.com/resort/allegro-cozumel/photos-and-videos
Cozumel Airport Code= CZM

BAHAMAS 5/4 STAY ***( SPECIAL PROMOTION)***
Viva Wyndham Fortuna Beach
Grand Bahama International Airport Code= FPO

******SPECIAL PROMOTION******* ( 5/4 STAY)
Viva Wyndham Fortuna Beach
http://latranquila.com.mx/index.html

\*\*\*\*\*\*TURKS & CAICOS\*\*\*\*\*\* ( HOTEL STAY ONLY NON INCLUSIVE)
http://oneonmarlin.com (ADULTS ONLY)
http://kokomobotanicalresort.com
Providenciales International Airport= PSL

DOMESTIC DESTINATIONS (HOTEL STAY ONLY NON INCLUSIVE)
http://www.calypsocay.com/
Orlando International Airport= MCO

PLEASE  CALL TO BOOK YOUR VACATION NO MORE THAN 6 MONTHS IN ADVANCE AND NO LESS THAN
45 DAYS IN ADVANCE CALL 1-855-883-1865 MONDAY - FRIDAY BETWEEN THE HOURS OF 9AM-5PM
EASTERN TIME.

\*\*\*CERTAIN TIMES OF THE DAY WE ARE EXPERIENCING HIGH CALL VOLUME IF YOU ARE UNABLE TO
REACH A REPRESENTATIVE VIA TELEPHONE PLEASE REPLY BACK TO THIS EMAIL AND/OR
SUPPORT@TOURSRUSSPECIALS.COM TO RECEIVE A CALL BACK FROM A TRAVEL COORDINATOR
 WITHIN 48 BUSINESS HOURS THANKS IN ADVANCE\*\*\*

(please note: any destinations or resorts that are not listed are not available)

Please  follow our resort's websites links, for booking any questions please call the number listed
 below. Here listed are some links for your considerations to each resort available for your all inclusive
stay.  Please note that Sandos, Villa, Lifestyle, Wyndham, Occidental, and Grand Resorts, and have an
upgrade fee

DOMINICAN REPUBLIC
http://www.celuisma.com/info-hotel-cabarete
http://www.celuisma.com/en/celuisma-playa-dorada-hotel-info
http://www.occidentalhotels.com/resort/occidental-grand-punta-cana/photos-and-videos
http://lifestyleholidaysvc.com/vacation-club/puerto-plata-dr/the-tropical/
http://lifestylepuntacana.com/accommodations/
Airport Codes for Dominican Republic
Punta Cana / Higüey= PUJ
Puerto Plata= POP
Santiago= STI (1 hour away from POP)
Santo Domingo= JBQ or SDQ (2 Hours away from POP)

MEXICO BORDER
http://www.myuvc.com/Default.aspx?p=DynamicModule&pageid=295093&vnf=1
Loreto Airport Code= LTO

PUERTO VALLARTA

Fwd: Resort Links

http://www.oceanbreezehotels.com/nuevovallarta
http://www.hotelencino.com/
http://www.villagroupresorts.com/resorts/villa-del-palmar-puerto-vallarta
http://www.occidentalhotels.com/resort/occidental-grand-nuevo-vallarta/photos
Puerto Vallarta Airport Code= PVR

MAYAN RIVIERA & PLAYA DEL CARMEN
http://sandosplayacarriviera.com/
http://www.sandoscaracolresorts.com/
http://www.oceanbreezehotels.com/rivieramaya
http://www.Mexico-Travel/Riviera-Maya/Tukan-Hotel-and-Beach-Club
Cancun international Airport code= CUN

CANCUN
http://www.dosplayas.com/
http://www.celuisma.com/en/maya-caribe-hotel-info
www.villapalmarcancun.com/
http://www.sandoscancunresort.com/
Cancun international Airport code= CUN

CABO
http://www.mariaelenahotel.com/
http://www.villadelpalmar-cabo.com/
http://www.sandos.com/hotel-finisterra-in-cabo-san-lucas.htm
Los Cabos Airport Code= SJD

ACAPULCO
http://www.oceanbreezehotels.com/acapulco
Acapulco Airport Code= ACA

MAZATLAN
http://www.oceanbreezehotels.com/mazatlan
Mazatlán Airport Code= MZT

COZUMEL 5/4 STAY ***( SPECIAL PROMOTION)***
http://www.occidentalhotels.com/resort/allegro-cozumel/photos-and-videos
Cozumel Airport Code= CZM

BAHAMAS 5/4 STAY ***( SPECIAL PROMOTION)***
Viva Wyndham Fortuna Beach
Grand Bahama International Airport Code= FPO

******SPECIAL PROMOTION******* ( 5/4 STAY)
Viva Wyndham Fortuna Beach
http://latranquila.com.mx/index.html

******TURKS & CAICOS****** ( HOTEL STAY ONLY NON INCLUSIVE)
http://oneonmarlin.com (ADULTS ONLY)
http://kokomobotanicalresort.com
Providenciales International Airport= PSL

DOMESTIC DESTINATIONS (HOTEL STAY ONLY NON INCLUSIVE)
http://www.calypsocay.com/
Orlando International Airport= MCO

PLEASE  CALL TO BOOK YOUR VACATION NO MORE THAN 6 MONTHS IN ADVANCE AND NO LESS THAN
45 DAYS IN ADVANCE CALL 1-855-883-1865 MONDAY - FRIDAY BETWEEN THE HOURS OF 9AM-5PM
EASTERN TIME.

***CERTAIN TIMES OF THE DAY WE ARE EXPERIENCING HIGH CALL VOLUME IF YOU ARE UNABLE TO
REACH A REPRESENTATIVE VIA TELEPHONE PLEASE REPLY BACK TO THIS EMAIL AND/OR
SUPPORT@TOURSRUSSPECIALS.COM TO RECEIVE A CALL BACK FROM A TRAVEL COORDINATOR
 WITHIN 48 BUSINESS HOURS THANKS IN ADVANCE***

(please note: any destinations or resorts that are not listed are not available)



Please follow websites links to shop around for savings up to 60% off flights
www.united.com
www.airtran.com
www.jetblue.com
www.hipmunk.com
www.cheapoair.com
www.smartfares.com
www.lowcostairlines.com
www.airfarewatchdog.com

(PLEASE DO NOT PURCHASE AIRFARE UNTIL RESORT STAY IS BOOKED AND CONFIRMED WITH A
CONFIRMATION RESORT VOUCHER)

--
Sincerely,

Jessie Lopez
Tours R Us Special Vacations
1-855-883-1865 ext 299

**Exhibit B – Huhn Dec
SUB EXHIBIT B-6**

**Memo**
**To: All Employees**
**From: Delta SkyTeam H.R. Department**



*For a limited time only we are offering to all employees access to our company vacation packages at the wholesale rate (you save $3000 per couple). Agents averaging 15 years of travel industry experience are ready to offer you the trip of a lifetime for a discounted price.*

**Please review the vacation details:**

# Cancun, Hawaii, Jamaica, Bahamas, Cabo, Dominican Republic, Cuba, Puerto Rico, or Costa Rica

Duration: **5 days & 4 nights** w/all meals included for only **$99 per person**

- Dates: You choose your dates. Packages are *open dated and valid for 18 MONTHS*

## FIVE STAR RESORT GUARANTEED
## 18 MONTHS TO USE

- **Corporate Meal Plan** – All meals and drinks including 5 Star Dining & Premium Alcohol
- **Children stay and eat for free**
- **Unlimited activities:** Snorkeling, Kayaking, Wind Surfing all non-motorized water sports

### FREE BONUS: 4 DAYS 3 NIGHTS ORLANDO or LAS VEGAS!
### With DISNEY Tickets & FREE CAR RENTAL

### **First 500 callers receive 60% off Airfare**

**For Booking and Reservations CALL:**
# (844)-859-2102

**Reservation/Promo Code: TRAVEL99**



To be removed please call 855-613-4031

# Exhibit B – Huhn Dec
# SUB EXHIBIT B-7



---------- Forwarded message ----------
From: **Corporate Travel Specials via DocuSign** <<u>dse_na2@docusign.net</u>>
Date: Tue, Sep 1, 2015 at 12:32 PM
Subject: CORPORATE TRAVEL RECEIPT
To: THOMAS HUHN <<u>BWH421@gmail.com</u>>



Corporate Travel Specials sent you a document to review and sign.

**REVIEW DOCUMENT**

**Corporate Travel Specials**
<u>exploreyourdreamsvacations@yahoo.com</u>

THOMAS HUHN,

Please DocuSign 5/4

Thank You, Corporate Travel Specials

**Do Not Share This Email**
This email contains a secure link to DocuSign. Please do not share this email, link, or access code with others.

**Alternate Signing Method**
Visit DocuSign.com, click 'Access Documents', and enter the security code:
A8F93E492B9348F791C6F9DFDD5DEB3D2

**About DocuSign**
Sign documents electronically in just minutes. It's safe, secure, and legally binding. Whether you're in an office, at home, on-the-go -- or even across the globe -- DocuSign provides a professional trusted solution for Digital Transaction Management™.

**Need Help?**
Visit our Support Site or contact us at service@docusign.com.

 Download the DocuSign App

This message was sent to you by Corporate Travel Specials who is using the DocuSign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.

**Exhibit B – Huhn Dec
SUB EXHIBIT B-8**



# SALMON INDUSTRIAS SA DE CV

Thank you for your payment, please confirm the information below is correct to process your credit and/or debit card

| | |
|---|---|
| Name appearing on card: | **THOMAS HUHN** |
| Visa / Mastercard: | **MASTERCARD** |
| Las 4 numbers of card: | ▮ |
| Expiration date: | **8/17** |
| Purchase amount: | **5066 PESOS** |
| Purchase date: | **8/31/15** |
| Description of payment: | **5/4 ALL INCLUSIVE** |
| Company's name: | **AGENCIA DE VIAJES SALMON** |
| Autorization number: | **00659B** |
| Afiliation number: | **7402280** |

Card holder agrees that all the information above is correct and fully understands this payment is non-refundable. The card holder understands this charge will appear in the next billing statement. By signing, you agree to the charge to your credit card and the terms above.

If you need assistance please call 1 – 888 – 889 – 1979

DocuSigned by:

*THOMAS HUHN*

BF81167082BD4E6...

_____

Name and Signature

Calle 11-A No. 611 Col. Maya
Mérida, Yuc. México CP.97134

Av. Xel-ha Mza. 3 Lote 1 Loc.7 y 8A
Entre av. Xelha y Tankah Sm. 28
Cancun, Q.Roo México CP 77509

DocuSign Envelope ID: 1E7A9AE8-FBB2-4A3D-9C8C-1A7EEC68F1F1



CT253031     OPEN-DATED

_calls

DocuSign Envelope ID: 1E7A9AE8-FBB2-4A3D-9C8C-1A7EEC68F1F1

I understand by signing that I agree to have purchased a non-refundable promotion.



.

**EXHIBIT C**
**Declaration of Kelly O. Wallace**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| DELTA AIR LINES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| GONZOLINA SOTOLONGO; | ) | |
| DOUGLAS MARK FLETCHER; | ) | |
| JOSEPH CHIMENTI; | ) | |
| GERALD DECKER: | ) | |
| FULL MOON TRAVEL, INC. d/b/a | ) | |
| FIRST TRAVEL SERVICES d/b/a | ) | |
| TOURS R US SPECIAL VACATIONS | ) | |
| d/b/a BOOKITDISCOUNTCLUB.COM; | ) | |
| TWILIGHT TRAVEL, INC.; | ) | |
| DESTINEY MARKETING SERVICES, | ) | |
| INC.; and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF KELLY O. WALLACE

1.

My name is Kelly O. Wallace. I am competent in all respects to testify regarding the

matters set forth herein. I am outside counsel in the above-styled matter for Plaintiff Delta Air

Lines, Inc. ("Delta"). I have personal knowledge of the facts stated herein and know them to be

true. I give this declaration in support of Delta's *Motion for Temporary Restraining Order,*

*Preliminary Injunction, Ex Parte Seizure Order, and Expedited Discovery.*

2.

Exhibit C-1 hereto is a true and correct copy of Delta's subpoena *duces tecum* to e-mail

document service provider Docusign, Inc. and the witness's response thereto. The subpoena

requested documents relating to the ownership and usage of the Docusign services account used

in and/or associated with the sale of vacation travel packages related to the trademark

1

infringement giving rise to Delta's instant lawsuit (see Exhibit B, Declaration of Tim Huhn ("Huhn Dec.")). The subpoena response identifies the owner of the Docusign services account as "Customer Service," with a billing address in Orlando, Florida and telephone contact number (407) 307-6108.

3.

Exhibit C-2 hereto is a true and correct copy of a May 6, 2015 job posting on the website "pandahi.com" requesting applicants for positions as sales agents in an "inbound call center" located at "7802 Kingspoint Drive #103, Orlando, FL 32819." The contact telephone number provided is (407) 307-6108 (i.e., the same Orlando telephone number associated with the Docusign services account).

4.

Exhibit C-3 hereto is a true and correct copy of an Intelius database search for information related to the telephone number (407) 307-6108 which I conducted on May 22, 2015. The Intelius database identifies the owner or user of that telephone number as "Douglas Fletcher" of Orlando, Florida.

5.

Exhibit C-4 hereto is a true and correct copy of the home page for the website located at "www.BookItDiscountClub.com" from April 24, 2015. The "BookItDiscountClub.com" domain is identified as the e-mail domain for the Docusign services account in the subpoena response at Exhibit A. Further, the toll-free number advertised on the website – 855-888-1865 – is identical to the "Customer Service" telephone number provided to Delta's investigator in the confirmation documents received following his purchase of the vacation package in November 2014.

6.

Exhibit C-5 hereto is a true and correct copy of the home page for the website located at "www.FirstTravelSvc.com" from May 22, 2015. The "FirstTravelSvc.com" domain is identified

2

as a domain name for several of the e-mail accounts associated with the Docusign services account used by the Defendants (see Exhibit C-1).  The website at Exhibit E is nearly identical to the website for BookItDiscountClub.com (see Exhibit C-4) in layout, images, and text.  The FirstTravelSvc.com website, at the bottom, states that it is "Owned and Operated by Full Moon Travel."

7.

Exhibit C-6 hereto is a true and correct copy of the corporate status report for the Florida corporation Full Moon Travel, Inc. ("FMT") as obtained from the Florida Secretary of State's website on May 22, 2015.  The status report for FMT identifies its principal address as 7802 Kingspointe Parkway #103 in Orlando, Florida, the same address used in the employment advertising attached hereto at Exhibit C-2.  The status report also identifies the principals of FMT as Defendants Gonzolina Sotolongo and Douglas M. Fletcher, both with the same address in Orlando.

8.

Exhibit C-7 hereto is a true and correct copy of a document titled "New Business List – From 01/05/2015 to 01/09/2015," published by the City of Orlando's Economic Development Department.  It purports to list the business name, address, and owner for business licenses issued by the City of Orlando during the specified period.  Page 3 of the document shows that, on January 6, 2015, the City of Orlando issued a business license to "Full Moon Travel, Inc." for the business address 7680 Universal Boulevard, Suite 560, Orlando, Florida 32819.  The phone number identified for Full Moon Travel, Inc. – 407-307-6108 – is the same phone number identified with the Docusign services account (see Exhibit C-1) and identified as belonging to "Douglas Fletcher" (see Exhibit C-3).

3

9.

Exhibit C-8 hereto is a true and correct copy of a document filed with the Florida

Secretary of State amending the corporate records of Defendant FMT on or about August 12,

2015 (the "FMT Amendment"). In the FMT Amendment, FMT's President, Defendant

Gonzolina Sotolongo, amends the corporate records kept by the Florida Secretary of State to

remove herself and Defendant Douglas Fletcher from the corporate records and to substitute

Defendant Gerald Decker ("Decker") as the new corporate President. Further, the FMT

Amendment changes the contact information to that of Defendant Joseph Chimenti ("Chimenti")

at the address of Chimenti's alter-ego corporation, Defendant Destiney Marketing Services, Inc.,

while maintaining the telephone number and e-mail address associated with Defendant Fletcher.

10.

Exhibit C-9 hereto is a true and correct copy of the current (as of October 8, 2015)

corporate status report for Defendant Destiney Marketing Services, Inc. ("Destiney") as obtained

from the Florida Secretary of State's website. The current corporate status report shows

Chimenti and Decker as the current officers of the corporations.

11.

