UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DELTA AIR LINES, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 6:15-cv-02079-GAP-TBS |
| JOHN DOES 1-20; | ) ) ) |
| Defendants. | ) ) |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida, Plaintiff, Delta Air Lines, Inc. ("Delta"), by and through its counsel, hereby moves the court for the special admission of attorneys Jamie Ponder Woodard, Esq., Kelly O. Wallace and Paul Frederick Wellborn, III of the firm Wellborn, Wallace & Woodard, LLC and to appear *pro hac vice* in these proceedings on its behalf. In support of this motion Delta states the following:

1. Jamie Ponder Woodard is an attorney with the firm Wellborn, Wallace & Woodard, LLC, located at 1175 Peachtree Street, N.E., 100 Colony Square, Suite 300, Atlanta, Georgia, 30361, Telephone: (404) 815-9595, Facsimile: (404) 815-9957, Electronic Mail: Jamie@wellbornlaw.com.

2. Mr. Woodard is an attorney licensed to practice law in the state of Georgia. Mr. Woodard has been a member in good standing of the Georgia Bar since November 10, 2003. His Georgia Bar number is: 775792. He is also a member in good standing of the bar for each of the following United States Courts: United States District Court for the Northern District of Georgia (Admitted December 1, 2003); United States District Court of the Middle District of Georgia

(Admitted June 8, 2004); and the United States Court of Appeals for the Eleventh Circuit (Admitted December 10, 2003).

3. Mr. Woodard is not a resident of the State of Florida and he has not made frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.

4. Mr. Woodard has never been disbarred or suspended from the practice of law and there are no disciplinary or suspension proceedings pending against Mr. Woodard in any Court of the United States or of any State, Territory, or Possession of the United States at this time.

5. Mr. Woodard is complying with the requirements of Rules 2.02(a) and 2.01(d) by forwarding the Special Admission Attorney Certification form and appropriate fee to the Clerk of the Court, which is being filed separately.

6. Kelly O. Wallace is an attorney with the firm Wellborn, Wallace & Woodard, LLC, located at 1175 Peachtree Street, N.E., 100 Colony Square, Suite 300, Atlanta, Georgia, 30361, Telephone: (404) 815-9595, Facsimile: (404) 815-9957, Electronic Mail: Kelly@wellbornlaw.com.

7. Mr. Wallace is an attorney licensed to practice law in the state of Georgia. Mr. Wallace has been a member in good standing of the Georgia Bar since 2003. His Georgia Bar number is: 734166. He is also a member in good standing of the bar for each of the following United States Courts: United States District Court for the Northern District of Georgia (Admitted December 1, 2003), United States District Court for the Middle District of Georgia (Admitted April 7, 2011), and the United States Court of Appeals for the Fourth Circuit (Admitted November 7, 2005).

8. Mr. Wallace is not a resident of the State of Florida and he has not made frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.

9. Mr. Wallace has never been disbarred or suspended from the practice of law and there are no disciplinary or suspension proceedings pending against Mr. Wallace in any Court of the United States or of any State, Territory, or Possession of the United States at this time.

10. Mr. Wallace is complying simultaneously with the requirements of Rules 2.02(a) and 2.01(d) by forwarding the Special Admission Attorney Certification form and appropriate fee to the Clerk of the Court.

11. Paul Frederick Wellborn, III is an attorney with the firm Wellborn, Wallace & Woodard, LLC, located at 1175 Peachtree Street, N.E., 100 Colony Square, Suite 300, Atlanta, Georgia, 30361, Telephone: (404) 815-9595, Facsimile: (404) 815-9957, Electronic Mail: Pete@wellbornlaw.com.

12. Mr. Wellborn is an attorney licensed to practice law in the state of Georgia. Mr. Wellborn has been a member in good standing of the Georgia Bar since 1989. His Georgia Bar number is: 746720. He is also a member in good standing of the bar for each of the following United States Courts: United States District Court for the Northern District of Georgia (October 18, 1989).

13. Mr. Wellborn is not a resident of the State of Florida and he has not made frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.

14. Mr. Wellborn has never been disbarred or suspended from the practice of law and there are no disciplinary or suspension proceedings pending against Mr. Wellborn in any Court of the United States or of any State, Territory, or Possession of the United States at this time.

15. Mr. Wellborn is complying with the requirements of Rules 2.02(a) and 2.01(d) by forwarding the Special Admission Attorney Certification form and appropriate fee to the Clerk of the Court, which is being filed separately.

16. The undersigned is admitted to practice before this Court and will continue to receive service of papers and be responsible for the progress of the case, including the trial in default of Jamie Ponder Woodard, Kelly O. Wallace or Paul Frederick Wellborn, III.

WHEREFORE, Delta, by and through the undersigned counsel, respectfully requests the Court grant this motion for Jamie Ponder Woodard, Esq., Kelly O. Wallace, Esq., and Paul Frederick Wellborn, III, Esq. of the firm Wellborn, Wallace & Woodard, LLC, to be admitted *pro hac vice* to appear and participate in the above-captioned proceeding on its behalf, together with such other and further relief the Court deems proper.

Respectfully submitted this 14th day of December, 2015.

John H. Rains, III     FBN 280283
John H. Rains III, P.A.
501 East Kennedy Boulevard, Suite 750
Tampa, FL 33602
Phone: (813) 221-2777
Fax:    (813) 221-3737
Email: jrains@johnrains.com
Secondary email: ehill@johnrains.com
Attorneys for Plaintiff