UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DELTA AIR LINES, INC., )
)
    Plaintiff, )
)
v. ) Case No. 6:15-cv-02079-GAP-TBS
)
JOHN DOES 1-20; )
)
    Defendants. )

**REVISED MOTION FOR TEMPORARY ADMISSION INSTANTER OF KELLY O. WALLACE FOR PLAINTIFF DELTA AIR LINES, INC.**

Pursuant to Local Rule 2.02, Plaintiff Delta Air Lines, Inc. ("Delta" or "Plaintiff") moves this court *instanter* for the temporary admission of attorney Kelly O. Wallace to the bar of this Court. Mr. Wallace has previously been admitted to this Court on behalf of Delta *pro hac vice* in other matters, and has initiated proceedings for special admission in this case contemporaneously with this Motion.

Plaintiff is simultaneously submitting an ordinary Motion to Appear Pro Hac Vice, the Special Admission Attorney Certification form and the appropriate fee to the Clerk of Court.

Respectfully submitted this 14th day of December, 2015.

John H. Rains, III    FBN 280283
John H. Rains III, P.A.
501 East Kennedy Boulevard, Suite 750
Tampa, FL 33602
Phone: (813) 221-2777
Fax:    (813) 221-3737
Email: jrains@johnrains.com
Secondary email: ehill@johnrains.com
Attorneys for Plaintiff