UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DELTA AIR LINES, INC.,

    Plaintiff,

v.                                                   Case No:   6:15-cv-2079-Orl-31TBS

GONZOLINA SOTOLONGO, DOUGLAS
MARK FLETCHER, JOSEPH CHIMENTI,
GERALD DECKER, FULL MOON
TRAVEL, INC., TWILIGHT TRAVEL,
INC., DESTINEY MARKETING
SERVICES, INC. and JOHN DOES 1-10,

    Defendants.

## ORDER

    The Motion to Appear *Pro Hac Vice* filed on behalf of attorneys Jamie Ponder Woodard, Kelly O. Wallace and Paul Frederick Wellborn, III (Doc. 12) is **GRANTED** and Mr. Woodard, Mr. Wallace and Mr. Wellborn are admitted to appear *pro hac vice* on behalf of Plaintiff.   These attorneys are affiliated with Wellborn, Wallace & Woodard, LLC, 1175 Peachtree Street, N.E., 100 Colony Square, Suite 300, Atlanta, Georgia 30361.

    The Middle District of Florida utilizes a case management electronic filing system ("CM/ECF").   Within ten (10) days of the date of this Order, Mr. Woodard, Mr. Wallace and Mr. Wellborn shall register to participate and docket in CM/ECF or show cause in writing within that time frame why they are unable to participate.[1]

---

[1] Counsel shall visit the Court's website located at www.flmd.uscourts.gov and click on the "CM/ECF" tab for more information.   The Court has an expectation that counsel will participate in the CM/ECF training tutorials provided on the website prior to using the system.

Pursuant to the local rules of this district, any attorney appearing in this Court pursuant to M.D. Fla. R. 2.02(a) "shall be deemed to be familiar with, and shall be governed by, these [local] rules in general, including Rule 2.04 hereof in particular; and shall also be deemed to be familiar with and governed by the Code of Professional Responsibility and other ethical limitations or requirements then governing the professional behavior of members of The Florida Bar."   M.D. Fla. R. 2.02(c).

Attorney John H. Rains, III, a member of the bar of this Court with offices at 501 East Kennedy Blvd., Suite 750, Tampa, Florida 33602 has consented to the designation of local counsel.   He is responsible for the progress of the case, including the trial, in default of the non-resident attorneys.

**DONE** and **ORDERED** in Orlando, Florida on December 14, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record