AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| DELTA AIR LINES, INC. | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 6:15CV2079-O12-31 TBS |
| GONZOLINA SOTOLONGO et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Destiney Marketing Services, Inc.
14 E Washington Street
Suite 300A
Orlando, FL 32801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John H. Rains, III
John H. Rains, III, P.A.
501 East Kennedy Boulevard, Suite 750
Tampa, FL 33602
Phone: (813) 221-2777
E-mail: jrains@johnrains.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12-15-2015

_____
*Signature of Clerk or Deputy Clerk*

Also served with this Summons is the First Amended Complaint, Motion for Temporary Restraining Order, Motion to Seal, Motion to Appear Pro Hac Vice, evised Motion for Temporary Admission Instanter, Order dated December 14, 2015 and Notice of Hearing.