UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DELTA AIR LINES, INC.,                        )
                                              )
        Plaintiff,                            )
                                              )
v.                                            )        Case No.  6:15-cv-2079-GAP-TBS
                                              )
GONZOLINA SOTOLONGO;                          )
DOUGLAS MARK FLETCHER;                        )
JOSEPH CHIMENTI;                              )
GERALD DECKER:                                )
FULL MOON TRAVEL, INC. d/b/a                  )
FIRST TRAVEL SERVICES d/b/a                   )
TOURS R US SPECIAL VACATIONS                  )
d/b/a BOOKITDISCOUNTCLUB.COM;                 )
TWILIGHT TRAVEL, INC.;                        )
DESTINEY MARKETING SERVICES,                  )
INC.; and JOHN DOES 1-10,                     )
                                              )
        Defendants.                           )

## NOTICE OF FILING

Delta Air Lines, Inc. ("Delta" or "Plaintiff") hereby files this Notice of Filing it's security

check in the amount of $10,000 (a copy of which is attached), which will be hand delivered to

the Clerk today, in compliance with this Court's Order dated December 14, 2015.

This 16th day of December, 2015.

**JOHN H. RAINS III, P.A.**

John H. Rains, III (FL Bar No. 280283)
501 East Kennedy Boulevard, Suite 750
Tampa, FL  33602

Phone:   (813) 221-2777
Fax:      (813) 221-3737
Email:    jrains@johnrains.com
Email2:   ehill@johnrains.com

1

*and*

**WELLBORN, WALLACE & WOODARD, LLC**

Paul F. Wellborn III   (GA Bar No. 746720)
Kelly O. Wallace      (GA Bar No. 734166)
Jamie Woodard         (GA Bar No. 775792)

1175 Peachtree St., NE
100 Colony Square, Suite 300
Atlanta, Georgia 30361

Phone:   (404) 815-9595
Fax:      (404) 815-9957
E-mail:  pete@wellbornlaw.com
          kelly@wellbornlaw.com
          jamie@wellbornlaw.com

*Attorneys for Plaintiff Delta Air Lines, Inc.*

2

**WELLBORN & WALLACE, LLC**
1175 PEACHTREE STREET NE
100 COLONY SQUARE, STE. 300
ATLANTA, GA  30361

64-10/610

2026

Date 12/15/15

Pay to the
order of   Clerk of Court                                    $ 10,000.00

Ten thousand and 00/100                                      Dollars

**SunTrust**   ACH RT 061000104
Memo CASH BOND FOR TRO 6:15-cv-2079        Paul Wellace        MP

⑆061000104⑆ 100009718986 3⑈ 2026