UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DELTA AIR LINES, INC.,                      )
                                            )
          Plaintiff,                        )
                                            )
v.                                          )     Case No. 6:15-cv-2079-GAP-TBS
                                            )
GONZOLINA SOTOLONGO;                        )
DOUGLAS MARK FLETCHER;                      )
JOSEPH CHIMENTI;                            )
GERALD DECKER:                              )
FULL MOON TRAVEL, INC. d/b/a                )
FIRST TRAVEL SERVICES d/b/a                 )
TOURS R US SPECIAL VACATIONS                )
d/b/a BOOKITDISCOUNTCLUB.COM;               )
TWILIGHT TRAVEL, INC.;                      )
DESTINEY MARKETING SERVICES,                )
INC.; and JOHN DOES 1-10,                   )
                                            )
          Defendants.                       )
                                            )

## NOTICE OF FILING

Delta Air Lines, Inc. ("Delta" or "Plaintiff") hereby files this Notice of Filing it's security

check in the amount of $10,000 (a copy of which is attached), which will be hand delivered to

the Clerk today, in compliance with this Court's Order dated December 14, 2015.

This 16th day of December, 2015.

JOHN H. RAINS III, P.A.

John H. Rains, III (FL Bar No. 280283)
501 East Kennedy Boulevard, Suite 750
Tampa, FL 33602

Phone:  (813) 221-2777
Fax:     (813) 221-3737
Email:   jrains@johnrains.com
Email2: ehill@johnrains.com

1