| | | |
|---|---|---|
| **WELLBORN & WALLACE, LLC**<br>1175 PEACHTREE STREET NE<br>100 COLONY SQUARE, STE. 300<br>ATLANTA, GA 30361 | 64-10/610 | **2026** |

Date 12/15/15

Pay to the order of  Clerk of Court    $ 10,000.00

Ten thousand and 00/100    Dollars

**SUNTRUST**  ACH RT 061000104

Memo CASH BOND FOR TRO 6:15-cv-2079

Paul T Wallace

⑆061000104⑆ 1000097189863⑈ 2026