UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DELTA AIR LINES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 6:15-cv-2079-GAP-TBS |
| | ) |
| GONZOLINA SOTOLONGO; | ) |
| DOUGLAS MARK FLETCHER; | ) |
| JOSEPH CHIMENTI; | ) |
| GERALD DECKER: | ) |
| FULL MOON TRAVEL, INC. d/b/a | ) |
| FIRST TRAVEL SERVICES d/b/a | ) |
| TOURS R US SPECIAL VACATIONS | ) |
| d/b/a BOOKITDISCOUNTCLUB.COM; | ) |
| TWILIGHT TRAVEL, INC.; | ) |
| DESTINEY MARKETING SERVICES, | ) |
| INC.; and JOHN DOES 1-10, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING

Delta Air Lines, Inc. ("Delta" or "Plaintiff") hereby files this notice of filing of the returns of service on the following defendants:

Gerald Decker
Joseph Chimenti
Twilight Travel, Inc., c/o Joseph Chimenti
Twilight Travel, Inc.
Gonzolina Sotolongo
Full Moon Travel, Inc., c/o Ricardo Calzada
Destiney Marketing Services, Inc.
Destiney Marketing Services, Inc., c/o Ricardo Calzada

Statute notice is being made in compliance with this Court's Order dated December 14, 2015.

Defendant, Douglas Mark Fletcher has not been served yet. Efforts have been made to serve that defendant and the efforts are on-going.

This 17th day of December, 2015.

1

*/s/ John H. Rains III*

**JOHN H. RAINS III, P.A.**

John H. Rains, III (FL Bar No. 280283)
501 East Kennedy Boulevard, Suite 750
Tampa, FL 33602

Phone: (813) 221-2777
Fax: (813) 221-3737
Email: jrains@johnrains.com
Email2: ehill@johnrains.com

*and*

**WELLBORN, WALLACE & WOODARD, LLC**

Paul F. Wellborn III   (GA Bar No. 746720)
Kelly O. Wallace      (GA Bar No. 734166)
Jamie Woodard        (GA Bar No. 775792)

1175 Peachtree St., NE
100 Colony Square, Suite 300
Atlanta, Georgia 30361

Phone:  (404) 815-9595
Fax:    (404) 815-9957
E-mail: pete@wellbornlaw.com
        kelly@wellbornlaw.com
        jamie@wellbornlaw.com

*Attorneys for Plaintiff Delta Air Lines, Inc.*

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
District of Florida

Case Number: 6:15-CV-2079-ORL-3ITBS

Plaintiff:
**DELTA AIRLINES,INC.**

vs.

Defendant:
**GONZOLINA SOTOLONGO ET AL.**

For:
John H. Raines, III, Esquire

Received by Fast-Trac Legal Services, Inc. on the 15th day of December, 2015 at 1:39 pm to be served on **GERALD DECKER, 2647 CLARINET DRIVE, ORLANDO, FL 32837**.

I, MICHAEL FITZPATRICK, do hereby affirm that on the **16th day of December, 2015** at **1:39 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN CIVIL ACTION, COMPLAINT FOR INJUNCTION AND DAMAGES, FIRST AMENDED COMPLAINT FOR INJUNCTION AND DAMAGES, PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, EX PARTE SEIZURE ORDER, AND EXPEDITED DISCOVERY AND MEMORANDUM OF FACT AND LAW IN SUPPORT THEREOF, MOTION TO SEAL AND MEMORANDUM OF FACT AND LAW IN SUPPORT THEREOF, MOTION TO APPEAR PRO HAC VICE, REVISED MOTION FOR TEMPORARY ADMISSION INSTANTER,ORDER, NOTICE OF ELECTRONIC FILING** with the date and hour of service endorsed thereon by me, to: **GERALD DECKER** at the address of: **2647 CLARINET DRIVE, ORLANDO, FL 32837**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description** of Person Served: Age: 83, Sex: M, Race/Skin Color: White, Height: 5'7", Weight: 160, Hair: White, Glasses: N

## RETURN OF SERVICE For 6:15-CV-2079-ORL-3lTBS

I do hereby certify that I have no interest in the above action, that I am over the age of eighteen, and that I am a Certified Process Server in the Judicial Circuit in which it was served. Under penalties of perjury, I declare that I have read the forgoing affidavit and that the facts stated in it are true. No Notary required Pursuant to F.S. 92.525 (2)

*[signature]*
**MICHAEL FITZPATRICK**
CPS#0157

**Fast-Trac Legal Services, Inc.**
**P.O. Box 173093**
**Tampa, FL 33672**
**(813) 376-0595**

Our Job Serial Number: ASH-2015005922

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0y

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 6:15-CV-2079-ORL-3ITBS

Plaintiff:
**DELTA AIRLINES, INC.**

vs.

