# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 6:15-CV-2079-ORL-3ITBS

Plaintiff:
**DELTA AIRLINES,INC.**

vs.

Defendant:
**GONZOLINA SOTOLONGO ET AL.**

For:
John H. Raines, III, Esquire

Received by Fast-Trac Legal Services, Inc. on the 15th day of December, 2015 at 1:39 pm to be served on **FULL MOON TRAVEL, INC., 14 E WASHINGSTON STREET, SUITE 300A, ORLANDO, FL 32801**.

I, MICHAEL FITZPATRICK, do hereby affirm that on the **16th day of December, 2015** at **1:39 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN CIVIL ACTION, COMPLAINT FOR INJUNCTION AND DAMAGES, FIRST AMENDED COMPLAINT FOR INJUNCTION AND DAMAGES, PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, EX PARTE SEIZURE ORDER, AND EXPEDITED DISCOVERY AND MEMORANDUM OF FACT AND LAW IN SUPPORT THEREOF, MOTION TO SEAL AND MEMORANDUM OF FACT AND LAW IN SUPPORT THEREOF, MOTION TO APPEAR PRO HAC VICE, REVISED MOTION FOR TEMPORARY ADMISSION INSTANTER,ORDER, NOTICE OF ELECTRONIC FILING** with the date and hour of service endorsed thereon by me, to: **GERALD DECKER** as **CORPORATE OFFICER** for **FULL MOON TRAVEL, INC.**, at the alternate address of: **2647 CLARINET DR, ORLANDO, FL 32837**, and informed said person of the contents therein, in compliance with state statutes.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Additional Information pertaining to this Service:**
Attempted service at the address provided and this is the Principal address for the business An unknown male told the server to get off the property and stated he would not allow him back in. The server explained that this was the address on sunbiz. THe unknown male then threatened to call the police. The server then left. Located and served at 2647 Clarinet Dr. Orlando Fl 32837 to corporate officer Gerald Decker.

**Description** of Person Served: Age: 83, Sex: M, Race/Skin Color: White, Height: 5'7", Weight: 160, Hair: White, Glasses: N

## RETURN OF SERVICE For 6:15-CV-2079-ORL-3ITBS

I do hereby certify that I have no interest in the above action, that I am over the age of eighteen, and that I am a Certified Process Server in the Judicial Circuit in which it was served. Under penalties of perjury, I declare that I have read the forgoing affidavit and that the facts stated in it are true.  No Notary required Pursuant to F.S. 92.525 (2)

_____
**MICHAEL FITZPATRICK**
CPS#0157

**Fast-Trac Legal Services, Inc.**
**P.O. Box 173093**
**Tampa, FL 33672**
**(813) 376-0595**

Our Job Serial Number: ASH-2015005927

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0y