# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 6:15-CV-2079-ORL-3ITBS

Plaintiff:
**DELTA AIRLINES,INC.**

vs.

Defendant:
**GONZOLINA SOTOLONGO ET AL.**

For:
John H. Raines, III, Esquire

Received by Fast-Trac Legal Services, Inc. on the 15th day of December, 2015 at 1:39 pm to be served on **DESTINEY MARKETING SERVICES, INC C/O RICARDO CALZADA, REGISTERED AGENT, 419 N. MAGNOLIA AVE., SUITE 300A, ORLANDO, FL 32801**.

I, PHILIP J. DENNINGTON, do hereby affirm that on the **16th day of December, 2015** at **2:10 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS IN CIVIL ACTION, COMPLAINT FOR INJUNCTION AND DAMAGES, FIRST AMENDED COMPLAINT FOR INJUNCTION AND DAMAGES, PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, EX PARTE SEIZURE ORDER, AND EXPEDITED DISCOVERY AND MEMORANDUM OF FACT AND LAW IN SUPPORT THEREOF, MOTION TO SEAL AND MEMORANDUM OF FACT AND LAW IN SUPPORT THEREOF, MOTION TO APPEAR PRO HAC VICE, REVISED MOTION FOR TEMPORARY ADMISSION INSTANTER,ORDER, NOTICE OF ELECTRONIC FILING** to: **JOSHUA DOE**, a person in charge at the recipient's **PRIVATE MAILBOX** location at the address of: **4630 S, KIRKMAN RD, SUITE 806, ORLANDO, FL 32811**; the only address known after reasonable investigation and after determining that the person or business to be served maintains a mailbox at this location, in compliance with State Statutes.

**Additional Information pertaining to this Service:**
Attempted service at the address provided and this is a vacant suite. This is the current address listed on Sunbiz for the registered agent. Located and served at 4630 S. Kirkman Road, Box 806, Orlando Florida, 32819

**Description** of Person Served: Age: 35, Sex: M, Race/Skin Color: White, Height: 5'10", Weight: 175, Hair: Bald, Glasses: n

## RETURN OF SERVICE For 6:15-CV-2079-ORL-3ITBS

I do hearby certify that I have no interest in the above action, that I am over the age of 18. Under penalties of perjury, I declare that I have read the forgoing affidavitt, and that the facts stated in it are true. No Notary required Pursuant to F.S. 92.525 (2)

_____
**PHILIP J. DENNINGTON**

**Fast-Trac Legal Services, Inc.**
**P.O. Box 173093**
**Tampa, FL 33672**
**(813) 376-0595**

Our Job Serial Number: ASH-2015005931

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0y