PCCA 10035

PAR 15742

```
Court Name: Florida Middle District
Division: 6
Receipt Number: ORL049537
Cashier ID: cherdeaa
Transaction Date: 12/16/2015
Payer Name: Delta v. Gonzolina
----------------------------------
TREASURY REGISTRY
 For: Delta v. Gonzolina
 Case/Party: D-FLM-6-15-CV-002079-001
 Amount:         $10,000.00
----------------------------------
PAPER CHECK CONVERSION
 Remitter: Wellborn & Wallace
 Check/Money Order Num: 2026
 Amt Tendered: $10,000.00
----------------------------------
Total Due:      $10,000.00
Total Tendered: $10,000.00
Change Amt:     $0.00

Security by Delta Air Lines
pursuant to Order doc no. 10


Payments by check/money order will
result in a one-time electronic
debit from your account. Funds may
be withdrawn within 24 hours. If
there are insufficient funds, we
will impose a $53.00 fee.
```

**WELLBORN & WALLACE, LLC**
1175 PEACHTREE STREET NE
100 COLONY SQUARE, STE. 300
ATLANTA, GA 30361

4537
64-10/610
2026

Date 12/15/15

Pay to the order of: Clerk of Court           $ 10,000

Ten thousand and 00/100                        Dollars

**SUNTRUST**
ACH RT 061000104

Memo: CASH BOND FOR TRO 6:15-cv-2079

_[signature] Paul Wellborn_

⑆061000104⑆ 1000097189863 ⑈ 2026