UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DELTA AIR LINES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:15-cv-02079-GAP-TBS |
| ) | |
| GONZOLINA SOTOLONGO; ) | |
| DOUGLAS MARK FLETCHER; ) | |
| JOSEPH CHIMENTI; ) | |
| GERALD DECKER: ) | |
| FULL MOON TRAVEL, INC. d/b/a ) | |
| FIRST TRAVEL SERVICES d/b/a ) | |
| TOURS R US SPECIAL VACATIONS ) | |
| d/b/a BOOKITDISCOUNTCLUB.COM; ) | |
| TWILIGHT TRAVEL, INC.; ) | |
| DESTINEY MARKETING SERVICES, ) | |
| INC.; and JOHN DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION FOR EXPEDITED DISCOVERY**

Delta Air Lines, Inc. ("Delta" or "Plaintiff") files this Supplemental Brief in support of its *Motion for Expedited Discovery*[1] [DE 9] ("the Motion") and shows as follows:

*Factual Basis*

Delta originally filed the Motion on December 10, 2015. On December 14, 2015, this Court granted the Temporary Restraining Order, but deferred its ruling on Delta's Motion for Expedited Discovery until the preliminary injunction hearing currently set for December 28, 2015. *See* December 14, 2015 *Order* [DE 10] at p. 12.

---

[1] Delta requested leave to take expedited discovery from the defendants in this matter as part of its *Motion for Temporary Restraining Order, Ex Parte Seizure Order, and Expedited Discovery* [DE 9]

1

On December 22, 2015, counsel for Plaintiff, Kelly O. Wallace, met with Defendant Douglas Mark Fletcher ("Fletcher") to discuss various facts and allegations raised by Plaintiff in the case. *See* Declaration of Kelly O. Wallace ("Wallace Dec.") at Exhibit A. As a result of these discussions with Fletcher, Delta seeks to move this Court to expand (slightly) the scope of the requested expedited discovery to permit limited third-party discovery to follow up on information provided by Fletcher which is directly related to the identification of some or all of the as-yet-unidentified John Doe defendants in this matter.

## *Specific Expedited Discovery Sought*

Plaintiff seeks leave from the Court to immediately serve discovery relating to the installation, ownership, and usage of the telephone numbers appearing on the infringing facsimile identified in the Motion as the "August Fax." *See* Motion at Exhibit B, Declaration of Tim Huhn at Sub-Exhibit B-6. The non-parties identified below are believed to have relevant information regarding the identity/identities of the as-yet-unknown John Doe defendants and the physical locations from which they operate their business(es).

Specifically, Plaintiff seeks leave to immediately serve discovery on the following non-parties pursuant to Federal Rule of Civil Procedure 45, as well as leave to follow up with any additional non-parties with knowledge identified in the responses therefrom:

(1)   XCast Labs, Inc. ("XCast") is a California corporation with its principal place of business in Los Angeles, California. Based on information provided by Fletcher, XCast is the telecommunications service provider used by the John Doe defendants for the incoming calls generated from the infringing facsimiles.

(2)   Level 3 Communications, LLC ("Level 3") is a Delaware limited liability company registered to do business in the State of Florida. Based on information provided by

Somos (the information clearinghouse for toll-free numbers), service for the toll-free number on the infringing facsimile is provided by Level 3.

Proposed subpoenas requesting documents (and in the case of Curtis, deposition testimony) are attached hereto at Exhibit B.

## ARGUMENT AND CITATION TO AUTHORITY

Federal Rule of Civil Procedure 26(d)(1) permits a party to conduct discovery in advance of the conference of parties required by Fed. R. Civ. P. 26(f), "when authorized by these rules, by stipulation, or by court order."  Fed. R. Civ. P. 26(d)(1).

Here, Delta is requesting leave from the Court to conduct limited third-party discovery for the purpose of identifying the as-yet-unknown John Doe defendants described in the *First Amended Complaint* [DE 14].  It is in the interest of Plaintiffs, all Defendants, and the Court for Delta to be able to identify and bring these defendants before the Court as expeditiously as possible.  To that end, allowing Delta to take this limited discovery in advance of the formal commencement of the normal discovery period serves this goal.  Requiring Delta to postpone these non-party requests until the start of the ordinary discovery process would unduly delay the identification – and addition – of the additional defendants and result in an unnecessary multiplication and expansion of these proceedings.

