UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DELTA AIR LINES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 6:15-cv-02079-GAP-TBS |
| | ) |
| GONZOLINA SOTOLONGO; | ) |
| DOUGLAS MARK FLETCHER; | ) |
| JOSEPH CHIMENTI; | ) |
| GERALD DECKER: | ) |
| FULL MOON TRAVEL, INC. d/b/a | ) |
| FIRST TRAVEL SERVICES d/b/a | ) |
| TOURS R US SPECIAL VACATIONS | ) |
| d/b/a BOOKITDISCOUNTCLUB.COM; | ) |
| TWILIGHT TRAVEL, INC.; | ) |
| DESTINEY MARKETING SERVICES, | ) |
| INC.; and JOHN DOES 1-10, | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF KELLY O. WALLACE

1.

My name is Kelly O. Wallace. I am competent in all respects to testify regarding the matters set forth herein. I am outside counsel in the above-styled matter for Plaintiff Delta Air Lines, Inc. ("Delta"). I have personal knowledge of the facts stated herein and know them to be true. I give this declaration in support of Delta's *Supplemental Brief in Support of its Motion For Expedited Discovery.*

2.

On December 22, 2015, at his request, I travelled to Orlando, Florida and met with Defendant Douglas Mark Fletcher ("Fletcher") to discuss the instant litigation.

1

3.

In the course of our discussions, Fletcher informed me that the telecommunications company providing the voice-over-Internet ("VOIP") telephone service to the call center which received the calls from telephone number (844) 859-2102 is XCast Labs.

4.

That telephone number - (844) 859-2102 – is the contact number used by the as-yet-unidentified John Doe defendants in the infringing facsimile that Delta became aware of in August, 2015.

5.

On December 23, 2015, I personally requested information from SOMOS – the information clearinghouse for toll-free telephone numbers – regarding the service provider for the telephone number (844) 859-2102. A true and correct copy of the response from SOMOS is attached hereto at Exhibit 1.

6.

I swear under penalty of perjury that the testimony set forth in this declaration is true and correct.

This 23rd day of December, 2015.

        /s/ Kelly O. Wallace _____
        Kelly O. Wallace
        Georgia Bar No. 734166
        Attorney for Delta Air Lines, Inc.



1290 Broadway, Suite 1400 • Denver, CO 80203
844.HEY.SOMOS • Fax 866.458.0653
help@somos.com
www.somos.com

12/23/2015

Name:         Kelly O. Wallace
Company:      Wellborn, Wallace & Woodard LLC

Dear Kelly O. Wallace,

Somos non-proprietary information of a Toll-Free Number consists of the current service provider, current status and the trouble referral number of the current service provider. The SMS/800 platform does not contain information for numbers other than Toll-Free (800, 888, 877, 866, 855 & 844). Please note that customer information is not maintained by Somos and must be obtained from the current Toll-Free Service Provider.

Below is the non-proprietary information on the Toll-Free Numbers submitted:

| Dial Number  | Service Provider        | Status | Service Provider Contact # |
|--------------|-------------------------|--------|----------------------------|
| 844-859-2102 | LEVEL 3 COMMUNICATIONS  | ACTIVE | 877-453-8353               |
|              | Sept 1, 2015 to the present. |    |                            |

If you have any questions regarding the information you have received, please contact the Help Desk at 844-HEY-SOMOS (844-439-7666), Option 1.

Sincerely,

## Mark Ohlhauser
Help Desk - Analyst

Call or Text | 844.HEY.SOMOS or 844-439-7666
Email | help@somos.com
Web | www.somos.com

somos.com    o  844.HEY.SOMOS    P.O. Box 8122
             f  732.514.6723     Bridgewater, NJ 08807-8122