Joseph Chimenti, Private Accountant

4630 S Kirkman Rd #806

Orlando, Fl 32811

To: US District Court, Middle District of Florida

Civil Action No. 6:15CV2079-ORL-31TBS

I had no Operational authority concerning the mentioned companies, nor awareness of their marketing procedures. I was an Accounting Consultant. I cannot see any proof of Monetary Damages to the Plaintiff. I can see harmless false advertising, which helped many people that could not afford an expensive vacation, get one.

Joseph Chimenti

Copy: John H Rains, III, 501 E Kennedy Blvd., Tampa, Fl