ORLANDO FL 328
22 DEC 2015 PM 3 L

US District Court
Middle District of Florida
801 North Florida Ave
Tampa, FL 33602

Chinnatt
5753 Ernst Ct
Orlando FL