UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DELTA AIR LINES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 6:15-cv-02079-GAP-TBS |
| | ) |
| GONZOLINA SOTOLONGO; | ) |
| DOUGLAS MARK FLETCHER; | ) |
| JOSEPH CHIMENTI; | ) |
| GERALD DECKER: | ) |
| FULL MOON TRAVEL, INC. d/b/a | ) |
| FIRST TRAVEL SERVICES d/b/a | ) |
| TOURS R US SPECIAL VACATIONS | ) |
| d/b/a BOOKITDISCOUNTCLUB.COM; | ) |
| TWILIGHT TRAVEL, INC.; | ) |
| DESTINEY MARKETING SERVICES, | ) |
| INC.; and JOHN DOES 1-10, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff Delta Air Lines, Inc. hereby discloses the following pursuant to this Court's Interested Persons Order and Corporate Disclosure:

1. *The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:*

**Parties**
Delta Air Lines, Inc. (Plaintiff)
Gonzolina Sotolongo (Defendant)
Douglas Mark Fletcher (Defendant)
Joseph Chimenti (Defendant)
Gerald Decker (Defendant)
Full Moon Travel, Inc. (Defendant)
Twilight Travel, Inc. (Defendant)

Destiney Marketing Services, Inc. (Defendant)

**Related Entities**
None.

**Plaintiff's Counsel**
Wellborn, Wallace & Woodard, LLC;
Paul F. Wellborn III; Kelly O. Wallace; and Jamie P. Woodard;
John H. Rains III, P.A.; and
John H. Rains III.

2. *The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:*

   None of which Delta is aware.

3. *The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):*

   None of which Delta is aware.

4. *The name of each victim (individual or corporate), including every person who may be entitled to restitution:*

   None, other than Plaintiff. (Defined broadly, every recipient of any marketing piece sent by Defendants and bearing a counterfeit Delta Mark is a "victim," but they are not parties hereto, and Delta does not sue on their behalves.)

5. *Check one of the following:*

☑ I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing upon learning of any such conflict.

   -or-

☐ I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:
[insert explanation]

   Respectfully submitted this 28th day of December, 2015.

2

| | **WELLBORN, WALLACE & WOODARD, LLC** |
|---|---|
| | /s Kelly O. Wallace |
| 1175 Peachtree St. NE | Paul F. Wellborn III |
| 100 Colony Square, Suite 300 | Georgia Bar No. 746720 *(Pro Hac Vice)* |
| Atlanta, Georgia 30361 | Kelly O. Wallace |
| Phone:   (404) 815-9595 | Georgia Bar No. 734166 *(Pro Hac Vice)* |
| Fax:       (404) 815-9957 | Jamie Woodard |
| E-mail:  pete@wellbornlaw.com | Georgia Bar No. 775792 *(Pro Hac Vice)* |
|              kelly@wellbornlaw.com | |
|              jamie@wellbornlaw.com | |
| | **JOHN H. RAINS III, P.A.** |
| | /s John H. Rains III |
| 501 East Kennedy Boulevard, Suite 750 | John H. Rains, III |
| Tampa, FL 33602 | Florida Bar No. 280283 |
| Phone:  (813) 221-2777 | |
| Fax:       (813) 221-3737 | |
| Email:  jrains@johnrains.com | |
|             ehill@johnrains.com | |
| | Attorneys for Plaintiff Delta Air Lines, Inc. |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DELTA AIR LINES, INC., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>GONZOLINA SOTOLONGO; )<br>DOUGLAS MARK FLETCHER; )<br>JOSEPH CHIMENTI; )<br>GERALD DECKER: )<br>FULL MOON TRAVEL, INC. d/b/a )<br>FIRST TRAVEL SERVICES d/b/a )<br>TOURS R US SPECIAL VACATIONS )<br>d/b/a BOOKITDISCOUNTCLUB.COM; )<br>TWILIGHT TRAVEL, INC.; )<br>DESTINEY MARKETING SERVICES, )<br>INC.; and JOHN DOES 1-10, )<br>)<br>    Defendants. ) | Case No. 6:15-cv-02079-GAP-TBS |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28th, 2015, I electronically filed this **CERTIFICATE OF INTERESTED PARTIES** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification or other sufficient notice of such filing to the following:

I further certify that on this date, I served the following parties by placing a copy of the referenced filing with the United States Postal Service for delivery via first-class mail in an envelope with adequate postage affixed thereto addressed as follows:

| | |
|---|---|
| Defendants Gerald Decker and Full Moon Travel, Inc. | 2647 Clarinet Drive<br>Orlando, FL 32837 |
| Defendant Gonzolina Sotolongo | 5751 Citadel Drive |

4

|  | Orlando, FL 32839 |
|---|---|
| Defendants Joseph Chimenti, Twilight Travel, Inc., and Destiney Marketing Services, Inc. | 4630 S. Kirkman Road, Box 806 Orlando, FL 32819 |

|  |  |
|---|---|
| 1175 Peachtree St. NE<br>100 Colony Square, Suite 300<br>Atlanta, Georgia 30361<br>Phone:   (404) 815-9595<br>Fax:       (404) 815-9957<br>E-mail:  pete@wellbornlaw.com<br>              kelly@wellbornlaw.com<br>              jamie@wellbornlaw.com | **WELLBORN, WALLACE & WOODARD, LLC**<br><br>/s Paul F. Wellborn III<br>Paul F. Wellborn III<br>Georgia Bar No. 746720 *(Pro Hac Vice)*<br>Kelly O. Wallace<br>Georgia Bar No. 734166 *(Pro Hac Vice)*<br>Jamie Woodard<br>Georgia Bar No. 775792 *(Pro Hac Vice)* |
| 501 East Kennedy Boulevard, Suite 750<br>Tampa, FL 33602<br>Phone:   (813) 221-2777<br>Fax:       (813) 221-3737<br>Email:   jrains@johnrains.com<br>              ehill@johnrains.com | **JOHN H. RAINS III, P.A.**<br><br>/s John H. Rains III<br>John H. Rains, III<br>Florida Bar No. 280283<br><br><br>Attorneys for Plaintiff Delta Air Lines, Inc. |

5