Defendant Destiney amended its corporate status with the Florida Secretary of State three

times since May, 2015 (i.e., within the last 6 months).

12.

Exhibit C-10 hereto is a true and correct copy of the May 22, 2015 amendment to

Destiney's corporate records. As is shown in the exhibit, the contact information for Destiney is

set to Defendant Fletcher, care of "Full Moon", at Defendant FMC's address on Universal

Boulevard in Orlando, Florida.

13.

Exhibit C-11 hereto is a true and correct copy of the July 14, 2015 amendment to Destiney's corporate records. As is shown in the exhibit, the contact information for Destiney is changed to Defendant Chimenti, care of "Twilight Travel" at a UPS Store mailbox in Orlando, Florida. Despite these changes, Defendant Fletcher's e-mail address is still listed as the electronic contact point for Destiney.

14.

Exhibit C-12 hereto is a true and correct copy of the August, 12, 2015 amendment to Destiney's corporate records. As is shown in the exhibit, the contact address for Destiney is still care of "Twilight Travel," but with the address changed the address of Defendant FMC on "Universal Boulevard" in Orlando, Florida.

15.

Exhibit C-13 hereto is a true and correct copy of the current (as of October 8, 2015) corporate status report for Defendant Twilight Travel, Inc. ("Twilight") as obtained from the Florida Secretary of State's website. The current corporate status report shows Chimenti as the registered agent at the same UPS Store mailbox address given for Defendant Destiney in Exhibit K, and with Douglas Fletcher as the officers of the company. Defendant Twilight was voluntarily dissolved by Defendant Fletcher in March, 2014, but (as the other exhibits hereto clearly demonstrate) is still being used by Defendants Fletcher, Chimenti, and Decker in connection with their present scheme.

5

16.

I swear under penalty of perjury that the testimony set forth in this declaration is true and

correct.

This 8th day of December, 2015.

Kelly O. Wallace
Georgia Bar No. 734166
Attorney for Delta Air Lines, Inc.

6

# Exhibit B – Wallace Dec
# SUB EXHIBIT C-1

AO 88B  (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| DELTA AIR LINES, INC. | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No.   1:14-CV-00502-SCJ |
| JOHN DOES 1-5, | ) |
| | ) |
| *Defendant* | ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:      Custodian of Records, Docusign, Inc. c/o CSC - Lawyers Incorp. Service, Reg. Agent
2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833
*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Exhibit A.

| Place:  Wellborn, Wallace & Woodard, LLC<br>1175 Peachtree St. NE, 100 Colony Square, Suite 300<br>Atlanta, GA 30361 | Date and Time:<br>May 21, 2015 @ Noon (EDT) |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  4/30/15

| CLERK OF COURT | | |
|---|---|---|
| | OR | |
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Delta Air Lines, Inc. , who issues or requests this subpoena, are:

Kelly O. Wallace; WELLBORN, WALLACE & WOODARD, LLC, 1175 Peachtree St. NE, 100 Colony Sq. Suite 300 Atlanta, GA 30361, Direct: (404) 815-7714, E-mail: kelly@wellbornlaw.com

### Notice to the person who issues or requests this subpoena

A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

EXHIBIT C - DECLARATION OF KELLY O. WALLACE
SUB-EXHIBIT 1 - PAGE 1

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  1:14-CV-00502-SCJ

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____

☒ I served the subpoena by delivering a copy to the named person as follows:  *UPS Next Day,*
*Signature Required* _____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                               *Server's signature*

                               _____
                               *Printed name and title*

                               _____
                               *Server's address*

Additional information regarding attempted service, etc.:

EXHIBIT C - DECLARATION OF KELLY O. WALLACE
SUB-EXHIBIT 1 - PAGE 2

AO 88B  (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
(A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
(B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
(i) is a party or a party's officer; or
(ii) is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
(A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
(B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction--which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
(A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
(B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
(i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
(A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
(i) fails to allow a reasonable time to comply;
(ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
(iv) subjects a person to undue burden.
(B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
(i) disclosing a trade secret or other confidential research, development, or commercial information; or

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
(C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
(ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
(A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
(B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
(C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
(D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
(A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
(i) expressly make the claim; and
(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
(B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

EXHIBIT C - DECLARATION OF KELLY O. WALLACE
SUB-EXHIBIT 1 - PAGE 3

## EXHIBIT A

1.   All documents relating to, referencing, or touching upon in any way, the identity and location of the Docusign, Inc. customer(s) and/or users associated with the following e-mail address as of the specified date(s).  This request includes, but is not limited to: all account information including name(s), address(es), telephone number(s), and other e-mail address(es) associated with the account; all billing and credit information; all IP address logs associated with account creation and use of any account with you.

info@bookitdiscountclub.com

2.   All documents relating to, referencing, or touching upon in any way the identity and location of the Docusign, Inc. customer(s) and/or users associated with the following Docusign transaction verification codes:

Verification Code 01D1C218DF4E43E88B71ADC2C8E23DDC1

Verification Code 5B62B3F1A2D94D1AB4B6A81B47A5C90B1

EXHIBIT C - DECLARATION OF KELLY O. WALLACE
SUB-EXHIBIT 1 - PAGE 4



*SENT VIA DOCUSIGN*
*to kelly@wellbornlaw.com*

May 21, 2015

Kelly O. Wallace
Wellborn, Wallace & Woodard LLC
1175 Peachtree St. NE
100 Colony Sq. Suite 300
Atlanta, GA 30361

Re:     ***Response to Subpoenaing Party; Civil Action No. 1:14-CV-00502-SCJ, United States District Court for the Eastern District of California***

To Whom It May Concern:

In response to the subpoena for the matter referenced above, DocuSign is producing information to the extent we're able to and as required by law.

*Requested Information*

1. All records documents relating to, referencing, or touching upon in any way, the identity and location of the DocuSign, Inc. customer(s) and/or users associated with the following email address as of the specified date(s). This request includes, but is not limited to: all account information including name(s), address(es), telephone number(s), and other e-mail address(es) associated with the account; all billing and credit information; all IP address logs associated with account creation and use of any account with you.

   info@bookitdiscountclub.com

2. All documents relating to, referencing, or touching upon in any way the identity and location of the DocuSign, Inc. customer(s) and/or users associated with the following DocuSign transaction verification codes:

   Verification Code 01D1C218DF4E43E88B71ADC2C8E23DDC1
   Verification Code 5B62B3F1A2D94D1AB4B6A81B47A5C90B1

*PRODUCTION*

For No. 1, the following account information was found for info@bookitdiscountclub.com:

| | |
|---|---|
| Account Name: | Customer Service |
| Account ID: | 17836331 |
| Account Type: | Web Self Service |
| Account Plan: | Business Edition - Monthly |



| | |
|---|---|
| Date Account Created: | 11/6/2012 |
| Date Account Closed: | Current account |
| Account Plan Start Date: | 2/28/2014 |
| Billing Start Date: | 1/5/2014 |
| Billing End Date: | 2/5/2014 |
| Method of Payment: | Credit Card |
| Email Domain: | bookitdiscountclub.com |
| Billing Address: | 5895 Carrier Drive, Orlando, FL 32619 United States |
| Phone: | (407) 307-6108 |
| Contact Information: | |

| NAME | TITLE | EMAIL | PHONE |
|---|---|---|---|
| Card services | President & CEO | markfletchercancun@gmail.com | 407-307-6108 |
| Card services | | cardservices@helpdesk.info | 407-307-6108 |
| Card services | President & CEO | cardservices@helpdesk1.info | 407-307-6108 |
| HELP DESK | | cs.rep6@helpdesk1.info | 407-307-6108 |
| Mark Fletcher | Owner | info@toursrus.com | 407-307-6108 |
| Quality Team | | info@helpdesk1.info | 407-307-6108 |
| Jessie | | csrep6@toursrusspecials.com | 407-307-6108 |
| Card services | | support@timesharetradeshows.com | 407-307-6108 |
| Customer Service | | support@toursrusspecials.com | 407-307-6108 |
| Customer Service | | csrep6@toursrusspecials.com | 407-307-6108 |
| Reservations Team | | travel@toursrusspecials.com | 407-307-6108 |
| Admin | | timesharetradeshows@gmail.com | 888-905-0323 |
| Admin/Marketing | | marketing@timesharetradeshows.com | 407-307-6108 |
| Courney | | courtney@vacationcities.net | 855-809-9439 |
| JAMIE | | info@vacationscities.net | 407-307-6108 |
| JAMIE | | info@bookitcancun.com | 855-809-9439 |
| Reservations | | info@firsttravelsvc.com | |
| Reservations | | callogreservations@gmail.com | 407-307-6108 |
| Help Desk | | callogreservation@gmail.com | 407-307-6108 |
| John Spencer | | csrep3@toursrusspecials.com | 407-307-6108 |
| Quality Team | | info@firsttravelsvc.com | 407-307-6108 |
| Reservations Team | | info@bookitcancun.com | 407-307-6108 |
| Reservations Team | | info@firsttravelsvc.com | 407-307-6108 |
| Reservations Team | | info@bookitdiscountclub.com | 407-307-6108 |

The following customer support case was found related to email address info@bookitdiscountclub.com:

| Contact Name | Date Opened | Description |
|---|---|---|
| Reservations Team | 11/7/2014 | Additional To: sduran@rcoe.us<br>CC:<br>BCC: |

1301 Second Avenue, Suite 2000  I  Seattle, WA 98101  I  toll free  (877) 720-2040  I  www.docusign.com

EXHIBIT C - DECLARATION OF KELLY O. WALLACE
SUB-EXHIBIT 1 - PAGE 6



| | | Attachment: |
|---|---|---|
| | | Subject: RE: Need to see dates available [ ref:_00D30bS4._50040gGEam:ref ]<br>Body:<br>Hello Suzanne,<br>Thank you for contacting DocuSign Customer Support.<br>We do apologize for the inconvenience. If you have trouble logging in to your DocuSign account, we can send you a password reset link for you to set up a new password and a new security question. If this would be alright with you.<br>Best Regards,Leemar G.DocuSign Customer Support<br><br>I-----------------Original Message -----------------From: Suzanne Duran [sduran@rcoe.us]Sent: 11/7/2014 4:23 PMTo: service@docusign.comSubject: Need to see dates available<br><br><br>I cannot log on to<br>info@bookitdiscountclub.com.<br>It says that is not a working e-mail. I will not sign<br>Electronically to OK a charge until I can see what<br>Dates can be booked.<br><br>Thank You<br>951-688-4009<br>951-941-6251<br><br>Sue Duran, Office Clerk<br>Division of Student programs and Services<br>Riverside County Office of Education<br>Riverside, Ca 92502<br>Telephone: (951) 826-6468, Fax:[951] 826-6906<br>E-mail: sduran@rcoe.us<br><br>ref:_00D30bS4._50040gGEam:ref |

Please see below for the billing information related to account ID 17836331.

| Invoice Name | Invoice ID | Total Amount | Balance | Invoice Date | Due Date | Payment Term | Status |
|---|---|---|---|---|---|---|---|
| INV01708330 | 1500000198521 | USD 200.40 | USD 0.00 | 5/3/2015 | 5/3/2015 | Due Upon Receipt | Posted |
| INV01544537 | 80788864 | USD 200.00 | USD 0.00 | 4/3/2015 | 4/3/2015 | Due Upon Receipt | Posted |
| INV01389431 | 78690748 | USD 200.00 | USD 0.00 | 3/3/2015 | 3/3/2015 | Due Upon Receipt | Posted |
| INV01237552 | 76788656 | USD 200.00 | USD 0.00 | 2/3/2015 | 2/3/2015 | Due Upon Receipt | Posted |
| INV01087898 | 74713375 | USD 200.10 | USD 0.00 | 1/3/2015 | 1/3/2015 | Due Upon Receipt | Posted |
| INV00933064 | 72068552 | USD | USD | 12/3/2014 | 12/3/2014 | Due | Posted |

1301 Second Avenue, Suite 2000  |  Seattle, WA 98101  |  toll free  (877) 720-2040  |  www.docusign.com

EXHIBIT C - DECLARATION OF KELLY O. WALLACE<br>SUB-EXHIBIT 1 - PAGE 7



| | | 203.30 | 0.00 | | | Upon Receipt | |
|---|---|---|---|---|---|---|---|
| INV00795761 | 68372538 | USD 214.60 | USD 0.00 | 11/3/2014 | 11/3/2014 | Due Upon Receipt | Posted |
| INV00669513 | 65068883 | USD 205.70 | USD 0.00 | 10/3/2014 | 10/3/2014 | Due Upon Receipt | Posted |
| INV00563752 | 61752846 | USD 204.10 | USD 0.00 | 9/3/2014 | 9/3/2014 | Due Upon Receipt | Posted |
| INV00521168 | 60443539 | USD - 18.07 | USD 0.00 | 8/21/2014 | 8/21/2014 | Due Upon Receipt | Posted |
| INV00467969 | 58797772 | USD 243.10 | USD 0.00 | 8/3/2014 | 8/3/2014 | Due Upon Receipt | Posted |
| INV00379716 | 54308432 | USD 242.00 | USD 0.00 | 7/3/2014 | 7/3/2014 | Due Upon Receipt | Posted |
| INV00299929 | 49283551 | USD 240.40 | USD 0.00 | 6/3/2014 | 6/3/2014 | Due Upon Receipt | Posted |
| INV00288249 | 48641355 | USD 6.45 | USD 0.00 | 5/30/2014 | 5/30/2014 | Due Upon Receipt | Posted |
| INV00242318 | 44907705 | USD 200.80 | USD 0.00 | 5/3/2014 | 5/3/2014 | Due Upon Receipt | Posted |
| INV00196387 | 43468416 | USD 201.60 | USD 0.00 | 4/3/2014 | 4/3/2014 | Due Upon Receipt | Posted |
| INV00158212 | 41433272 | USD 200.00 | USD 0.00 | 3/3/2014 | 3/3/2014 | Due Upon Receipt | Posted |
| INV00154686 | 41276787 | USD 14.85 | USD 0.00 | 3/1/2014 | 3/1/2014 | Due Upon Receipt | Posted |
| INV00147419 | 41099913 | USD - 7.18 | USD 0.00 | 2/26/2014 | 2/26/2014 | Due Upon Receipt | Posted |
| INV00140467 | 40785363 | USD 15.55 | USD 0.00 | 2/19/2014 | 2/19/2014 | Due Upon Receipt | Posted |
| INV00134544 | 40553756 | USD - 21.54 | USD 0.00 | 2/14/2014 | 2/14/2014 | Due Upon Receipt | Posted |
| INV00126171 | 40275240 | USD 102.10 | USD 0.00 | 2/3/2014 | 2/3/2014 | Due Upon Receipt | Posted |
| INV00112954 | 39980895 | USD 14.05 | USD 0.00 | 1/22/2014 | 1/22/2014 | Due Upon Receipt | Posted |
| INV00104097 | 39731741 | USD - 22.69 | USD 0.00 | 1/14/2014 | 1/14/2014 | Due Upon Receipt | Posted |
| INV00098485 | 39590368 | USD 100.50 | USD 0.00 | 1/5/2014 | 1/5/2014 | Due Upon | Posted |

1301 Second Avenue, Suite 2000  |  Seattle, WA 98101  |  toll free (877) 720-2040  |  www.docusign.com

EXHIBIT C - DECLARATION OF KELLY O. WALLACE
SUB-EXHIBIT 1 - PAGE 8



| | | | | | | Receipt | |
|---|---|---|---|---|---|---|---|
| INV-1773731 | DFE9D1EC-874C-4281-BD91-574AD19480E3 | USD 67.00 | USD 0.00 | 3/4/2013 | 3/4/2013 | Due Upon Receipt | Posted |

For No. 2, no search returned results for identification number 01D1C218DF4E43E88B71ADC2C8E23DDC1 and 5B62B3F1A2D94D1AB4B6A81B47A5C90B1.

If you need to contact us with any questions or concerns regarding this response, please email legal@docusign.com or call at 206-219-0200.