Defendant:
**GONZOLINA SOTOLONGO ET AL.**

For:
John H. Raines, III, Esquire

Received by Fast-Trac Legal Services, Inc. on the 15th day of December, 2015 at 1:39 pm to be served on **JOSEPH CHIMENTI, 5053 ERNST COURT, ORLANDO, FL 32819**.

I, PHILIP J. DENNINGTON, do hereby affirm that on the **16th day of December, 2015** at **2:10 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS IN CIVIL ACTION, COMPLAINT FOR INJUNCTION AND DAMAGES, FIRST AMENDED COMPLAINT FOR INJUNCTION AND DAMAGES, PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, EX PARTE SEIZURE ORDER, AND EXPEDITED DISCOVERY AND MEMORANDUM OF FACT AND LAW IN SUPPORT THEREOF, MOTION TO SEAL AND MEMORANDUM OF FACT AND LAW IN SUPPORT THEREOF, MOTION TO APPEAR PRO HAC VICE, REVISED MOTION FOR TEMPORARY ADMISSION INSTANTER, ORDER, NOTICE OF ELECTRONIC FILING** to: **JOSHUA DOE**, a person in charge at the recipient's **PRIVATE MAILBOX** location at the address of: **4630 S. KIRKMAN ROAD, BOX 806, ORLANDO, FL 32819**; the only address known after reasonable investigation and after determining that the person or business to be served maintains a mailbox at this location, in compliance with State Statutes.

**Additional Information pertaining to this Service:**
Attempted service at 5053 Ernst Court Orlando Fl 32819. There was no contact at this address. Located and served at 4630 S. Kirkman Road Box 806, Orlando Florida 32819.

**Description** of Person Served: Age: 35, Sex: M, Race/Skin Color: White, Height: 5'10", Weight: 175, Hair: Bald, Glasses: n

## RETURN OF SERVICE For 6:15-CV-2079-ORL-3ITBS

I do hearby certify that I have no interest in the above action, that I am over the age of 18. Under penalties of perjury, I declare that I have read the forgoing affidavitt, and that the facts stated in it are true. No Notary required Pursuant to F.S. 92.525 (2)

_____
PHILIP J. DENNINGTON

Fast-Trac Legal Services, Inc.
P.O. Box 173093
Tampa, FL 33672
(813) 376-0595

Our Job Serial Number: ASH-2015005925

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0y

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 6:15-CV-2079-ORL-3ITBS

Plaintiff:
**DELTA AIRLINES,INC.**

vs.

Defendant:
**GONZOLINA SOTOLONGO ET AL.**

For:
John H. Raines, III, Esquire

Received by Fast-Trac Legal Services, Inc. on the 15th day of December, 2015 at 1:39 pm to be served on **TWILIGHT TRAVEL, INC. C/O JOSEPH CHIMENTI, 5053 ERNST COURT, ORLANDO, FL 32819.**

I, PHILIP J. DENNINGTON, do hereby affirm that on the **16th day of December, 2015 at 2:10 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS IN CIVIL ACTION, COMPLAINT FOR INJUNCTION AND DAMAGES, FIRST AMENDED COMPLAINT FOR INJUNCTION AND DAMAGES, PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, EX PARTE SEIZURE ORDER, AND EXPEDITED DISCOVERY AND MEMORANDUM OF FACT AND LAW IN SUPPORT THEREOF, MOTION TO SEAL AND MEMORANDUM OF FACT AND LAW IN SUPPORT THEREOF, MOTION TO APPEAR PRO HAC VICE, REVISED MOTION FOR TEMPORARY ADMISSION INSTANTER,ORDER, NOTICE OF ELECTRONIC FILING** to: **JOSHUA DOE**, a person in charge at the recipient's **PRIVATE MAILBOX** location at the address of: **4830 S. KIRKMAN RD, SUITE 806, ORLANDO, FL 32811**; the only address known after reasonable investigation and after determining that the person or business to be served maintains a mailbox at this location, in compliance with State Statutes.

**Additional Information pertaining to this Service:**
Attempted service at 5053 Ernst Court Orlando Fl 32819. There was no contact at this address. Located and served at 4630 S. Kirkman Road Box 806, Orlando Florida 32819.