## CONCLUSION

For the foregoing reasons, Delta hereby requests that this Court permit, in addition to the expedited party discovery requested in the Motion, it to serve the non-party subpoenas attached hereto at Exhibit B.

Respectfully submitted this 23rd day of December, 2015.

**WELLBORN, WALLACE & WOODARD, LLC**

/s Paul F. Wellborn III

3

| | |
|---|---|
| 1175 Peachtree St. NE<br>100 Colony Square, Suite 300<br>Atlanta, Georgia 30361<br>Phone:   (404) 815-9595<br>Fax:       (404) 815-9957<br>E-mail:  pete@wellbornlaw.com<br>            kelly@wellbornlaw.com<br>            jamie@wellbornlaw.com | Paul F. Wellborn III<br>Georgia Bar No. 746720 *(Pro Hac Vice)*<br>Kelly O. Wallace<br>Georgia Bar No. 734166 *(Pro Hac Vice)*<br>Jamie Woodard<br>Georgia Bar No. 775792 *(Pro Hac Vice)* |

**JOHN H. RAINS III, P.A.**

| | |
|---|---|
| 501 East Kennedy Boulevard, Suite 750<br>Tampa, FL 33602<br>Phone:  (813) 221-2777<br>Fax:      (813) 221-3737<br>Email:  jrains@johnrains.com<br>           ehill@johnrains.com | /s John H. Rains III<br>John H. Rains, III<br>Florida Bar No. 280283<br><br><br>Attorneys for Plaintiff Delta Air Lines, Inc. |

4

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DELTA AIR LINES, INC., )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>GONZOLINA SOTOLONGO; )<br>DOUGLAS MARK FLETCHER; )<br>JOSEPH CHIMENTI; )<br>GERALD DECKER: )<br>FULL MOON TRAVEL, INC. d/b/a )<br>FIRST TRAVEL SERVICES d/b/a )<br>TOURS R US SPECIAL VACATIONS )<br>d/b/a BOOKITDISCOUNTCLUB.COM; )<br>TWILIGHT TRAVEL, INC.; )<br>DESTINEY MARKETING SERVICES, )<br>INC.; and JOHN DOES 1-10, )<br>)<br>   Defendants. ) | Case No. 6:15-cv-02079-GAP-TBS |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 23rd, 2015, I electronically filed this **PLAINTIFF'S SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION FOR EXPEDITED DISCOVERY** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification or other sufficient notice of such filing to the following:

| **Counsel For** | **Attorney** | **E-mail Address** |
|---|---|---|
| Defendant VanGinhoven | Ava. K. Doppelt | adoppelt@addmg.com |

I further certify that on this date, I served the following parties by placing a copy of the referenced filing with the United States Postal Service for delivery via first-class mail in an envelope with adequate postage affixed thereto addressed as follows:

| | |
|---|---|
| Defendants Gerald Decker and Full Moon Travel, Inc. | 2647 Clarinet Drive<br>Orlando, FL 32837 |
| Defendant Gonzolina Sotolongo | 5751 Citadel Drive<br>Orlando, FL 32839 |
| Defendants Joseph Chimenti, Twilight Travel, Inc., and Destiney Marketing Services, Inc. | 4630 S. Kirkman Road, Box 806<br>Orlando, FL 32819 |

| | |
|---|---|
| 1175 Peachtree St. NE<br>100 Colony Square, Suite 300<br>Atlanta, Georgia 30361<br>Phone:   (404) 815-9595<br>Fax:      (404) 815-9957<br>E-mail:  pete@wellbornlaw.com<br>             kelly@wellbornlaw.com<br>             jamie@wellbornlaw.com | **WELLBORN, WALLACE & WOODARD, LLC**<br><br>/s Paul F. Wellborn III<br>Paul F. Wellborn III<br>Georgia Bar No. 746720 *(Pro Hac Vice)*<br>Kelly O. Wallace<br>Georgia Bar No. 734166 *(Pro Hac Vice)*<br>Jamie Woodard<br>Georgia Bar No. 775792 *(Pro Hac Vice)* |
| 501 East Kennedy Boulevard, Suite 750<br>Tampa, FL 33602<br>Phone:  (813) 221-2777<br>Fax:     (813) 221-3737<br>Email:  jrains@johnrains.com<br>            ehill@johnrains.com | **JOHN H. RAINS III, P.A.**<br><br>/s John H. Rains III<br>John H. Rains, III<br>Florida Bar No. 280283<br><br><br>Attorneys for Plaintiff Delta Air Lines, Inc. |