**DocuSign Legal Department**



## Certificate of Completion

Envelope Number: 57395F9577E541C6821CF86D891BE96D
Subject: Please Review: Response to Subpoenaing Party - Delta Air.docx
Source Envelope:

| | | |
|---|---|---|
| Document Pages: 5 | Signatures: 0 | Status: Completed |
| Certificate Pages: 4 | Initials: 0 | |
| AutoNav: Enabled | | Envelope Originator: |
| EnvelopeId Stamping: Disabled | | Nga Nguyen |
| | | 1301 2nd Ave |
| | | Suite 2000 |
| | | Seattle, WA  98101 |
| | | nga.nguyen@docusign.com |
| | | IP Address: 8.20.114.11 |

## Record Tracking

Status: Original
        5/21/2015 10:58:16 AM PT

Holder: Nga Nguyen
        nga.nguyen@docusign.com

Location: DocuSign

| Signer Events | Signature | Timestamp |
|---|---|---|

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|
| Kelly Wellace | **VIEWED** | Sent: 5/21/2015 11:00:19 PT |
| kelly@wellbornlaw.com | | Viewed: 5/22/2015 6:10:29 PT |
| Security Level: Email, Account Authentication (None) | Using IP Address: 162.206.36.248 | |

Electronic Record and Signature Disclosure:
    Accepted: 5/22/2015 6:10:29 AM PT
    ID: e53e8c72-a78e-411e-b2f8-9bb6820c1645

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Legal Help Desk | **COPIED** | Sent: 5/21/2015 11:00:19 AM PT |
| legalhelpdesk@docusign.com | | Viewed: 5/21/2015 11:18:24 AM PT |
| Security Level: Email, Account Authentication (None) | | |

Electronic Record and Signature Disclosure:
    Accepted: 3/17/2014 7:49:12 AM PT
    ID: 3a878488-ecfb-44fb-ab06-39868d522d4b

| Notary Events | | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 5/21/2015 11:00:19 PT |
| Certified Delivered | Security Checked | 5/22/2015 6:10:29 PT |
| Completed | Security Checked | 5/22/2015 6:10:29 PT |

## Electronic Record and Signature Disclosure

EXHIBIT C - DECLARATION OF KELLY O. WALLACE
SUB-EXHIBIT 1 - PAGE 10

Electronic Record and Signature Disclosure created on: 4/6/2012 6:04:46 PM
Parties agreed to: Kelly Wallace, Legal Help Desk

**CONSUMER DISCLOSURE**

From time to time, DocuSign, Inc. (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign, Inc. (DocuSign) electronic signing system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the â€˜I agreeâ€™ button at the bottom of this document.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after signing session and, if you elect to create a DocuSign signer account, you may access them for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign â€˜Withdraw Consentâ€™ form on the signing page of a DocuSign envelope instead of signing it. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures

EXHIBIT C - DECLARATION OF KELLY O. WALLACE
SUB-EXHIBIT 1 - PAGE 11

electronically from us.

**How to contact DocuSign, Inc.:**
You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
 To contact us by email send messages to: doug.rybacki@docusign.com


**To advise DocuSign, Inc. of your new e-mail address**
To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at doug.rybacki@docusign.com and in the body of such request you must state: your previous e-mail address, your new e-mail address.  We do not require any other information from you to change your email address..
In addition, you must notify DocuSign, Inc. to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in the DocuSign system.
**To request paper copies from DocuSign, Inc.**
To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to doug.rybacki@docusign.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.
**To withdraw your consent with DocuSign, Inc.**
To inform us that you no longer want to receive future notices and disclosures in electronic format you may:
> i. decline to sign a document from within your DocuSign session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;
> ii. send us an e-mail to doug.rybacki@docusign.com and in the body of such request you must state your e-mail, full name, US Postal Address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..


**Required hardware and software**

| Operating Systems: | Windows® 2000, Windows® XP, Windows Vista®; Mac OS® X |
|---|---|
| Browsers: | Final release versions of Internet Explorer® 6.0 or above (Windows only); Mozilla Firefox 2.0 or above (Windows and Mac); Safari™ 3.0 or above (Mac only) |
| PDF Reader: | Acrobat® or similar software may be required to view and print PDF files |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | Allow per session cookies |

** These minimum requirements are subject to change. If these requirements change, you will be asked to re-accept the disclosure. Pre-release (e.g. beta) versions of operating systems and browsers are not supported.
**Acknowledging your access and consent to receive materials electronically**

EXHIBIT C - DECLARATION OF KELLY O. WALLACE
SUB-EXHIBIT 1 - PAGE 12

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the â€˜I agreeâ€™ button below.

By checking the â€˜I agreeâ€™ box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC CONSUMER DISCLOSURES document; and

- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and

- Until or unless I notify DocuSign, Inc. as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by  DocuSign, Inc. during the course of my relationship with you.

EXHIBIT C - DECLARATION OF KELLY O. WALLACE
SUB-EXHIBIT 1 - PAGE 13

**Exhibit B – Wallace Dec**
**SUB EXHIBIT C-2**

# Inbound Vacation Sales (Payed training)

Posting ID : B1028772058
Date Posted : 2014-05-06
Category : Sales Jobs (/sales-jobs/)

Looking for 1 full time sales agent and 2 part time sales agents , This is a 100% Inbound call center not press 1 campaign or a Voice transfer this is 100% they call you.

Full time Hours 9 am to 4 pm
Part time hours 4 pm to 9 pm

We have been operating for close to 10 years and our average employee has been with us over a year.

APPLY TODAY START TOMORROW FOR SUPERIOR SALES AGENTS

407 307 6108

7802 KINGSPOINT DRIVE # 103
ORLANDO, FL 32819

Response - Report Abuse

## Some Other Postings

- Invicta Venom Reserve watch for sale (/1028772057.html) - Jewelry By Owner (/jewelry-by-owner/)
- New (yet again) Benghazi investigation: Rep. Gowdy: 'i Have Evidence' (/1028772056.html) - Politics (/politics/)
- 1 Amazing room available in 4 Bedroom- 3 bath Prime Williamsburg spot (/1028772055.html) - Rooms Shares (/rooms-shares/)
- Atlanta's Best Hvac & Ac Repair (/1028772054.html) - Skilled Trade Services (/skilled-trade-services/)
- 3/2 Home in Waterford Lakes (/1028772053.html) - Real Estate By Broker (/real-estate-by-broker/)
- Looking for someone to move in June 1st (/1028772052.html) - Rooms Shares (/rooms-shares/)
- Pink IPhone 5c 16gb Verizon - In Excellant Condition (/1028772051.html) - Cell Phones By Owner (/cell-phones-by-owner/)
- Sq Coffee Table (/1028772050.html) - Furniture By Dealer (/furniture-by-dealer/)
- American Standard mix and Boxer Mix! (/1028772049.html) - Pets (/pets/)
- Summer openings in daycare off 101 & Montague (/1028772048.html) - Childcare (/childcare/)

About (/about/) - Contact (mailto:service@pandahi.com) - Terms (/about/tos) - Privacy (/about/privacy) -

## How to Remove (/about/remove)
© 2015 pandahi.com 0.034s

g+1

EXHIBIT C - DECLARATION OF KELLY O. WALLACE
SUB-EXHIBIT 2 - PAGE 2

# Exhibit B – Wallace Dec
# SUB EXHIBIT C-3

5/22/2015

People Search from Intelius searches billions of public records instantly. Search free now!





## Phone Report



**Click these individual sections to view your report**

Report Summary

Phone Report

View All ▶

**Available Addons:**

**Current Phone And
Address Check
With Report In PDF**

### Reverse Phone Lookup

**What is a Phone Report?**

This section lists current and historical records that share the same phone number as your search subject. The Reverse Phone Lookup Summary can be helpful in providing a consolidated view of matching current and historical records for your subjects phone number across multiple public sources. Income & Home Value are compiled from property, demographic, census, & other public record sources. Income & Home Value may contain specific household and area statistics associated with an individual or address.

1 Result found for (407) 307-6108.

| | | | |
|---|---|---|---|
| 1 | Douglas Fletcher<br>Background Report | Orlando, FL 3280<br>Property Report | Phone Type: Cellular<br>Carrier: Sprint Spectrum LP<br>Time Zone: 11:30 AM EST<br>County: Orange |

Feedback

## How would you rate this report?

Please take a moment to help us improve our service:

| Poor | Below Average | Average | Above Average | Good |
|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ |

**Submit Feedback**

# Find Their Info Now for Any Number! Cell, Landline or Unpublished

**Reverse Phone Lookup**

EXHIBIT C - DECLARATION OF KELLY O. WALLACE

5/22/2015                    People Search from Intelius searches billions of public records instantly. Search free now!

**Exhibit B – Wallace Dec
SUB EXHIBIT C-4**

Subscribe RSS                    Call Class at 855-888-1885 for The best vacation packages in Mexico, Hawaii, Jamaica and other tropical destinations



**bookit 855-888-1885**
**discountclub.com**

Home    About    Vacation Destinations    All-Inclusive Resorts    Vacation Travel    Contact Us



**NEW LUXURY RESORTS**



**Atlantis Beach Tower, Nassau**
Decorated in casually tropical decor—and featuring a variety of amenities including one king bed or two queen beds, full balconies with water or terrace.



**Morritts Tortuga Club**
* NON-INCLUSIVE Hotel East End Tranquility and Comfort in spacious Grand Cayman condos. The Morritt's Tortuga Club and Resort, located on the quiet East End of



**Flamingo Bay Hotel at Taino Beach Resort**
* NON-INCLUSIVE Hotel

Flamingo Bay Hotel and Marina, adorned by the beautiful emerald green Bell Channel Waterway, is part of three Taino Beach Resort ...



**Vacation Villas at Fantasy World**
* Ultra Luxury Class Resort

Fantasy World Resort in Kissimmee, just south of Orlando, offers spacious 2 bedroom Orlando vacation condos to vacationing families at an affordable



**Rosen Inn at Point Orlando**
* Ultra Luxury Class Resort The new Rosen Inn at Pointe Orlando brings you style and comfort at a reasonable price. The Rosen Inns brand



**Villa Del Palmar Cancun Beach Resort & Spa**
* Ultra Luxury Class Resort

Villa del Palmar Cancun offers splendid views from any of the 415 Suites of the lush gardens, stunning swimming pools ...



**Beachscape Kin Ha Villas & Suites**
Escape to one of the Cancun's most intimate and charming resorts. Beachscape Kin Ha Villas & Suites located just steps from the best beach.

Travel Photos

Vacation Destinations

Select Category

6 Day Package Deals From $3099

TOS and Privacy Policy

# Exhibit B – Wallace Dec
# SUB EXHIBIT C-5



**FIRST TRAVEL+ SERVICES** **866-590-7027**

Home   About   Vacation Destinations   All-Inclusive Resorts   Vacation Travel   Refund Policy   Contact Us

NEW LUXURY RESORTS

  

**Morritts Tortuga Club**
* NON INCLUSIVE Hotel East End
Tranquility and Comfort in spacious
Grand Cayman condos The Morritt's
Tortuga Club and Resort, located on
the quiet East End of ...

**Flamingo Bay Hotel at Taino Beach Resort**
* NON INCLUSIVE Hotel

Flamingo Bay Hotel and Marina
adorned by the beautiful emerald
green Bell Channel Waterway, is part
of three Taino Beach Resort

**Vacation Villas at Fantasy World** *
* Ultra Luxury Class Resort

Fantasy World Resort in Kissimmee
just south of Orlando offers
spacious 2 bedroom Orlando vacation
condos to vacationing families at an
affordable

   

**Rosen Inn at Point Orlando** *
* Ultra Luxury Class Resort The new
Rosen Inn at Pointe Orlando brings
you style and comfort at a reasonable
price. The Rosen Inns brand

**Villa Del Palmar Cancun Beach Resort & Spa** *
* Ultra Luxury Class Resort

Villa del Palmar Cancun offers
splendid views from any of the 415
Suites of the lush gardens stunning
swimming pools

**Beachscape Kin Ha Villas & Suites**
Escape to one of the Cancun's most
intimate and charming resorts
Beachscape Kin Ha Villas & Suites,
located just steps from the best
beach

**Dos Playas Hotel by Celuisma**
Cancun is without a doubt one of the
most wished and paradisiacal
destines of the world and way
beyond from what you can expect



**Exhibit B – Wallace Dec
SUB EXHIBIT C-6**



FLORIDA DEPARTMENT OF STATE
DIVISION OF CORPORATIONS

# Detail by Entity Name

## Florida Profit Corporation

FULL MOON TRAVEL, INC

## Filing Information

| | |
|---|---|
| Document Number | P13000029477 |
| FEI/EIN Number | 46-2414691 |
| Date Filed | 04/01/2013 |
| Effective Date | 04/01/2013 |
| State | FL |
| Status | ACTIVE |
| Last Event | AMENDMENT |
| Event Date Filed | 08/13/2013 |
| Event Effective Date | NONE |

## Principal Address

7802 Kingspointe Pkwy
103
ORLANDO, FL 32819

Changed: 06/03/2014

## Mailing Address

7802 Kingspointe Pkwy
103
ORLANDO, FL 32819

Changed: 06/03/2014

## Registered Agent Name & Address

CALZADA, RICARDO
419 MAGNOLIA AVE
ORLANDO, FL 32801

## Officer/Director Detail

## Name & Address

Title P

SOTOLONGO, GONZOLINA
7802 kings point parkway
103

5/22/2015                                    Detail by Entity Name

ORLANDO, FL 32811

Title T

FLETCHER, DOUGLAS M
7802 Kingspointe Pkwy
103
ORLANDO, FL 32811

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2014 | 06/03/2014 |
| 2015 | 01/22/2015 |

**Document Images**

| | |
|---|---|
| 01/22/2015 -- ANNUAL REPORT | View image in PDF format |
| 06/03/2014 -- ANNUAL REPORT | View image in PDF format |
| 08/13/2013 -- Amendment | View image in PDF format |
| 04/01/2013 -- Domestic Profit | View image in PDF format |

Copyright © and  Privacy Policies
State of Florida, Department of State

**Exhibit B – Wallace Dec
SUB EXHIBIT C-7**



# City of Orlando

**New Business List**
**From 01/05/2015 to 01/09/2015**

January 12, 2015

| Tax Receipt # / Received Date | Business Name/ Location / Issued Date | License Description / Opened Date | Business Name Mailing Address | Business Owner Name |
|---|---|---|---|---|
| BUS-0035606 | TAMARA A TOPOLESKI/ORLANDO | PROFES 8045 MEDICAL PHYSICIAN | 25 W CRYSTAL LAKE ST | ORLANDO ORTHOPAEDIC CENTER MD PA |
| 1/14/2013 | 9685 LAKE NONA VILLAGE PL | 01/07/2015 | # 200 ORLANDO, FL 32806 407.254.2500 | |
| BUS-0041406 | HOOK & BOOK TOWING & RECOVERY LLC | WARHSE 4728 WAREHOUSE/STORAGE | 4200 THORNBRIAR LANE | HOOK & BOOK TOWING & RECOVERY LLC |
| 9/2/2014 | 664 BARRY ST | 01/08/2015 | APT 107 ORLANDO, FL 32822 407.692.8579 | |
| | WARHSE 4728 WAREHOUSE/STORAGE 01/09/2015 | | | |
| BUS-0042885 | WOMENS CARE SPECIALISTS | PROFES 8011 PROFES FIRM/OFFICE | 1416 E ROBINSON ST | JOSE I CARDENAS |
| 12/19/2014 | 1416 E ROBINSON ST | 01/07/2015 | ORLANDO, FL 32801 407.482.8892 | |
| BUS-0042888 | EMERY H ROSENBLUTH JR/BROAD AND | PROFES 8000 ATTORNEY | 390 N ORANGE AVE | BROAD AND CASSEL |
| 12/22/2014 | 390 N ORANGE AV | 01/05/2015 | SUITE 1400 ORLANDO, FL 32801 407.839.4200 | |

ECONOMIC DEVELOPMENT DEPARTMENT ● PERMITTING SERVICES DIVISION
CITY HALL ● 400 SOUTH ORANGE AVENUE ● FIRST FLOOR ● P.O.Box 4990 ● ORLANDO, FLORIDA 32802-4990
PHONE 407.246.2204 ● FAX 407.246.3420 ● http://www.cityoforlando.net/permits