**Description** of Person Served: Age: 35, Sex: M, Race/Skin Color: White, Height: 5'10", Weight: 175, Hair: Bald, Glasses: N

## RETURN OF SERVICE For 6:15-CV-2079-ORL-3ITBS

I do hearby certify that I have no interest in the above action, that I am over the age of 18. Under penalties of perjury, I declare that I have read the forgoing affidavitt, and that the facts stated in it are true. No Notary required Pursuant to F.S. 92.525 (2)

_____
PHILIP J. DENNINGTON

Fast-Trac Legal Services, Inc.
P.O. Box 173093
Tampa, FL 33672
(813) 376-0595

Our Job Serial Number: ASH-2015005926

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0y

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 6:15-CV-2079-ORL-3ITBS

Plaintiff:
**DELTA AIRLINES,INC.**

vs.

Defendant:
**GONZOLINA SOTOLONGO ET AL.**

For:
John H. Raines, III, Esquire

Received by Fast-Trac Legal Services, Inc. on the 15th day of December, 2015 at 1:39 pm to be served on **TWILIGHT TRAVEL, INC., 14 E WASHINGSTON STREET, SUITE 300A, ORLANDO, FL 32801**.

I, PHILIP J. DENNINGTON, do hereby affirm that on the **16th day of December, 2015 at 2:10 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS IN CIVIL ACTION, COMPLAINT FOR INJUNCTION AND DAMAGES, FIRST AMENDED COMPLAINT FOR INJUNCTION AND DAMAGES, PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, EX PARTE SEIZURE ORDER, AND EXPEDITED DISCOVERY AND MEMORANDUM OF FACT AND LAW IN SUPPORT THEREOF, MOTION TO SEAL AND MEMORANDUM OF FACT AND LAW IN SUPPORT THEREOF, MOTION TO APPEAR PRO HAC VICE, REVISED MOTION FOR TEMPORARY ADMISSION INSTANTER,ORDER, NOTICE OF ELECTRONIC FILING** to: **JOSHUA DOE**, a person in charge at the recipient's **PRIVATE MAILBOX** location at the address of: **4630 S. KIRKMAN RD, SUITE 806, ORLANDO, FL 32811**; the only address known after reasonable investigation and after determining that the person or business to be served maintains a mailbox at this location, in compliance with State Statutes.

**Additional Information pertaining to this Service:**
Attempted service at the address provided and this is the Principal address for the business An unknown male told the server to get off the property and stated he would not allow him back in. The server explained that this was the address on sunbiz. The unknown male then threatened to call the police. The server then left.. Located and served at 4630 S, Kirkman Rd, Box 806, Orlando Florida 32819

**Description** of Person Served: Age: 35, Sex: M, Race/Skin Color: White, Height: 5'10", Weight: 175, Hair: Bald, Glasses: n

## RETURN OF SERVICE For 6:15-CV-2079-ORL-3ITBS

I do hearby certify that I have no interest in the above action, that I am over the age of 18. Under penalties of perjury, I declare that I have read the forgoing affidavitt, and that the facts stated in it are true. No Notary required Pursuant to F.S. 92.525 (2)

_____
PHILIP J. DENNINGTON

Fast-Trac Legal Services, Inc.
P.O. Box 173093
Tampa, FL 33672
(813) 376-0595

Our Job Serial Number: ASH-2015005928

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0y

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 6:15-CV-2079-ORL-3ITBS

Plaintiff:
**DELTA AIRLINES, INC.**

vs.

Defendant:
**GONZOLINA SOTOLONGO ET AL.**

For:
John H. Raines, III, Esquire

Received by Fast-Trac Legal Services, Inc. on the 15th day of December, 2015 at 1:39 pm to be served on **GONZOLINA SOTOLONGO, 5751 CITADEL DRIVE, ORLANDO, FL 32839**.