EXHIBIT C - DECLARATION OF KELLY O. WALLACE
SUB-EXHIBIT 7 - PAGE 1

January 12, 2015

**New Business List**

**From 01/05/2015 to 01/09/2015**

| Tax Receipt #<br>Received Date | Business Name/ Location<br>Issued Date | License Description<br>Opened Date | Business Name Mailing Address | Business Owner Name |
|---|---|---|---|---|
| BUS-0042936 | AMJAD CHAUDHRY HIMALYA CRAFTS | | 5250 INTERNATIONAL DR<br>H-12<br>ORLANDO, FL 32819<br>407.952.6204 | AMJAD CHAUDHRY |
| | 5250 INTERNATIONAL DR H-12 | | | |
| 12/29/2014 | MERCNT 5315 RETAIL MERCHANT | | | |
| 12/29/2014 | | 01/05/2015 | | |
| BUS-0042976 | GRIND 2 SHINE MOBILE DETAILING LLC | | 1055 S HIAWASSEE RD<br>SUITE 2011<br>ORLANDO, FL 32835<br>407.907.3091 | GRIND 2 SHINE MOBILE DETAILING LLC |
| | 1055 S HIAWASSEE RD 2011 | | | |
| 1/2/2015 | SERREP 7544 MOBILE WSHWAXVAC | | | |
| 1/2/2015 | | 01/05/2015 | | |
| BUS-0042983 | EDER AGUSTIN | | 3713 SOUTH LAKE ORLANDO PKWY<br>SUITE 6<br>ORLANDO, FL 32808<br>407.485.6894 | EDER AGUSTIN |
| | 3713 SOUTH LAKE ORLANDO PKWY 6 | | | |
| 1/5/2015 | SERREP 4114 TRANSPORTATION SVC | | | |
| 1/5/2015 | | 01/05/2015 | | |
| BUS-0042984 | INDRANIL DEBNATH/FL OTOLARYNGOLOG | | 7251 UNIVERSTITY BLVD<br>SUITE 300<br>WINTER PARK, FL 32792<br>407.677.0099 | FL OTOLARYNGOLOGY GROUP PA |
| | 1781 PARK CENTER DR | | | |
| 1/5/2015 | PROFES 8045 MEDICAL PHYSICIAN | | | |
| 1/5/2015 | | 01/05/2015 | | |
| BUS-0042991 | CANYON CONTRACTING CORPORATION | | 2821 SKYE RD<br>WASHOUGHAL, WA 98671<br>360.837.2204 | CANYON CONTRACTING CORPORATION |
| | DESIRED CITY LICENSE | | | |
| | CONTRA 1523 BUILD CONTRA | | | |

Page 2 of 7

EXHIBIT C - DECLARATION OF KELLY O. WALLACE
SUB-EXHIBIT 7 - PAGE 2

January 12, 2015

**New Business List**
**From 01/05/2015 to 01/09/2015**

| Tax Receipt #<br>Received Date | Business Name/ Location<br>Issued Date | License Description<br>Opened Date | Business Name Mailing Address | Business Owner Name |
|---|---|---|---|---|
| 1/5/2015 | | 01/05/2015 | | |
| BUS-0043003 | FULL MOON TRAVEL INC<br>7680 UNIVERSAL BLVD 560 | | 7680 UNIVERSAL BLVD<br>SUITE 560<br>ORLANDO, FL 32819<br>407.307.6108 | FULL MOON TRAVEL INC |
| 1/6/2015 | 01/06/2015 | BUSOFF 9990 BUSINESS OFFICE<br>01/06/2015 | | |
| BUS-0043009 | CHRISTIAN ZAMBRANO/VIVINT INC<br>DESIRED CITY LICENSE | | 16033 BIRCHWOOD WAY<br>ORLANDO, FL 32828 | VIVINT INC |
| 1/6/2015 | 01/06/2015 | CANVAS 7405 CANVASSER/SOLICIT<br>01/06/2015 | | |
| BUS-0043010 | GREGORY COULANGES/VIVINT<br>DESIRED CITY LICENSE | | 4931 N 300 W<br>PROVO, UT 84604<br>877.479.1670 | VIVINT INC |
| 1/6/2015 | 01/06/2015 | CANVAS 7405 CANVASSER/SOLICIT<br>01/06/2015 | | |
| BUS-0043015 | A+ MARKETING SOLUTIONS CORP<br>717 SIOUX DR | | 717 SIOUX DR<br>ORLANDO, FL 32807<br>407.749.1202 | A+ MARKETING SOLUTIONS CORP |
| 1/7/2015 | 01/07/2015 | BUSOFF 9990 BUSINESS OFFICE<br>01/07/2015 | | |

Page 3 of 7

EXHIBIT C - DECLARATION OF KELLY O. WALLACE<br>SUB-EXHIBIT 7 - PAGE 3

January 12, 2015

**New Business List**
**From 01/05/2015 to 01/09/2015**

| Tax Receipt #<br>Received Date | Business Name/ Location<br>Issued Date | License Description<br>Opened Date | Business Name Mailing Address | Business Owner Name |
|---|---|---|---|---|
| BUS-0043020<br>1/7/2015 | SARAH GARCIA/VIVINT<br>DESIRED CITY LICENSE | CANVAS 7405 CANVASSER/SOLICIT<br>01/07/2015 | 4931 N 300 W<br>PROVO, UT 84604<br>877.479.1670 | VIVINT INC |
| BUS-0043021<br>1/7/2015 | IAN HEREZI/VIVINT INC<br>DESIRED CITY LICENSE | CANVAS 7405 CANVASSER/SOLICIT<br>01/07/2015 | 4931 N 300 W<br>PROVO, UT 84604<br>877.479.1670 | VIVINT INC |
| BUS-0043025<br>1/7/2015 | THE VAPE SHOPPE LLC<br>51 E CHURCH ST | MERCNT 5315 RETAIL MERCHANT<br>01/07/2015 | 51 E CHURCH ST<br>ORLANDO, FL 32801<br>407.455.5500 | THE VAPE SHOPPE LLC |
| BUS-0043028<br>1/7/2015 | CUSTOM AUTO BROKERS LLC<br>2040 N RIO GRANDE AVE B | AUTOMO 5511 AUTOMOBILE DEALER<br>01/07/2015 | 2040 N RIO GRANDE AVE<br>SUITE C<br>ORLANDO, FL 32804<br>407.765.4037 | CUSTOM AUTO BROKERS LLC |
| BUS-0043031<br>1/7/2015 | DORRELLA GALLAWAY/BAKER<br>200 S ORANGE AV 2900 | PROFES 8000 ATTORNEY | PO BOX 1549<br>ORLANDO, FL 32802<br>407.422.6600 | BAKER DONELSON BEARMAN CALDWELL & |

Page 4 of 7

EXHIBIT C - DECLARATION OF KELLY O. WALLACE
SUB-EXHIBIT 7 - PAGE 4

January 12, 2015

**New Business List**
**From 01/05/2015 to 01/09/2015**

| Tax Receipt # Received Date | Business Name/ Location Issued Date | License Description Opened Date | Business Name Mailing Address | Business Owner Name |
|---|---|---|---|---|
| 1/8/2015 | | 01/08/2015 | | |
| BUS-0043036 | NORTHWESTERN MUTUAL<br>1000 LEGION PL 1400 | | 1000 LEGION PL<br>SUITE 1400<br>ORLANDO, FL 32801<br>407.454.0500 | THOMAS J GOES & ASSOCIATES INC |
| 1/8/2015 | 01/08/2015 | SERREP 8722 CONSULTANT<br>01/08/2015 | | |
| BUS-0043041 | COMMONWEALTH REALTY CORP<br>750 S ORANGE BLOSSOM TL 139 | | 2204 PINYON ROAD<br>APOPKA, FL 32703<br>407.822.0000 | COMMONWEALTH REALTY CORP |
| 1/8/2015 | 01/08/2015 | PROFES 8011 PROFES FIRM/OFFICE<br>01/08/2015 | | |
| BUS-0043042 | ANITA BOYD/COMMONWEALTH REALTY<br>750 S ORANGE BLOSSOM TL 139 | | 2204 PINYON ROAD<br>APOPKA, FL 32703<br>407.822.0000 | ANITA BOYD/COMMONWEALTH REALTY |
| 1/8/2015 | 01/08/2015 | PROFES 8006 REAL ESTATE BROKER<br>01/08/2015 | | |
| BUS-0043045 | FSETTE HOMES INC<br>524 MID FLORIDA DR 208 | | 524 MID FLORIDA DR<br>SUITE 208<br>ORLANDO, FL 32824<br>321.732.0337 | FSETTE HOMES INC |
| 1/9/2015 | 01/09/2015 | BUSOFF 9990 BUSINESS OFFICE<br>01/09/2015 | | |

Page 5 of 7

EXHIBIT C - DECLARATION OF KELLY O. WALLACE
SUB-EXHIBIT 7 - PAGE 5

January 12, 2015

## New Business List
## From 01/05/2015 to 01/09/2015

| Tax Receipt # / Received Date | Business Name/ Location / Issued Date | License Description / Opened Date | Business Name Mailing Address | Business Owner Name |
|---|---|---|---|---|
| BUS-0043046 1/9/2015 | KAY L WOLF MEDIATION SERVICES LLC 801 SILVER DR 01/09/2015 | BUSOFF 9990 BUSINESS OFFICE 01/09/2015 | 801 SILVER DR ORLANDO, FL 32804 407.758.6984 | KAY L WOLF MEDIATION SERVICES LLC |
| BUS-0043047 1/9/2015 | LUIS MEJIA/CAC 637 S SEMORAN BLVD 01/09/2015 | PROFES 8045 MEDICAL PHYSICIAN 01/09/2015 | 737 S SEMORAN BLVD ORLANDO, FL 32807 321.247.4960 | CAC FLORIDA MEDICAL CENTERS LLC |
| BUS-0043049 1/9/2015 | MARIA E RODRIGUEZ/CAC 637 S SEMORAN BLVD 01/09/2015 | PROFES 8045 MEDICAL PHYSICIAN 01/09/2015 | 737 S SEMORAN BLVD ORLANDO, FL 32807 321.249.4960 | CAC FLORIDA MEDICAL CENTERS LLC |
| BUS-0043050 1/9/2015 | RONNIE SUGGS/CAC 637 S SEMORAN BLVD 01/09/2015 | PROFES 8097 PROFESSIONAL OTHER 01/09/2015 | 737 S SEMORAN BLVD ORLANDO, FL 32807 321.247.4960 | CAC FLORIDA MEDICAL CENTERS LLC |
| BUS-0043053 1/9/2015 | PANSY HERRIN 6550 KINGS COTE AVE | SERREP 7249 SERVICE | 6550 KINGS COTE AVE # 112 ORLANDO, FL 32835 260.504.6615 | PANSY HERRIN |

Page 6 of 7

EXHIBIT C - DECLARATION OF KELLY O. WALLACE
SUB-EXHIBIT 7 - PAGE 6

January 12, 2015

## New Business List
### From 01/05/2015 to 01/09/2015

| Tax Receipt #<br>Received Date | Business Name/ Location<br>Issued Date | License Description<br>Opened Date | Business Name Mailing Address | Business Owner Name |
|---|---|---|---|---|
| 1/9/2015 | 01/09/2015 | 01/09/2015 | | |
| BUS-0043057 | TIMOTHY TROY HORNE CONSULTING | | 2787 FRIGATE DR<br>ORLANDO, FL 32812<br>321.276.0304 | TIMOTHY HORNE |
| | 2787 FRIGATE DR | | | |
| | | BUSOFF 9990 BUSINESS OFFICE | | |
| 1/9/2015 | 01/09/2015 | 01/09/2015 | | |
| BUS-0043058 | FOUR CHILDREN INC | | 6160 EDGEWATER DR<br>SUITE G<br>ORLANDO, FL 32810<br>407.930.6680 | FOUR CHILDREN INC |
| | 6160 EDGEWATER DR | | | |
| | | JANSER 7349 JANITORIAL SERVICE | | |
| 1/9/2015 | 01/09/2015 | 01/09/2015 | | |
| BUS-0043059 | TERRAFLORA COLOMBIA INC | | 6132 CHAPLEDALE INC<br>ORLANDO, FL 32829<br>407.878.9928 | TERRAFLORA COLOMBIA INC |
| | 6132 CHAPLEDALE DR | | | |
| | | PEDDLE 5961 MISC PEDDLER | | |
| 1/9/2015 | 01/09/2015 | 01/09/2015 | | |

Page 7 of 7

EXHIBIT C - DECLARATION OF KELLY O. WALLACE<br>SUB-EXHIBIT 7 - PAGE 7

# Exhibit B – Wallace Dec
# SUB EXHIBIT C-8

P130000294770



200275967232

08/12/15--01019--002   **35.00

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP     ☐ WAIT     ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____     Certificates of Status _____

┌─────────────────────────────────────┐
│ Special Instructions to Filing Officer: │
│                                       │
│                                       │
│                                       │
│                                       │
│                                       │
└─────────────────────────────────────┘

            Office Use Only

FILED
SECRETARY OF STATE
TALLAHASSEE, FLORIDA
15 AUG 12 AM 11:52

AUG 17 2015
T. CANNON

EXHIBIT C - DECLARATION OF KELLY O. WALLACE
SUB-EXHIBIT 8 - PAGE 1

## COVER LETTER

**TO:** Amendment Section
    Division of Corporations

**NAME OF CORPORATION:** _Full Moon Travel Inc_

**DOCUMENT NUMBER:** _P13000029477_

The enclosed *Articles of Amendment* and fee are submitted for filing.

Please return all correspondence concerning this matter to the following:

_Joseph Chimenti_
Name of Contact Person
_Destiney Marketing Service Inc_
Firm/ Company
_14 W. Washington St  Suite 300A_
Address
_Orlando  FL 32801_
City/ State and Zip Code

_MARKFLETCHERCANCUN@GMAIL.Com_
E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

_MARK FLETCHER_  at (_407_ ) _307-6108_
Name of Contact Person          Area Code & Daytime Telephone Number

Enclosed is a check for the following amount made payable to the Florida Department of State:

☒ $35 Filing Fee   ☐ $43.75 Filing Fee & Certificate of Status   ☐ $43.75 Filing Fee & Certified Copy (Additional copy is enclosed)   ☐ $52.50 Filing Fee Certificate of Status Certified Copy (Additional Copy is enclosed)

**Mailing Address**
Amendment Section
Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

**Street Address**
Amendment Section
Division of Corporations
Clifton Building
2661 Executive Center Circle
Tallahassee, FL 32301

EXHIBIT C - DECLARATION OF KELLY O. WALLACE
SUB-EXHIBIT 8 - PAGE 2

**Articles of Amendment**
**to**
**Articles of Incorporation**
**of**

_FULL MOON TRAVEL, INC_

(Name of Corporation as currently filed with the Florida Dept. of State)

_P130000 29477_

(Document Number of Corporation (if known))

Pursuant to the provisions of section 607.1006, Florida Statutes, this _Florida Profit Corporation_ adopts the following amendment(s) to its Articles of Incorporation:

**A.  If amending name, enter the new name of the corporation:**

_____ _The new name must be distinguishable and contain the word "corporation," "company," or "incorporated" or the abbreviation "Corp.," "Inc.," or Co.," or the designation "Corp," "Inc," or "Co." A professional corporation name must contain the word "chartered," "professional association," or the abbreviation "P.A."_

**B.  Enter new principal office address, if applicable:**
_(Principal office address MUST BE A STREET ADDRESS )_

_14 W. WASHINGTON ST_
_Suite 300A_
_ORLANDO FL 32801_

**C.  Enter new mailing address, if applicable:**
_(Mailing address MAY BE A POST OFFICE BOX)_

**D.  If amending the registered agent and/or registered office address in Florida, enter the name of the new registered agent and/or the new registered office address:**

_Name of New Registered Agent_  _____

(Florida street address)

_New Registered Office Address:_  _____, Florida _____
                                            (City)                            (Zip Code)

FILED
15 AUG 12 AM 11: 52
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

**New Registered Agent's Signature, if changing Registered Agent:**
_I hereby accept the appointment as registered agent.  I am familiar with and accept the obligations of the position._

_____
_Signature of New Registered Agent, if changing_

**Page 1 of 4**

EXHIBIT C - DECLARATION OF KELLY O. WALLACE
SUB-EXHIBIT 8 - PAGE 3

If amending the Officers and/or Directors, enter the title and name of each officer/director being removed and title, name, and address of each officer/director and/or Director being added:
*(Attach additional sheets, if necessary)*
*Please note the officer/director title by the first letter of the office title:*
*P = President; V= Vice President; T= Treasurer; S= Secretary; D= Director; TR= Trustee; C = Chairman or Clerk; CEO = Chief Executive Officer; CFO = Chief Financial Officer. If an officer/director holds more than one title, list the first letter of each office held. President, Treasurer, Director would be PTD.*
*Changes should be noted in the following manner. Currently John Doe is listed as the PST and Mike Jones is listed as the V. There is a change, Mike Jones leaves the corporation, Sally Smith is named the V and S. These should be noted as John Doe, PT as a Change, Mike Jones, V as Remove, and Sally Smith, SV as an Add.*
**Example:**

| X Change | PT | John Doe |
| X Remove | V | Mike Jones |
| _X Add | SV | Sally Smith |

| Type of Action (Check One) | Title | Name | Address |
|---|---|---|---|
| 1) ___ Change<br>___ Add<br>X Remove | P | GONBOLINA SOTULONGO | 7801 KINGSPOINTE BLVD<br>~~7801 Kingspointe Blvd~~ Suite 103<br>ORLANDO FL 32819 |
| 2) ___ Change<br>___ Add<br>X Remove | T | DOUGLAS FLETCHER | 7801 KINGSPOINTE BLVD<br>Suite 103<br>ORLANDO FL 32819 |
| 3) ___ Change<br>X Add<br>___ Remove | P | GERARD DECKER | 2647 CLARNET DR<br>ORLANDO FL 32837 |
| 4) ___ Change<br>___ Add<br>___ Remove | ___ | ___ | ___ |
| 5) ___ Change<br>___ Add<br>___ Remove | ___ | ___ | ___ |
| 6) ___ Change<br>___ Add<br>___ Remove | ___ | ___ | ___ |

FILED
15 AUG 12 AM 11: 52
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

**E. If amending or adding additional Articles, enter change(s) here:**
    (Attach *additional sheets, if necessary).*   *(Be specific)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**F. If an amendment provides for an exchange, reclassification, or cancellation of issued shares,**
    **provisions for implementing the amendment if not contained in the amendment itself:**
        *(if not applicable, indicate N/A)*

_____

_____

_____

_____

_____

_____

FILED
15 AUG 12 AM 11: 52
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

**Page 3 of 4**

EXHIBIT C - DECLARATION OF KELLY O. WALLACE
SUB-EXHIBIT 8 - PAGE 5

The date of each amendment(s) adoption: _8-10-2015_____, if other than the date this document was signed.