I, PHILIP J. DENNINGTON, do hereby affirm that on the **16th day of December, 2015** at **1:30 pm**, I:

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS IN CIVIL ACTION, COMPLAINT FOR INJUNCTION AND DAMAGES, FIRST AMENDED COMPLAINT FOR INJUNCTION AND DAMAGES, PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, EX PARTE SEIZURE ORDER, AND EXPEDITED DISCOVERY AND MEMORANDUM OF FACT AND LAW IN SUPPORT THEREOF, MOTION TO SEAL AND MEMORANDUM OF FACT AND LAW IN SUPPORT THEREOF, MOTION TO APPEAR PRO HAC VICE, REVISED MOTION FOR TEMPORARY ADMISSION INSTANTER, ORDER, NOTICE OF ELECTRONIC FILING** with the date and hour of service endorsed thereon by me, to: **RIGABERTO SOTOLONGO** as **CO-RESIDENT** at the address of: **5751 CITADEL DRIVE, ORLANDO, FL 32839**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 75, Sex: M, Race/Skin Color: Hispanic, Height: 5'8", Weight: 200, Hair: Balding, Glasses: N

I do hearby certify that I have no interest in the above action, that I am over the age of 18. Under penalties of perjury, I declare that I have read the forgoing affidavitt, and that the facts stated in it are true. No Notary required Pursuant to F.S. 92.525 (2)

PHILIP J. DENNINGTON

Fast-Trac Legal Services, Inc.
P.O. Box 173093
Tampa, FL 33672
(813) 376-0595

Our Job Serial Number: ASH-2015005924

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0y

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 6:15-CV-2079-ORL-3ITBS

Plaintiff:
**DELTA AIRLINES,INC.**

vs.

Defendant:
**GONZOLINA SOTOLONGO ET AL.**

For:
John H. Raines, III, Esquire

Received by Fast-Trac Legal Services, Inc. on the 15th day of December, 2015 at 1:39 pm to be served on **FULL MOON TRAVEL, INC. C/O RICHARDO CALZADA, REGISTERED AGENT, 419 MAGNOLIA AVE, ORLANDO, FL 32801**.

I, MICHAEL FITZPATRICK, do hereby affirm that on the **16th day of December, 2015** at **1:39 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN CIVIL ACTION, COMPLAINT FOR INJUNCTION AND DAMAGES, FIRST AMENDED COMPLAINT FOR INJUNCTION AND DAMAGES, PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, EX PARTE SEIZURE ORDER, AND EXPEDITED DISCOVERY AND MEMORANDUM OF FACT AND LAW IN SUPPORT THEREOF, MOTION TO SEAL AND MEMORANDUM OF FACT AND LAW IN SUPPORT THEREOF, MOTION TO APPEAR PRO HAC VICE, REVISED MOTION FOR TEMPORARY ADMISSION INSTANTER,ORDER, NOTICE OF ELECTRONIC FILING** with the date and hour of service endorsed thereon by me, to: **GERALD DECKER** as **CORPORATE OFFICER** for **FULL MOON TRAVEL, INC.**, at the alternate address of: **2647 CLARINET DR, ORLANDO, FL 32837**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Additional Information pertaining to this Service:**
Attempted service at the address provided and this address is a vacant suite. This is the current address listed for the registered agent on Sunbiz. Located and served Gerald Decker, corporate officer at 2647 Clarinet Dr. Orlando Florida 32837.

**Description** of Person Served: Age: 83, Sex: M, Race/Skin Color: White, Height: 5'7", Weight: 160, Hair: White, Glasses: N

## RETURN OF SERVICE For 6:15-CV-2079-ORL-3ITBS

I do hereby certify that I have no interest in the above action, that I am over the age of eighteen, and that I am a Certified Process Server in the Judicial Circuit in which it was served. Under penalties of perjury, I declare that I have read the forgoing affidavit and that the facts stated in it are true. No Notary required Pursuant to F.S. 92.525 (2)

**MICHAEL FITZPATRICK**
CPS#0157

**Fast-Trac Legal Services, Inc.
P.O. Box 173093
Tampa, FL 33672
(813) 376-0595**

Our Job Serial Number: ASH-2015005929

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 6:15-CV-2079-ORL-3ITBS

Plaintiff:
**DELTA AIRLINES,INC.**

vs.

Defendant:
**GONZOLINA SOTOLONGO ET AL.**

For:
John H. Raines, III, Esquire

Received by Fast-Trac Legal Services, Inc. on the 15th day of December, 2015 at 1:39 pm to be served on **DESTINEY MARKETING SERVICES, INC, 14 E WASHINGTON STREET, SUITE 300A, ORLANDO, FL 32801**.