Effective date **if applicable**: _8-10-2015_____
*(no more than 90 days after amendment file date)*

**Note:** If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

**Adoption of Amendment(s)**          (**CHECK ONE**)

☐ The amendment(s) was/were adopted by the shareholders. The number of votes cast for the amendment(s) by the shareholders was/were sufficient for approval.

☐ The amendment(s) was/were approved by the shareholders through voting groups. *The following statement must be separately provided for each voting group entitled to vote separately on the amendment(s):*

   "The number of votes cast for the amendment(s) was/were sufficient for approval

   by _____"
   *(voting group)*

☐ The amendment(s) was/were adopted by the board of directors without shareholder action and shareholder action was not required.

☒ The amendment(s) was/were adopted by the incorporators without shareholder action and shareholder action was not required.

Dated___8-10-15_____

Signature _____
(By a director, president or other officer – if directors or officers have not been selected, by an incorporator – if in the hands of a receiver, trustee, or other court appointed fiduciary by that fiduciary)

___Gonzolina Sorolongo_____
(Typed or printed name of person signing)

___Pres._____
(Title of person signing)

FILED<br>SECRETARY OF STATE<br>TALLAHASSEE, FLORIDA<br>15 AUG 12 AM 11: 52

**Page 4 of 4**

EXHIBIT C - DECLARATION OF KELLY O. WALLACE
SUB-EXHIBIT 8 - PAGE 6

# Exhibit B – Wallace Dec
# SUB EXHIBIT C-9



# Detail by Officer/Registered Agent Name

**Florida Profit Corporation**

DESTINEY MARKETING SERVICES, INC.

**Filing Information**

| | |
|---|---|
| Document Number | P15000043178 |
| FEI/EIN Number | NONE |
| Date Filed | 05/11/2015 |
| Effective Date | 05/08/2015 |
| State | FL |
| Status | ACTIVE |
| Last Event | AMENDMENT |
| Event Date Filed | 08/12/2015 |
| Event Effective Date | NONE |

**Principal Address**

14 W WASHINGTON ST
SUITE 300A
ORLANDO, FL 32819

Changed: 08/12/2015

**Mailing Address**

7680 UNIVERSAL BLVD
560
ORLANDO, FL 32819

**Registered Agent Name & Address**

CALZADA, RICARDO
419 N MAGNOLIA AVE
ORLANDO, FL 32801

**Officer/Director Detail**

**Name & Address**

Title S

CHIMENTI, JOSEPH
4630 S. KIRKMAN RD., SUITE 806
ORLANDO, FL 32811

Title VP

CHIMENTI, JOSEPH
4630 S. KIRKMAN RD., STE 806
ORLANDO, FL 32811

Title VP

DECKER, GERALD
2647 CLARINET DR.
ORLANDO, FL 32837

Title P

DECKER, GERALD
2647 CLARINET DR
ORLANDO, FL 32837

Title T

CHIMENTI, JOSEPH
5630 S KIRKMAN RD #806
ORLANDO, FL 32811

**Annual Reports**

**No Annual Reports Filed**

EXHIBIT C - DECLARATION OF KELLY O. WALLACE

10/8/2015                                     Detail by Officer/Registered Agent Name

## Document Images

| 08/12/2015 -- Amendment | View image in PDF format |
| 07/14/2015 -- Amendment | View image in PDF format |
| 05/22/2015 -- Amendment | View image in PDF format |
| 05/11/2015 -- Domestic Profit | View image in PDF format |

**Exhibit B – Wallace Dec
SUB EXHIBIT C-10**

# P15000043178

_(Requestor's Name)_

_(Address)_

_(Address)_

_(City/State/Zip/Phone #)_

☐ PICK-UP    ☐ WAIT    ☐ MAIL

_(Business Entity Name)_

_(Document Number)_

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



600273043976

05/22/15--01010--021   **35.00

FILED
2015 MAY 22  PM 4:30
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

5/28/15

EXHIBIT C - DECLARATION OF KELLY O. WALLACE
SUB-EXHIBIT 10 - PAGE 1

## COVER LETTER

**TO:** Amendment Section
Division of Corporations

**NAME OF CORPORATION:** _DESTINEY MARKETING SERVICE INC_

**DOCUMENT NUMBER:** _P 15000043178_

The enclosed *Articles of Amendment* and fee are submitted for filing.

Please return all correspondence concerning this matter to the following:

_DOUGLAS M. FLETCHER_
Name of Contact Person

_FULL MOON_
Firm/ Company

_7680 UNIVERSAL BLVD #560_
Address

_ORLANDO, FL 32819_
City/ State and Zip Code

_MARK FLETCHER CANCUN @ GMAIL.COM_
E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

_DOUGLAS FLETCHER_ at (_407_) _3076108_
Name of Contact Person        Area Code & Daytime Telephone Number

Enclosed is a check for the following amount made payable to the Florida Department of State:

☒ $35 Filing Fee    ☐$43.75 Filing Fee &    ☐$43.75 Filing Fee &    ☐$52.50 Filing Fee
                    Certificate of Status    Certified Copy         Certificate of Status
                                             (Additional copy is     Certified Copy
                                             enclosed)               (Additional Copy
                                                                     is enclosed)

**Mailing Address**                    **Street Address**
Amendment Section                       Amendment Section
Division of Corporations                Division of Corporations
P.O. Box 6327                           Clifton Building
Tallahassee, FL 32314                   2661 Executive Center Circle
                                        Tallahassee, FL 32301

EXHIBIT C - DECLARATION OF KELLY O. WALLACE
SUB-EXHIBIT 10 - PAGE 2

**Articles of Amendment**
**to**
**Articles of Incorporation**
**of**

FILED

DESTINEY MARKETING SERVICES INC.

2015 MAY 22 PH 4: 30

(Name of Corporation as currently filed with the Florida Dept. of State)

P 15000043178

SECRETARY OF STATE
TALLAHASSEE, FLORIDA

(Document Number of Corporation (if known))

Pursuant to the provisions of section 607.1006, Florida Statutes, this *Florida Profit Corporation* adopts the following amendment(s) to its Articles of Incorporation:

**A. If amending name, enter the new name of the corporation:**

_____*The new*
name must be distinguishable and contain the word "corporation," "company," or "incorporated" or the *abbreviation*
"Corp.," "Inc.," or Co.," or the designation "Corp," "Inc," or "Co". *A professional corporation name must contain the*
word "chartered," "professional *association*," or the abbreviation "P.A."

**B. Enter new principal office address, if applicable:**
*(Principal office address MUST BE A STREET ADDRESS)*

_____

_____

_____

**C. Enter new mailing address, if applicable:**
*(Mailing address MAY BE A POST OFFICE BOX)*

_____

_____

_____

**D. If amending the registered agent and/or registered office address in Florida, enter the name of the**
**new registered agent and/or the new registered office address:**

*Name of New Registered Agent* _____

_____
*(Florida street address)*

*New Registered Office Address:* _____, Florida_____
                                              *(City)*                          *(Zip Code)*

**New Registered Agent's Signature, if changing Registered Agent:**
*I hereby accept the appointment as registered agent.   I am familiar with and accept the obligations of the position.*

_____
*Signature of New Registered Agent, if changing*

**Page 1 of 4**
EXHIBIT C - DECLARATION OF KELLY O. WALLACE
SUB-EXHIBIT 10 - PAGE 3

If amending the Officers and/or Directors, enter the title and name of each officer/director being removed and title, name, and address of each Officer and/or Director being added:

*(Attach additional sheets, if necessary)*

*Please note the officer/director title by the first letter of the office title:*

*P = President; V= Vice President; T= Treasurer; S= Secretary; D= Director; TR= Trustee; C = Chairman or Clerk; CEO = Chief Executive Officer; CFO = Chief Financial Officer.  If an officer/director holds more than one title, list the first letter of each office held. President, Treasurer, Director would be PTD.*

*Changes should be noted in the following manner.  Currently John Doe is listed as the PST and Mike Jones is listed as the V. There is a change, Mike Jones leaves the corporation, Sally Smith is named the V and S. These should be noted as John Doe, PT as a Change, Mike Jones, V as Remove, and Sally Smith, SV as an Add.*

**Example:**

| | | |
|---|---|---|
| X Change | PT | John Doe |
| X Remove | V | Mike Jones |
| X Add | SV | Sally Smith |

| Type of Action (Check One) | Title | Name | Address |
|---|---|---|---|
| 1) X Change ___ Add X Remove | VP | DANTE SPITALIERI | 7680 UNIVERSAL BLVD #560 ORLANDO, FL 32819 |
| 2) ___ Change X Add ___ Remove | TR | JOSEPH CHIMENTI | 4630 S KIRKMAN RD Suite 206 ORLANDO, FL 32811 |
| 3) ___ Change X Add ___ Remove | VP | GERALD DECKER | 2647 CLARINET DR. ORLANDO, FL 32837 |
| 4) ___ Change ___ Add ___ Remove | | | |
| 5) ___ Change ___ Add ___ Remove | | | |
| 6) ___ Change ___ Add ___ Remove | | | |

EXHIBIT C - DECLARATION OF KELLY O. WALLACE
SUB-EXHIBIT 10 - PAGE 4

**E.  If amending or adding additional Articles, enter change(s) here:**
   (Attach *additional sheets, if necessary).   (Be specific)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


**F.  If an amendment provides for an exchange, reclassification, or cancellation of issued shares,**
   **provisions for implementing the amendment if not contained in the amendment itself:**
      (*if not applicable, indicate N/A*)

_____

_____

_____

_____

_____

_____

_____

_____


**Page 3 of 4**

EXHIBIT C - DECLARATION OF KELLY O. WALLACE
SUB-EXHIBIT 10 - PAGE 5

The date of each amendment(s) adoption: _____, if other than the date this document was signed.

Effective date **if applicable:** _____

*(no more than 90 days after amendment file date)*

**Note:** If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

**Adoption of Amendment(s)**        **(CHECK ONE)**

☒ The amendment(s) was/were adopted by the shareholders.  The number of votes cast for the amendment(s) by the shareholders was/were sufficient for approval.

☐ The amendment(s) was/were approved by the shareholders through voting groups. *The following statement must be separately provided for each voting group entitled to vote separately on the amendment(s):*

"The number of votes cast for the amendment(s) was/were sufficient for approval

by _____."

*(voting group)*

☐ The amendment(s) was/were adopted by the board of directors without shareholder action and shareholder action was not required.

☐ The amendment(s) was/were adopted by the incorporators without shareholder action and shareholder action was not required.

Dated ___5/18/15___

Signature _____

(By a director, president or other officer – if directors or officers have not been selected, by an incorporator – if in the hands of a receiver, trustee, or other court appointed fiduciary by that fiduciary)

_CHRISTINA FLYNN_____
(Typed or printed name of person signing)

_PRESIDENT._____
(Title of person signing)

**Page 4 of 4**

EXHIBIT C - DECLARATION OF KELLY O. WALLACE
SUB-EXHIBIT 10 - PAGE 6

# Exhibit B – Wallace Dec
# SUB EXHIBIT C-11

# PI5000043178

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP   ☐ WAIT   ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____   Certificates of Status _____

```
┌──────────────────────────────────────────────┐
│ Special Instructions to Filing Officer:         │
│                                                  │
│                                                  │
│                                                  │
│                                                  │
│                                                  │
│                                                  │
└──────────────────────────────────────────────┘
```

Office Use Only



400274734264

07/14/'15--01020--012   **35.00

FILED
SECRETARY OF STATE
TALLAHASSEE, FLORIDA
15 JUL 14 PM 3: 03

JUL 16 2015
T CANNON

EXHIBIT C - DECLARATION OF KELLY O. WALLACE
SUB-EXHIBIT 11 - PAGE 1

## COVER LETTER

**·TO:** Amendment Section
Division of Corporations

**NAME OF CORPORATION:** Destiney Marketing solutions, Inc.

**DOCUMENT NUMBER:** P15000043178

The enclosed *Articles of Amendment* and fee are submitted for filing.

Please return all correspondence concerning this matter to the following:

Joseph Chimenti

Name of Contact Person

Twilight Travel

Firm/ Company

4630 S Kirkman Rd #806

Address

Orlando, Fl 32819

City/ State and Zip Code

markfletchercancon@gmail.com

E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

Joseph Chimenti                                    at ( 407      ) 925-5954

Name of Contact Person                          Area Code & Daytime Telephone Number

Enclosed is a check for the following amount made payable to the Florida Department of State:

■ $35 Filing Fee    ☐$43.75 Filing Fee &    ☐$43.75 Filing Fee &    ☐$52.50 Filing Fee
                         Certificate of Status        Certified Copy              Certificate of Status
                                                   (Additional copy is          Certified Copy
                                                    enclosed)                   (Additional Copy
                                                                                is enclosed)

**Mailing Address**                      **Street Address**
Amendment Section                        Amendment Section
Division of Corporations                 Division of Corporations
P.O. Box 6327                            Clifton Building
Tallahassee, FL 32314                    2661 Executive Center Circle
                                         Tallahassee, FL 32301

EXHIBIT C - DECLARATION OF KELLY O. WALLACE
SUB-EXHIBIT 11 - PAGE 2

Articles of Amendment
to
Articles of Incorporation
of

Destiney Markeing Solutions, Inc
_____
(Name of Corporation as currently filed with the Florida Dept. of State)

P15000043178
_____
(Document Number of Corporation (if known)

Pursuant to the provisions of section 607.1006, Florida Statutes, this *Florida Profit Corporation* adopts the following amendment(s) to its Articles of Incorporation:

A.  **If amending name, enter the new name of the corporation:**

_____*The new name must be distinguishable and contain the word "corporation," "company," or "incorporated" or the abbreviation "Corp.," "Inc.," or Co.." or the designation "Corp," "Inc." or "Co". A professional corporation name must contain the word "chartered," "professional association," or the abbreviation "P.A."*

B.  **Enter new principal office address, if applicable:**
*(Principal office address MUST BE A STREET ADDRESS )*

C.  **Enter new mailing address, if applicable:**
   *(Mailing address MAY BE A POST OFFICE BOX)*

D.  **If amending the registered agent and/or registered office address in Florida, enter the name of the new registered agent and/or the new registered office address:**

   *Name of New Registered Agent* _____

   _____
   *(Florida street address)*

   *New Registered Office Address:* _____, Florida_____
                                        *(City)*                           *(Zip Code)*