I, PHILIP J. DENNINGTON, do hereby affirm that on the **16th day of December, 2015** at **2:10 pm**, I:

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS IN CIVIL ACTION, COMPLAINT FOR INJUNCTION AND DAMAGES, FIRST AMENDED COMPLAINT FOR INJUNCTION AND DAMAGES, PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, EX PARTE SEIZURE ORDER, AND EXPEDITED DISCOVERY AND MEMORANDUM OF FACT AND LAW IN SUPPORT THEREOF, MOTION TO SEAL AND MEMORANDUM OF FACT AND LAW IN SUPPORT THEREOF, MOTION TO APPEAR PRO HAC VICE, REVISED MOTION FOR TEMPORARY ADMISSION INSTANTER,ORDER, NOTICE OF ELECTRONIC FILING** to: **JOSHUA DOE**, a person in charge at the recipient's **PRIVATE MAILBOX** location at the address of: **4630 S. KIRKMAN RD, BOX 806, ORLANDO, FL 32819**; the only address known after reasonable investigation and after determining that the person or business to be served maintains a mailbox at this location, in compliance with State Statutes.

**Additional Information pertaining to this Service:**
Attempted service at the address provided and this is the Principal address for the business An unknown male told the server to get off the property and stated he would not allow him back in. The server explained that this was the address on sunbiz. The unknown male then threatened to call the police. The server then left. Located and served at 4630 S. Kirkman Rd Box 806, Orlando Florida 32819

**Description** of Person Served: Age: 35, Sex: M, Race/Skin Color: White, Height: 5'10", Weight: 175, Hair: Bald, Glasses: N

## RETURN OF SERVICE For 6:15-CV-2079-ORL-3lTBS

I do hearby certify that I have no interest in the above action, that I am over the age of 18. Under penalties of perjury, I declare that I have read the forgoing affidavitt, and that the facts stated in it are true. No Notary required Pursuant to F.S. 92.525 (2)

_____
PHILIP J. DENNINGTON

Fast-Trac Legal Services, Inc.
P.O. Box 173093
Tampa, FL 33672
(813) 376-0595

Our Job Serial Number: ASH-2015005930

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Florida

Case Number: 6:15-CV-2079-ORL-3ITBS

Plaintiff:
**DELTA AIRLINES,INC.**

vs.

Defendant:
**GONZOLINA SOTOLONGO ET AL.**

For:
John H. Raines, III, Esquire

Received by Fast-Trac Legal Services, Inc. on the 15th day of December, 2015 at 1:39 pm to be served on **DESTINEY MARKETING SERVICES, INC C/O RICARDO CALZADA, REGISTERED AGENT, 419 N. MAGNOLIA AVE., SUITE 300A, ORLANDO, FL 32801.**

I, PHILIP J. DENNINGTON, do hereby affirm that on the **16th day of December, 2015** at **2:10 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS IN CIVIL ACTION, COMPLAINT FOR INJUNCTION AND DAMAGES, FIRST AMENDED COMPLAINT FOR INJUNCTION AND DAMAGES, PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, EX PARTE SEIZURE ORDER, AND EXPEDITED DISCOVERY AND MEMORANDUM OF FACT AND LAW IN SUPPORT THEREOF, MOTION TO SEAL AND MEMORANDUM OF FACT AND LAW IN SUPPORT THEREOF, MOTION TO APPEAR PRO HAC VICE, REVISED MOTION FOR TEMPORARY ADMISSION INSTANTER,ORDER, NOTICE OF ELECTRONIC FILING** to: **JOSHUA DOE**, a person in charge at the recipient's **PRIVATE MAILBOX** location at the address of: **4630 S, KIRKMAN RD, SUITE 806, ORLANDO, FL 32811**; the only address known after reasonable investigation and after determining that the person or business to be served maintains a mailbox at this location, in compliance with State Statutes.

**Additional Information pertaining to this Service:**
Attempted service at the address provided and this is a vacant suite. This is the current address listed on Sunbiz for the registered agent. Located and served at 4630 S. Kirkman Road, Box 806, Orlando Florida, 32819

**Description** of Person Served: Age: 35, Sex: M, Race/Skin Color: White, Height: 5'10", Weight: 175, Hair: Bald, Glasses: n

## RETURN OF SERVICE For 6:15-CV-2079-ORL-3ITBS

I do hearby certify that I have no interest in the above action, that I am over the age of 18. Under penalties of perjury, I declare that I have read the forgoing affidavitt, and that the facts stated in it are true. No Notary required Pursuant to F.S. 92.525 (2)

---

PHILIP J. DENNINGTON

Fast-Trac Legal Services, Inc.
P.O. Box 173093
Tampa, FL 33672
(813) 376-0595

Our Job Serial Number: ASH-2015005931

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0y