FILED
15 JUL 14  PH 3: 03
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

**New Registered Agent's Signature, if changing Registered Agent:**
*I hereby accept the appointment as registered agent.  I am familiar with and accept the obligations of the position.*

_____
*Signature of New Registered Agent, if changing*

Page 1 of 4

EXHIBIT C - DECLARATION OF KELLY O. WALLACE
SUB-EXHIBIT 11 - PAGE 3

If amending the Officers and/or Directors, enter the title and name of each officer/director being removed and title, name, and address of each Officer and/or Director being added:
*(Attach additional sheets, if necessary)* '
*Please note the officer/director title by the first letter of the office title:*
*P = President; V= Vice President; T= Treasurer; S= Secretary; D= Director; TR= Trustee; C = Chairman or Clerk; CEO = Chief Executive Officer; CFO = Chief Financial Officer. If an officer/director holds more than one title, list the first letter of each office held. President, Treasurer, Director would be PTD.*
*Changes should be noted in the following manner. Currently John Doe is listed as the PST and Mike Jones is listed as the V. There is a change. Mike Jones leaves the corporation. Sally Smith is named the V and S. These should be noted as John Doe, PT as a Change, Mike Jones, V as Remove, and Sally Smith, SV as an Add.*
**Example:**

| X Change | PT | John Doe |
| X Remove | V | Mike Jones |
| X Add | SV | Sally Smith |

| Type of Action (Check One) | Title | Name | Address |
|---|---|---|---|
| 1) X Change ____ Add ____ Remove | p | Christina Flynn | 7802 Universal Blvd #560<br>Orlando, Fl 32819 |
| 2) X Change ____ Add ____ Remove | Treas | Christina Flynn | 7802 Universal Blvd #560<br>Orlando, Fl 32819 |
| 3) ____ Change X Add ____ Remove | P | Gerald Decker | 2647 Clarinet Dr<br>Orlando, Fl 32837 |
| 4) ____ Change X Add ____ Remove | Treas | Joseph Chimenti | 4630 S Kirkman Rd #806<br>Orlando, Fl 32811 |
| 5) ____ Change ____ Add ____ Remove | | | |
| 6) ____ Change ____ Add ____ Remove | | | |

15 JUL 15 PH 3: 03
SECRETARY OF STATE
TALLAHASSEE, FLORIDA
FILED

**E. If amending or adding additional Articles, enter change(s) here:**
   (Attach *additional sheets. if necessary).    (Be specific)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**F. If an amendment provides for an exchange, reclassification, or cancellation of issued shares,**
   **provisions for implementing the amendment if not contained in the amendment itself:**
      (*if not applicable. indicate N/A*)

_____

_____

_____

_____

_____

_____

_____

_____

FILED
SECRETARY OF STATE
TALLAHASSEE, FLORIDA
15 JUL 14 PM 3: 03

EXHIBIT C - DECLARATION OF KELLY O. WALLACE
SUB-EXHIBIT 11 - PAGE 5

The date of each amendment(s) adoption: _____, if other than the date this document was signed.

Effective date **if applicable:** _____

*(no more than 90 days after amendment file date)*

Note:  If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

Adoption of Amendment(s)        (CHECK ONE)

☐ The amendment(s) was/were adopted by the shareholders.  The number of votes cast for the amendment(s) by the shareholders was/were sufficient for approval.

☐ The amendment(s) was/were approved by the shareholders through voting groups.  *The following statement must be separately provided for each voting group entitled to vote separately on the amendment(s):*

    "The number of votes cast for the amendment(s) was/were sufficient for approval

    by _____."
                                    *(voting group)*

☐ The amendment(s) was/were adopted by the board of directors without shareholder action and shareholder action was not required.

☒ The amendment(s) was/were adopted by the incorporators without shareholder action and shareholder action was not required.

        July 10, 2015
    Dated _____

    Signature _____
        (By a director, president or other officer – if directors or officers have not been
        selected, by an incorporator – if in the hands of a receiver, trustee, or other court
        appointed fiduciary by that fiduciary)

    Joseph Chimenti
    _____
        (Typed or printed name of person signing)

    VP
    _____
        (Title of person signing)

FILED
SECRETARY OF STATE
TALLAHASSEE, FLORIDA
15 JUL 14 PM 3: 03

Page 4 of 4

EXHIBIT C - DECLARATION OF KELLY O. WALLACE
SUB-EXHIBIT 11 - PAGE 6

**Exhibit B – Wallace Dec
SUB EXHIBIT C-12**

P15000043178

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP      ☐ WAIT      ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____      Certificates of Status _____

┌─────────────────────────────────────┐
│ Special Instructions to Filing Officer: │
│                                         │
│                                         │
│                                         │
│                                         │
│                                         │
└─────────────────────────────────────┘

Office Use Only



300275967223

08/12/15--01019--001   **35.00

SECRETARY OF STATE
TALLAHASSEE, FLORIDA
FILED
15 AUG 12 AM 11: 43

AUG 17 2015

T CANNON

EXHIBIT C - DECLARATION OF KELLY O. WALLACE
SUB-EXHIBIT 12 - PAGE 1

## COVER LETTER

**TO:** Amendment Section
Division of Corporations

**NAME OF CORPORATION:** _Destiney Marketing Services Inc_

**DOCUMENT NUMBER:** _P15000043178_

The enclosed *Articles of Amendment* and fee are submitted for filing.

Please return all correspondence concerning this matter to the following:

_Joseph Chimenti_
Name of Contact Person

_Twilight Travel_
Firm/ Company

_7680 Universal Blvd Suit 560_
Address

_Orlando FL 32819_
City/ State and Zip Code

_MARKFLETCHERCANCUN@GMAIL.COM_
E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

_Joseph Chimenti_                                   at ( _407_ ) _925-5954_
Name of Contact Person                         Area Code & Daytime Telephone Number

Enclosed is a check for the following amount made payable to the Florida Department of State:

☒ $35 Filing Fee        ☐ $43.75 Filing Fee &        ☐ $43.75 Filing Fee &        ☐ $52.50 Filing Fee
                                   Certificate of Status           Certified Copy                   Certificate of Status
                                                                          (Additional copy is          Certified Copy
                                                                          enclosed)                       (Additional Copy
                                                                                                              is enclosed)

**Mailing Address**                              **Street Address**
Amendment Section                              Amendment Section
Division of Corporations                        Division of Corporations
P.O. Box 6327                                       Clifton Building
Tallahassee, FL 32314                          2661 Executive Center Circle
                                                            Tallahassee, FL 32301

EXHIBIT C - DECLARATION OF KELLY O. WALLACE
SUB-EXHIBIT 12 - PAGE 2

**Articles of Amendment**
**to**
**Articles of Incorporation**
**of**

_Destiny Marketing Services Inc_

**(Name of Corporation as currently filed with the Florida Dept. of State)**

_P150000 43.78_

**(Document Number of Corporation (if known)**

Pursuant to the provisions of section 607.1006, Florida Statutes, this *Florida Profit Corporation* adopts the following amendment(s) to its Articles of Incorporation:

**A.  If amending name, enter the new name of the corporation:**

_____ *The new name must be distinguishable and contain the word "corporation," "company," or "incorporated" or the abbreviation "Corp.," "Inc.," or Co.," or the designation "Corp," "Inc," or "Co". A professional corporation name must contain the word "chartered," "professional association," or the abbreviation "P.A."*

**B.  Enter new principal office address, if applicable:**
**(Principal office address *MUST BE A STREET ADDRESS* )**

_14 W. Washington St_
_Suite 300A_
_Orlando FL 32819_

**C.  Enter new mailing address, if applicable:**
**(Mailing address *MAY BE A POST OFFICE BOX*)**

_____

_____

_____

**D.  If amending the registered agent and/or registered office address in Florida, enter the name of the new registered agent and/or the new registered office address:**

_Name of New Registered Agent_  _____

_____
*(Florida street address)*

_New Registered Office Address_:  _____, Florida_____
*(City)*                                                      *(Zip Code)*

**New Registered Agent's Signature, if changing Registered Agent:**
*I hereby accept the appointment as registered agent.   I am familiar with and accept the obligations of the position.*

_____
*Signature of New Registered Agent, if changing*

**Page 1 of 4**

EXHIBIT C - DECLARATION OF KELLY O. WALLACE
SUB-EXHIBIT 12 - PAGE 3

If amending the Officers and/or Directors, enter the title and name of each officer/director being removed and title, name, and address of each other Officer and/or Director being added:

*(Attach additional sheets, if necessary)*

Please note the officer/director title by the first letter of the office title:

P = President; V = Vice President; T = Treasurer; S = Secretary; D = Director; TR = Trustee; C = Chairman or Clerk; CEO = Chief Executive Officer; CFO = Chief Financial Officer.  If an officer/director holds more than one title, list the first letter of each office held. President, Treasurer, Director would be PTD.

Changes should be noted in the following manner.  Currently John Doe is listed as the PST and Mike Jones is listed as the V. There is a change, Mike Jones leaves the corporation, Sally Smith is named the V and S. These should be noted as John Doe, PT as a Change, Mike Jones, V as Remove, and Sally Smith, SV as an Add.

**Example:**

| | | |
|---|---|---|
| X Change | PT | John Doe |
| X Remove | V | Mike Jones |
| X Add | SV | Sally Smith |

| Type of Action (Check One) | Title | Name | Address |
|---|---|---|---|
| 1) ___ Change ___ Add X Remove | P | CHRISTINA FLYNN | 7802 UNIVESAL BLVD Suite 560 ORLANDO FL 32819 |
| 2) ___ Change ___ Add X Remove | T | CHRISTINA FLYNN | 7802 UNIVERSAL BLVD Suite 560 ORLANDO FL 32819 |
| 3) ___ Change X Add ___ Remove | SECTY | JOSEPH CHIMENTI | 4630 S.KIRKMAN RD Suite 806 ORLANDO FL 32811 |
| 4) ___ Change ___ Add ___ Remove | | | |
| 5) ___ Change ___ Add ___ Remove | | | |
| 6) ___ Change ___ Add ___ Remove | | | |

15 AUG 12 AM 11:43
FILED
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

Page 2 of 4

EXHIBIT C - DECLARATION OF KELLY O. WALLACE
SUB-EXHIBIT 12 - PAGE 4

**E.** **If amending or adding additional Articles, enter change(s) here:**
   (Attach *additional sheets, if necessary).* *(Be specific)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**F.** **If an amendment provides for an exchange, reclassification, or cancellation of issued shares,**
   **provisions for implementing the amendment if not contained in the amendment itself:**
      *(if not applicable, indicate N/A)*

_____

_____

_____

_____

_____

_____

_____

_____

**Page 3 of 4**

EXHIBIT C - DECLARATION OF KELLY O. WALLACE
SUB-EXHIBIT 12 - PAGE 5

The date of each amendment(s) adoption: _____, if other than the date this document was signed.

Effective date if applicable: _____

*(no more than 90 days after amendment file date)*

**Note:** If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

**Adoption of Amendment(s)**          **(CHECK ONE)**

☐ The amendment(s) was/were adopted by the shareholders. The number of votes cast for the amendment(s) by the shareholders was/were sufficient for approval.

☐ The amendment(s) was/were approved by the shareholders through voting groups. *The following statement must be separately provided for each voting group entitled to vote separately on the amendment(s):*

"The number of votes cast for the amendment(s) was/were sufficient for approval

by _____."

*(voting group)*

☐ The amendment(s) was/were adopted by the board of directors without shareholder action and shareholder action was not required.

☒ The amendment(s) was/were adopted by the incorporators without shareholder action and shareholder action was not required.

Dated  7/28/15

Signature

(By a director, president or other officer – if directors or officers have not been selected, by an incorporator – if in the hands of a receiver, trustee, or other court appointed fiduciary by that fiduciary)

JOSEPH CHIMENTI
(Typed or printed name of person signing)

VP
(Title of person signing)

15 AUG 12 AM 11: 43 SECRETARY OF STATE TALLAHASSEE, FLORIDA FILED

**Page 4 of 4**

EXHIBIT C - DECLARATION OF KELLY O. WALLACE
SUB-EXHIBIT 12 - PAGE 6

**Exhibit B – Wallace Dec
SUB EXHIBIT C-13**



FLORIDA DEPARTMENT OF STATE
DIVISION OF CORPORATIONS

# Detail by Officer/Registered Agent Name

**Florida Profit Corporation**

TWILIGHT TRAVEL INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | P12000104173 |
| **FEI/EIN Number** | 46-1638619 |
| **Date Filed** | 12/27/2012 |
| **Effective Date** | 12/28/2012 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | VOLUNTARY DISSOLUTION |
| **Event Date Filed** | 03/12/2014 |
| **Event Effective Date** | NONE |

**Principal Address**

7802 Kingspointe Pky
103
ORLANDO, FL 32819

Changed: 01/13/2014

**Mailing Address**

5053 ERNST CT
ORLANDO, FL 32819

**Registered Agent Name & Address**

CHIMENTI, JOSEPH
4836 S KIRKMAN RD
806
ORLANDO, FL 32811

**Officer/Director Detail**

**Name & Address**

Title P

FLETCHER, DOUGLAS M
6148 Weatgate Dr
304
ORLANDO, FL 32835

Detail by Officer/Registered Agent Name

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2013 | 10/10/2013 |
| 2014 | 01/13/2014 |

## Document Images

| | |
|---|---|
| 03/12/2014 -- VOLUNTARY DISSOLUTION | View image in PDF format |
| 01/13/2014 -- ANNUAL REPORT | View image in PDF format |
| 10/10/2013 -- REINSTATEMENT | View image in PDF format |
| 12/27/2012 -- Domestic Profit | View image in PDF format |

Copyright © and Privacy Policies
State of Florida, Department of State

# EXHIBIT D
# Declaration of Eric J. Kolbinski

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| DELTA AIR LINES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. _____ |
| | ) | |
| GONZOLINA SOTOLONGO; | ) | |
| DOUGLAS MARK FLETCHER; | ) | |
| JOSEPH CHIMENTI; | ) | |
| GERALD DECKER: | ) | |
| FULL MOON TRAVEL, INC. d/b/a | ) | |
| FIRST TRAVEL SERVICES d/b/a | ) | |
| TOURS R US SPECIAL VACATIONS | ) | |
| d/b/a BOOKITDISCOUNTCLUB.COM; | ) | |
| TWILIGHT TRAVEL, INC.; | ) | |
| DESTINEY MARKETING SERVICES, | ) | |
| INC.; and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF ERIC J. KOLBINSKY

1.

My name is Eric J. Kolbinsky. I am competent in all respects to testify regarding the

matters set forth herein. I am a private investigator licensed by the State of Florida. My Florida

private investigator license number is C2601081. I am the owner of Kolbinsky & Associates,

Inc., which is licensed as an investigative agency by the State of Florida. The agency's license

number is A2800269. My primary business address is 4300 14th Way NE, Saint Petersburg,

Florida 33703. Prior to opening my own investigative agency, I was a Special Agent with the

Drug Enforcement Administration. During my 28 years in law enforcement, I participated in

hundreds of criminal investigations across the United States and internationally.

1

2.

On September 24, 2015, I was hired by Delta Air Lines, Inc. ("Delta") to investigate the business locations associated with a Florida corporation named "Full Moon Travel, Inc." ("FMC") as part of Delta's pre-filing preparation for the instant litigation.

3.

I have personal knowledge of the facts stated herein and know them to be true. I give this declaration in support of Delta's Motion for Temporary Restraining Order and other relief in the above-styled litigation.

4.

On October 5, 2015, I queried the Florida Department of State's corporations database for records relating to FMC. According to that database, FMC had recently filed a corporate amendment associating itself with another entity – Destiney Marketing Service, Inc. ("Destiney") with the address "14 West Washington Street, Suite 300A, Orlando, Florida 32801."

5.

On October 5, 2015, I traveled to that address – 14 W. Washington Street – in Orlando, Florida. The business operating at that address was a pizza restaurant named "Planet Pizza."

6.

I suspected that the address listed with the Division of Corporations might be incorrect, and travelled to 14 EAST Washington Street in Orlando. At that location I found a low-rise office building. The building directory for 14 East Washington Street listed "Destiny Marketing" as the occupant of suite 300-A.

2

7.

The signage outside of suite 300A identified the occupant as "Destiny Marketing Services." The suite itself consisted of a small office space containing desks, tables, computers, and approximately five to six employees.

I swear under penalty of perjury that the testimony set forth in this declaration is true and correct.

This 23rd day of November , 2015.

Eric J. Kolbinsky
Kolbinsky & Associates, Inc.
4300 14th Way NE
Saint Petersburg, Florida 33703

3

# EXHIBIT E
## (TRO, Seizure Order, Expedited Discovery Order, and Order to Show Cause for Preliminary Injunction in
### *Delta Air Lines, Inc. v. Wunder et al,*
## 1:13-cv-03388-MHC, N.D. Georgia, December 10, 2013)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DELTA AIR LINES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action File No. |
| | ) | 1:13-cv-3388-TCB |
| JOHN WUNDER; BRIDGEWATER | ) | |
| MARKETING, LLC dba TIER 3 | ) | |
| PRODUCTIONS; TRAVEL CLUB | ) | |
| MARKETING BROKERS, LLC; CLASSIC | ) | |
| PROMOTIONS & PREMIUMS, INC.; JOHN | ) | |
| VANGINHOVEN; JAMES CURTIS LEMLEY; | ) | |
| NATIONWIDE TRAVEL PROMOTIONS; | ) | |
| KING TRAVEL PROMOTIONS; AMERICAN | ) | |
| TRAVEL SUPPLIERS; CHRISTI WIGLE; | ) | |
| CHELSEE FLY; ROB FLY; ORBITAL | ) | |
| PROMOTIONS; ORACLE TRAVEL | ) | |
| PROMOTIONS; SB GLOBAL MARKETING, | ) | |
| LLC; LAURENT HAZOUT; SARA BAYLISS; | ) | |
| KESSLER CREATIVE, LLC; KEITH | ) | |
| KESSLER; DINA KESSLER; MAIL TO YOU, | ) | |
| LLC; MAILHOUSE, LLC; BRAD FRY; | ) | |
| INFLUENCE DIRECT, LLC; ANDY RIDDLE; | ) | |
| JEREMY CROSSLIN; NETWORK | ) | |
| CONSULTING ASSOCIATES, INC.; JOHN | ) | |
| ANDERSON; JODY RITTER; JOHN ELMER; | ) | |
| ALLSTAR MARKETING DIRECT, LLC; | ) | |
| AERIE DAVIS; GRAND INCENTIVES, INC.; | ) | |
| JOSE MARTINEZ; GRACE MARTINEZ; JD & | ) | |
| T ENTERPRISES, INC.; DELTA SKY | ) | |
| REWARDS, LLC; PRESCIENT MARKETING, | ) | |
| LLC; MEREDITH SARVER; AND | ) | |
| JOHN DOES 1-50, | | |
| | | |
| Defendants. | | |

## TEMPORARY RESTRAINING ORDER, SEIZURE ORDER, EXPEDITED DISCOVERY ORDER, AND ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION

Plaintiff Delta Air Lines, Inc. ("Delta" or "Plaintiff") has moved *ex parte* against Defendants John Wunder, Bridgewater Marketing, LLC dba Tier 3 Productions, Travel Club Marketing Brokers, LLC, Delta Skyrewards, LLC, Prescient Marketing, LLC, and Meredith Sarver (collectively, the "Tier 3 Defendants"), Classic Promotions & Premiums, Inc., John Vanginhoven (collectively, the "Classic Defendants"), James Curtis Lemley, Nationwide Travel Promotions, King Travel Promotions, American Travel Suppliers, Christi Wigle, Chelsee Fly, Rob Fly, Orbital Promotions, Oracle Travel Promotions (collectively, the "Oracle Defendants"), SB Global Marketing, LLC, Laurent Hazout, Sara Bayliss (collectively, the "SB Global Defendants"), Kessler Creative, LLC, Keith Kessler, Dina Kessler (collectively the "Kessler Defendants"), Mail To You, LLC, Mailhouse, LLC, Brad Fry (collectively, the "Mailhouse Defendants"), Influence Direct, LLC, Andy Riddle, Jeremy Crosslin (collectively, the "Influence Defendants"), Network Consulting Associates, Inc., John Elmer, John Anderson, Jody Ritter (collectively, the "Network Defendants"), Allstar Marketing Direct, LLC, Aerie Davis (collectively, the "Allstar Defendants"), Grand Incentives, Inc., Jose Martinez, Grace Martinez (collectively, the "Grand Incentives Defendants"),

2

JD & T Enterprises, Inc.;  (all defendants, collectively without modifier, "Defendants") for a temporary restraining order, seizure order, expedited discovery order, and order to show cause for preliminary injunction pursuant to Federal Rule of Civil Procedure 65, the Lanham Act (15 U.S.C. § 1051 *et seq.*), and the Racketeer Influenced and Corrupt Organizations Act (18 U.S.C. § 1692 *et seq.*).

Delta seeks this relief because Defendants are manufacturing, importing, exporting, distributing, marketing, advertising, displaying, and/or otherwise using in the marketing of their business operations, materials bearing counterfeit reproductions of Delta's federally registered trademarks (the "Delta Marks"), which are owned solely by Delta.  The underlying facts are set forth in Delta's Amended Complaint and are discussed in greater detail and verified in Delta's Motion for Temporary Restraining Order, Preliminary Injunction, Ex Parte Seizure Order, and Expedited Discovery and Memorandum of Fact and Law in Support Thereof.

## FINDINGS

The Court, having reviewed the record, finds:

1.    Delta is likely to succeed in showing that Defendants have used and are continuing to use counterfeit or infringing versions of the Delta Marks in connection with the manufacture, importation, exportation, distribution, marketing,

3

advertising, offer for sale, sale, and/or public display of marketing materials (the "Infringing Materials").

2.      The manufacturing, importing, exporting, distribution, marketing, advertising, offer for sale, selling, public display, and/or other use of the Infringing Materials will result in immediate and irreparable injury to Delta if seizure of the Infringing Materials and copying of the records pertaining thereto is not ordered.

3.      The Defendants or other persons acting in concert with them would likely destroy, move, hide, or otherwise make the Infringing Materials and business records relating thereto inaccessible to the Court if Delta proceeded on notice to the Defendants, thus frustrating the ultimate relief that Delta seeks in this action.

4.      The harm to Delta from the denial of the requested *ex parte* relief outweighs any legitimate interest the Defendants could possibly have against granting such an order.

5.      Delta has represented that it has not publicized the requested seizure order.

6.      Delta has provided the U.S. Attorneys for the District of Arizona, the Southern District of Florida, and the Middle District of Florida (i.e., where Defendants Bridgewater Marketing, LLC, Classic Promotions & Premiums, Inc., and Kessler Creative, LLC, respectively, are located) and the U.S. Attorney for the

4

Northern District of Georgia with reasonable notice of this application for an *ex parte* seizure order.

7.     Delta has demonstrated that the location(s) at which certain Defendants are doing business are likely to be holding the Infringing Materials and the business records relating thereto.

8.     Entry of an order other than an *ex parte* seizure order would not adequately achieve the purposes of the Lanham Act to preserve Delta's remedies for trademark counterfeiting and infringement, including, *inter alia,* destruction of the Infringing Materials, the acquisition of business records relating to the Infringing Materials, and an award to Delta of the infringer's profits and/or other damages; and

9.     Delta has agreed to post a substantial bond as surety for the issuance of this Order.

## ORDER

### A.     "SHOW CAUSE" HEARING RE: PRELIMINARY INJUNCTION

**THEREFORE IT IS HEREBY ORDERED** that all Defendants appear on the 19th day of December, 2013 at 2 P.M. in Courtroom 2106 in the United States District Court for the Northern District of Georgia to show cause why an Order pursuant to Federal Rule of Civil Procedure 65 and Section 34 of the Lanham Act should not be entered granting Delta a preliminary injunction as follows:

1.      Restraining and enjoining Defendants, their agents, servants, attorneys, confederates, contractors, and all other persons or entities working for them or at their direction, during the pendency of this action, from creating, printing, shipping, delivering, mailing, distributing, returning, using, or otherwise disposing of in any manner their products or inventory bearing the Delta Marks;

2.      Restraining and enjoining Defendants, their agents, servants, attorneys, confederates, contractors, and all other persons or entities working for them or at their direction, during the pendency of this action, from aiding, abetting, directing, or assisting any third party in committing any act that would be a violation of the order if performed or carried out by an enjoined Defendant; and

3.      Impounding during the pendency of this action postcards, letters, letterhead, stationary, envelopes, marketing materials, and other items, including, without limitation, movable digital storage media, hard drives, advertising, packaging, and other materials seized pursuant to the provisions of this Order.

**IT IS FURTHER ORDERED** that Defendants' answering papers and response to Delta's motion for injunctive relief, if any, shall be filed with the Clerk of this Court and served upon the attorneys for Delta by delivering copies thereof to the offices of Wellborn, Wallace & Woodard, LLC, 1175 Peachtree Street NE, 100 Colony Square, Suite 300, Atlanta, Georgia 30361, ATTN: Paul F. Wellborn, III, Esq. no later than three (3) business days in advance of the hearing to show

cause as set forth above, with any reply by Delta to be filed and served by 10 a.m. on the day of the hearing.

Defendants are hereby given notice that failure to attend the hearing scheduled herein may result in: (1) confirmation of the seizure authorized herein; and (2) immediate issuance of the requested preliminary injunction to take effect immediately upon expiration or dissolution of the temporary restraining order and to extend for the pendency of this litigation upon the same terms and conditions as constitute this temporary restraining order.

Defendants are hereby given further notice they shall be deemed to have actual notice of the issuance and terms of such preliminary injunction and any act by them or any one of them in violation of the terms thereof may be considered and prosecuted as contempt of this Court.

Also, the filings sealed by this Court's order [7] on December 9, 2013 will be unsealed upon commencement of the preliminary injunction hearing.

## B.   TEMPORARY RESTRAINING ORDER

**IT APPEARING** to the Court that Defendants are currently creating, printing, manufacturing, exporting, importing, distributing, marketing, advertising, offering for sale, selling, publicly displaying, and/or using the Infringing Materials as a part of the travel club enterprise described in Delta's Amended Complaint and

its Motion for Temporary Restraining Order, Preliminary Injunction, Ex Parte

Seizure Order, and Expedited Discovery and Memorandum of Fact and Law in

Support Thereof; and

     **IT FURTHER APPEARING** to the Court that Defendants will continue to

carry out such acts unless restrained by Order of the Court,

     **IT IS FURTHER ORDERED** that pending the hearing on Delta's

application for preliminary injunction, Defendants, their agents, employees,

confederates, and any persons acting in concert or participation with them, or

having knowledge of this Order by personal service or otherwise be and hereby are

temporarily restrained from:

    (a)    committing any of the acts set forth in subparagraphs 1 and 2 of

           Section A above;

    (b)    moving, transferring, destroying, or otherwise disposing of any

           products, digital storage media, items, merchandise, or documents:

           (1) bearing, relating to, or used for reproducing the Delta Marks or

           any reproduction, counterfeit, copy, or colorable imitation thereof;

           and (2) otherwise relating to or arising from the travel club scheme

           described in Delta's Amended Complaint;

    (c)    moving, transferring, destroying, or otherwise disposing of any

           computer tapes, drives, or disks, business records, or documents:

(1) relating in any way to the manufacture, acquisition, purchase, distribution, sale, public display, or public use of any goods or other materials bearing the Delta Marks or any reproduction, counterfeit, copy, or colorable imitation thereof; and (2) otherwise relating to or arising from the travel club scheme described in Delta's Amended Complaint.

**IT IS FURTHER ORDERED** that the Temporary Restraining Order shall remain in effect until the date for the hearing on the Order to Show Cause set forth above, or such further dates as set by the Court, unless Defendants stipulate, or have not objected, to the Preliminary Injunction.

## C.   BOND, MARSHAL, AND WAREHOUSE-RELATED EXPENSES

**IT IS FURTHER ORDERED** that the Delta shall post a bond with the Clerk of Court in the amount of $10,000.

**IT IS FURTHER ORDERED** that Delta shall pay an advance deposit for estimated expenses to the United States Marshals Service and shall agree to pay promptly for any expenses incurred by the United States Marshals Service in executing this Order that are in excess of any advance deposit paid.

**IT IS FURTHER ORDERED** that Delta shall arrange for the loading, transportation, and unloading of any items seized pursuant to this Order (other than

9

documents taken for copying as specified below) and shall contract with a third party to provide a secure warehousing facility (the "Facility") located in the Northern District of Georgia for any items seized pursuant to this Order.

**D.   SEIZURE**

   **IT IS FURTHER ORDERED** that the United States Marshal for this District or the District in which any Defendant(s) is/are located, as applicable, or any federal, state, county, or local law enforcement officers, together with one or more attorneys or agents of Delta, is hereby authorized and directed to seize and impound from all locations within this District and the District where any Defendant(s) is/are selling, offering for sale, distributing, transporting, manufacturing, storing, publicly displaying, and/or publicly using the Infringing Materials, including the following approximate locations at which one or more Defendants are doing business:

   (a)   The Tier 3 Defendants (District of Arizona):
         8300 Raintree Drive, Suite 100
         Scottsdale, Arizona 85260;

   (b)   The Classic Defendants (Southern District of Florida):
         2257 Vista Parkway, Suite 9
         West Palm Beach, Florida 33411; and

   (d)   The Kessler Defendants (Middle District of Florida):
         12276 San Jose Boulevard, Suite 115
         Jacksonville, Florida 32223.

and to secure, pending a further order from this Court, any and all unauthorized and unlicensed items bearing any of the Delta Marks, as well as the means for making same and the containers in which any of the foregoing items are maintained, held, or transported.  Such items shall be transported to the Facility and shall remain at the Facility in the exclusive custody or control of Delta as substitute custodian pending a further order from this Court.

**IT IS FURTHER ORDERED** that Delta's Counsel shall be entitled to inspect and copy any business records in any format kept at, maintained at, or accessible from a Defendant's premises that are reasonably believed to relate to the source, origin, purchase, sale, ownership, public distribution, or other use of any Infringing Materials and/or the travel club scheme in which those Infringing Materials were used.

Moreover, Delta's Counsel may seize and remove any such documents or records for the purposes of having the removed documents copied by a third-party duplicating service.  If Delta's Counsel removes any such documents, the originals shall be returned within ten business days, and any such records copied shall be subject to a protective order whereby access thereto shall be initially restricted to Delta and Delta's Counsel.  This protective order restricting access to such documents shall expire on the date set forth above for the hearing on the Order to Show Cause, unless extended by Court order, so that, at such hearing and

thereafter, the contents of such records may be revealed, unless otherwise ordered by this Court.

**IT IS FURTHER ORDERED** that the United States Marshal or other law enforcement officer(s) effecting any such seizure of Infringing Materials or documents shall employ whatever reasonable force is necessary to enter the premises owned, leased, or controlled by Defendants or the location to be searched where the Infringing Materials or labels or business records relating thereto may be found, and together with Counsel for Delta, inspect the contents of any computers, rooms, closets, cabinets, containers, cases, desks, or documents located on the identified locations or other premises controlled by Defendants. In the event that any computer, cabinet, case, desk, or other container reasonably believed by Delta's Counsel to contain documents or materials falling within the above-specified scope (i.e., relating to the Infringing Materials and/or the underlying travel club scheme) cannot be opened or otherwise accessed by Delta's Counsel, the United States Marshal(s) supervising the seizure, or any Defendant or other person present, Delta's Counsel may seize the unopened container and have it transported to and stored at the Facility pending further Order of this Court.

**IT IS FURTHER ORDERED** that Delta's Counsel shall be entitled to receive electronic and/or printed copies of any files, reports, databases, or other electronic or computerized records maintained on any computers or computer

12

networks situated on or accessible from the premises that relate to the ownership,

origin, manufacture, or use of any Infringing Materials at that location and/or the

underlying travel club scheme alleged by Delta.  If Delta's Counsel is unable to

obtain printed or electronic copies of such documents from any computer or

computer network reasonably believed to contain such information and located on

the premises, Delta's Counsel may seize such computer(s) and have it/them

transported to the Facility pending further Order of this Court.

**IT IS FURTHER ORDERED** that Delta's agents shall promptly inspect all

items seized, and, if any items are found to be authorized items or materials, such

items are to be returned to Defendants within fifteen business days after the date

this Order is executed.

**IT IS FURTHER ORDERED** that, subject to the foregoing paragraph, any

items seized by Delta (other than documents removed for copying as described

herein) shall not be inspected, opened, removed from the Facility, or otherwise

altered or tampered with by Delta, Delta's Counsel, or any other person without the

direct authorization of or further Order from this Court.

**IT IS FURTHER ORDERED** that the search and seizure ordered herein

may be photographed or videotaped by the representatives of Delta for the purpose

of authenticating and assisting in obtaining evidence and preserving any

controversy regarding the activities and events occurring during said search and seizure.

**IT IS FURTHER ORDERED** that any materials or means of making such materials or records and other items seized shall be appropriately tagged to permit identification. Defendants shall be given a receipt thereof, and such merchandise, records, or other items seized shall be impounded at the Facility in the custody or control of Delta as substitute custodian pending further order of this Court.

**IT IS FURTHER ORDERED** that sufficient cause having been shown, the above seizure shall take place and this Order together with the Summons and Complaint, shall be served by the United States Marshal effecting the seizure on Defendants personally, or by delivery to an adult of suitable age, at Defendants' place of business or residence or where Defendants are selling, holding for sale, publicly displaying, or publicly using the items to be seized and the records relating thereto. Such service shall be made and such seizure shall take place within fourteen days from the date of this Order, except as to John Doe or other pseudonymous Defendants who may be later identified, or at such time as may be extended by this Court.

**IT IS FURTHER ORDERED** that Delta's Counsel file with the Court within ten business days after each seizure is executed an affidavit or declaration stating the date on which the seizure was executed, whether goods and/or other

14

materials were seized and a description thereof, and where the goods and/or

materials are stored.

## E.    EXPEDITED DISCOVERY

**IT IS FURTHER ORDERED** that discovery begin immediately and Delta

is permitted, immediately after service of this Court's Order, to inspect and copy

Defendants' records of the purchase, manufacture, importation, exportation,

distribution, advertising, marketing, offer for sale, sale, public display, and/or

public use of Infringing Materials, as well as serve discovery requests pursuant to

Federal Rules of Civil Procedure 33 and 34 to be answered within five business

days of service and thereafter to take depositions of the persons responsible for

Defendants' business.

**IT IS SO ORDERED** this 10th day of December, 2013.

Hour: 10:25 A.M.

By: _____

TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA

# EXHIBIT F
# PROPOSED ORDER

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DELTA AIR LINES, INC.,                        )
                                              )
        Plaintiff,                            )
                                              )
v.                                            )        Case No.
                                              )
GONZOLINA SOTOLONGO;                          )
DOUGLAS MARK FLETCHER;                        )
JOSEPH CHIMENTI;                              )
GERALD DECKER:                                )
FULL MOON TRAVEL, INC. d/b/a                  )
FIRST TRAVEL SERVICES d/b/a                   )
TOURS R US SPECIAL VACATIONS                  )
d/b/a BOOKITDISCOUNTCLUB.COM;                 )
TWILIGHT TRAVEL, INC.;                        )
DESTINEY MARKETING SERVICES,                  )
INC.; and JOHN DOES 1-10,                     )
                                              )
        Defendants.                           )

## [PROPOSED] TEMPORARY RESTRAINING ORDER, SEIZURE ORDER, EXPEDITED DISCOVERY ORDER, AND ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION

Plaintiff Delta Air Lines, Inc. ("Delta" or "Plaintiff") has moved *ex parte* against

Defendants Gonzolina Sotolongo, Douglas Mark Fletcher, Joseph Chimenti, Gerald Decker, Full

Moon Travel, Inc. d/b/a First Travel Services d/b/a Tours R Us Special Vacations d/b/a

BookItDiscountClub.com, Twilight Travel, Inc., and Destiney Marketing Services, Inc. (all

defendants, collectively without modifier, "Defendants") for a temporary restraining order,

seizure order, expedited discovery order, and order to show cause for preliminary injunction

pursuant to Federal Rule of Civil Procedure 65, the Lanham Act (15 U.S.C. § 1051 *et seq.*), and

the Racketeer Influenced and Corrupt Organizations Act (18 U.S.C. § 1692 *et seq.*) for the

reasons that Defendants are creating, transmitting, distributing, marketing, advertising,

1

displaying, and otherwise using in the marketing of their business operations materials bearing

counterfeit reproductions of Plaintiff's federally registered trademarks as set forth in Plaintiff's

Complaint in this action (as verified by declarations in the Motion seeking the instant Order),

which are owned exclusively by Plaintiff, and the Court, having reviewed the Complaint,

Memorandum of Fact and Law, and other supporting declarations and materials finds:

1.      Plaintiff is likely to succeed in showing that Defendants have used and are

continuing to use counterfeits or infringing versions of Plaintiff's Marks in connection with the

creation, importation, exportation, distribution, marketing, advertising, offer for sale, sale and/or

public display of marketing materials (the "Counterfeit Materials");

2.      The creation, importing, exporting, distribution, marketing, advertising, offer for

sale, sale, selling and/or public display or use of the Counterfeit Materials will result in

immediate and irreparable injury to Plaintiff if seizure of the Counterfeit Materials and copying

of the records pertaining thereto is not ordered;

3.      The Defendants, or other persons acting in concert with them, would likely

destroy, move, hide, or otherwise make the Counterfeit Materials and business records relating

thereto to the Court if Plaintiff proceeded on notice to the Defendants, thus frustrating the

ultimate relief Plaintiff seeks in this action;

4.      The harm to Plaintiff from the denial of the requested *ex parte* relief outweighs

any legitimate interest the Defendants could possibly have against granting such an order;

5.      Plaintiff has represented that it has not published the requested seizure order;

6.      Plaintiff has provided the U.S. Attorneys for the Middle District of Florida with

reasonable notice of this application for an *ex parte* seizure order;

2

7.      Plaintiff has demonstrated that the location(s) at which the Defendants are doing business are likely to be holding the Counterfeit Materials and the business records relating thereto;

8.      Entry of an order other than an *ex parte* seizure order would not adequately achieve the purposes of the Lanham Act to preserve Plaintiff's remedies for trademark counterfeiting and infringement, including, *inter alia,* destruction of the Counterfeit Materials, the acquisition of business records relating to the Counterfeit Materials, and an award to Plaintiff of lost profits or damages;

9.      Plaintiff has agreed to post a substantial bond as surety for the issuance of this Order;

THEREFORE IT IS HEREBY ORDERED that Defendants Gonzolina Sotolongo, Douglas Mark Fletcher, Joseph Chimenti, Gerald Decker, Full Moon Travel, Inc. d/b/a First Travel Services d/b/a Tours R Us Special Vacations d/b/a BookItDiscountClub.com, Twilight Travel, Inc., and Destiney Marketing Services, Inc. appear to show cause on the _____ day of _____, 2015 at _____ A.M. / P.M. or as soon thereafter as counsel can be heard in Courtroom _____ in the United States District Court for the Middle District of Florida, Orlando Division, why an order pursuant to Federal Rule of Civil Procedure 65 and Section 34 of the Lanham Act should not be entered granting Plaintiff a preliminary injunction as follows:

1.      Restraining and enjoining Defendants, their agents, servants, attorneys, confederates, and all persons or entities working for them or at their direction, during the pendency of this action, from shipping, delivering, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold, offered for

3

sale, publicly displayed, or used, and which bear any of Plaintiff's Marks or assisting any other party in committing the acts described herein;

2.      Impounding, during the pendency of this action, postcards, letters, letterhead, stationery, envelopes, faxes, marketing materials, or other items including, without limitation, movable digital storage media, hard drives, advertising packaging, and other materials seized pursuant to the provisions of this Order.

IT APPEARING to the Court that Defendants are manufacturing, exporting, importing, distributing, marketing, advertising, offering for sale, selling, and/or publicly displaying and/or using the Counterfeit Materials, and will continue to carry out such acts unless restrained by Order of the Court;

IT IS FURTHER ORDERED, that pending the hearing on Plaintiff's application for preliminary injunction, Defendants, their agents, employees, confederates, attorneys, and any persons acting in concert or participation with them, or having knowledge of this Order by personal service or otherwise be and they are, hereby temporarily restrained from:

(a) Committing any of the acts set forth in subparagraph (1), above;

(b) Moving, destroying, or otherwise disposing of any products, digital storage media, or other items, merchandise, or documents bearing, relating to, or used for reproducing the Plaintiff's Marks or any reproduction, counterfeit, copy, or colorable imitation thereof;

(c) Removing, destroying, or otherwise disposing of any computer tapes or disks, business records, or documents relating in any way to the manufacture, acquisition, purchase, distribution, sale, public display, or public use of any goods or other

4

materials bearing the Plaintiff's Marks or any reproduction, counterfeit, copy, or

colorable imitation thereof; and

IT IS FURTHER ORDERED, that the Plaintiff shall post a bond with the Clerk of Court

in the amount of $10,000.00 (ten thousand Dollars); and

IT IS FURTHER ORDERED, that the Plaintiff shall pay an advance deposit for

estimated expenses to the United States Marshals Service and shall agree to pay promptly for any

expenses incurred by the United States Marshals Service in executing this Order that are in

excess of any advance deposit fees paid;

IT IS FURTHER ORDERED, that Plaintiff shall arrange for the loading, transportation,

and unloading of any items seized pursuant to this Order (other than documents taken for

copying as specified below), and shall contract with a third party to provide a secure

warehousing facility (the "Facility") located in the Middle District of Florida for any items

seized pursuant to this Order;

IT IS FURTHER ORDERED, that the United States Marshal for this District or the

District in which any Defendant(s) is/are located, as applicable, or any federal, state, county, or

local law enforcement officers, together with one or more attorneys or agents of Plaintiff, is

hereby authorized and directed to seize and impound from all locations within this District and

the District where any Defendant(s) is/are selling, offering for sale, distributing, transporting,

manufacturing, storing, publicly displaying, and/or publicly using the Counterfeit Materials

including the following approximate location at which one or more Defendants are doing

business:

5

    (a)  Full Moon Travel, Inc.:

        14 E. Washington Street, Suite 300A

        Orlando, Florida 32801;

    (b)  Destiney Marketing Service, Inc.

        14 E Washington Street, Suite 300A

        Orlando, Florida 32801

and to secure, pending further order from this Court, any and all unauthorized and unlicensed items bearing any of the Plaintiff's Marks, as well as the means for making same, as well as the containers in which any of the foregoing items are maintained, held, or transported; such items shall be transported to the Facility and shall remain at the Facility in the exclusive custody or control of Plaintiff as substitute custodian pending a further order from this Court; and

IT IS FURTHER ORDERED, that Plaintiff's counsel shall be entitled to inspect any business records, in any format, kept on the premises that are reasonably believed to relate to the source, origin, purchase, sale, ownership, or public display or operation of any Counterfeit Materials located at any of the above-listed Defendant-related locations.

Further, Plaintiff's counsel may make copies of any documents containing information that reasonably relates to the ownership, origin, manufacture, or use of any Counterfeit Materials found at any location.  Plaintiff's counsel may seize and remove documents from the premises for the purposes of having the removed documents copied by a third-party duplicating service.  If Plaintiff's counsel removes any such documents, the originals shall be returned within ten (10) business days; and any such records copied shall be subject to a protective order whereby access thereto shall be initially restricted to Plaintiff and Plaintiff's counsel.  This protective order restricting access to such documents shall expire on the date set forth above for the hearing on

6

the Order to Show Cause, unless extended by Court order, so that at such hearing and thereafter

the contents of such records may be revealed, unless otherwise ordered by this Court; and

IT IS FURTER ORDERED, that the United States Marshal or other law enforcement

officer(s) effecting any such seizure of Counterfeit Materials or documents shall employ

whatever reasonable force is necessary to enter the premises owned, leased, or controlled by

Defendants or the location to be searched where the Counterfeit Materials or labels or business

records relating thereto may be found, and together with counsel for Plaintiff, inspect the

contents of any computers, rooms, closets, cabinets, containers, cases, desks, or documents

located on the identified locations or other premises controlled by Defendants; in the event that

any computer, cabinet, case, desk, or other container, reasonably believed by Plaintiff's counsel

to contain documents which may be relevant to the ownership, origin, manufacture, or use of any

Counterfeit Materials located on the premises cannot (or will not) be opened or otherwise

accessed by Plaintiff's counsel, the United States Marshal(s) supervising the seizure, or any

Defendant or other person present, Plaintiff's counsel may seize the unopened container or

computer and have it transported to and stored at the Facility pending further Order of this Court.

IT IS FURTHER ORDERED, Plaintiff's counsel shall be entitled to receive electronic

and/or printed copies of any files, reports, databases, or other electronic or computerized records

maintained on any computers or computer networks situated on the premises that relate to the

ownership, origin, manufacture, or use of any Counterfeit Materials at that location, with the

assistance (if necessary) of any Defendant subject to this Order; if Plaintiff's counsel is unable to

obtain printed or electronic copies of such documents from any computer or computer network

reasonably believed to contain such information and located on the premises, Plaintiff's counsel

7

may seize such computer(s) and have it transported to the Facility pending further Order of this Court; and

IT IS FURTHER ORDERED, that any items seized by Plaintiff (other than documents removed for copying as described herein) shall not be inspected, opened, removed from the Facility, or otherwise altered or tampered with by Plaintiff, Plaintiff's Counsel, or any other person without the direct authorization of or further Order from this Court; and

IT IS FURTHER ORDERED, that Plaintiff's agents shall promptly inspect all items seized, and, if any items are found to be authorized items or materials, such items are to be returned to Defendants within fifteen (15) business days after the date this Order is executed; and

IT IS FURTHER ORDERED, that the search and seizure ordered herein may be photographed or videotaped by the representatives of Plaintiff for the purpose of authenticating and assisting in obtaining evidence and preserving any controversy regarding the activities and events occurring during said search and seizure; and

IT IS FURTHER ORDERED, that the Temporary Restraining Order shall remain in effect until the date set for the hearing on the Order to Show Case set forth above, or such further dates as set by the Court, unless Defendants stipulate, or have not objected, to the Preliminary Injunction; and

IT IS FURTHER ORDERED, that any materials or means of making such materials or records and other items seized shall be appropriately tagged to permit identification; Defendants shall be given a receipt thereof; such merchandise, records, or other items seized shall be impounded at the Facility in the custody or control of Plaintiff as substitute custodian pending further order of this Court; and

IT IS FURTHER ORDERED, that sufficient cause having been shown, the above seizure shall take place and this Order together with the Summons and Complaint, shall be served by the United States Marshal effecting the seizure on Defendants personally, or by delivery to an adult of suitable age, at only Defendants' place of business or residence or where Defendants are selling, holding for sale, publicly displaying, or publicly using the items to be seized and the records relating thereto, and that such service shall be made and such seizure shall take place within fourteen (14) days from the date of this Order, except as to John Doe or other pseudonymous Defendants who may be later identified, or at such time as may be extended by this Court; and

IT IS FURTHER ORDERED, that Plaintiff's counsel file with the court within ten (10) business days after each seizure is executed a declaration stating the date on which the seizure was executed, whether goods and/or other materials were seized, and a description thereof, and where the goods and/or materials are stored; and

IT IS FURTHER ORDERED, that Defendants' answering papers, if any shall be filed with the Clerk of this Court and served upon the attorneys for Plaintiff by delivering copies to the offices of John H. Rains, PA, Suite 750, 501 E Kennedy Boulevard, Tampa, Florida 33602, no later than two (2) days in advance of the hearing to show cause as set forth above, with any reply by Plaintiff to be filed and served at the hearing; and

IT IS FURTHER ORDERED, that discovery herein may begin immediately and Plaintiff be permitted, immediately after service of this Court's Order, to inspect and copy Defendants' records of the purchase, manufacture, importation, exportation, distribution, advertising, marketing, offer for sale, sale, public display, and/or public use of Counterfeit Materials, as well as serve discovery requests pursuant to Fed. R. Civ. P. 33 and 34, to be answered within two (2)

business days of service, and thereafter, to take depositions of the persons responsible for Defendants' business; and

Defendants are hereby given notice that failure to attend the hearing scheduled herein may result in confirmation of the seizure authorized herein, immediate issuance of the requested preliminary injunction to take effect immediately upon expiration or dissolution of the temporary restraining order, and shall otherwise extend for the pendency of this litigation relief upon the same terms and conditions as constitute this temporary restraining order. Defendants are hereby given further notice they shall be deemed to have actual notice of the issuance and terms of such preliminary injunction and any act by them or any one of them in violation of the terms thereof may be considered and prosecuted as contempt of this court.

DATED this ____ day of _____, 20_____

Hour: _____A.M./P.M.

UNITED STATES DISTRICT COURT


By:_____
      United States District Judge