UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DELTA AIR LINES, INC., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Case No. 6:15-cv-02079-GAP-TBS |
| | ) |
| GONZOLINA SOTOLONGO; | ) |
| DOUGLAS MARK FLETCHER; | ) |
| JOSEPH CHIMENTI; | ) |
| GERALD DECKER: | ) |
| FULL MOON TRAVEL, INC. d/b/a | ) |
| FIRST TRAVEL SERVICES d/b/a | ) |
| TOURS R US SPECIAL VACATIONS | ) |
| d/b/a BOOKITDISCOUNTCLUB.COM; | ) |
| TWILIGHT TRAVEL, INC.; | ) |
| DESTINEY MARKETING SERVICES, | ) |
| INC.; and JOHN DOES 1-10, | ) |
| | ) |
|    Defendants. | ) |

**NOTICE OF PENDENCY OF OTHER ACTIONS**

*In accordance with Local Rule 1.04(d), I certify that the instant action:*

  __X__  IS     *related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:*

This action arises based on facts which are nearly identical to a prior civil action by Plaintiff Delta Air Lines, Inc. ("Delta" or "Plaintiff") in this judicial district titled *Delta Air Lines, Inc. v. Pedro Sotolongo, et. al.,* Civil Action No. 6:10-cv-1334-Orl. In that matter, virtually-identical infringing facsimiles were sent advertising travel packages for sale by defendant Pedro Sotolongo through a number of closely-connected "shell" corporations. In setting up the network of entities, Pedro Sotolongo used his father – co-defendant Rigoberto Sotolongo – as the responsible officer for the companies to prevent discovery of his direct

involvement (and liability).  That case concluded with the entry of a Permanent Injunction against Pedro and Rigoberto Sotolongo, which some or all of the defendants in the instant case may have knowingly acted in violation of.

Here, Delta believes that Pedro Sotolongo has violated the terms of the Permanent Injunction by using another relative – his mother (and wife of Rigoberto Sotolongo) Gonzolina – as his proxy for this continued intentional and bad-faith infringement and piracy of Delta's registered trademarks.

____   *IS NOT*   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Respectfully submitted this 28th day of December, 2015.

**WELLBORN, WALLACE & WOODARD, LLC**

/s Paul F. Wellborn III

| | |
|---|---|
| 1175 Peachtree St. NE | Paul F. Wellborn III |
| 100 Colony Square, Suite 300 | Georgia Bar No. 746720 *(Pro Hac Vice)* |
| Atlanta, Georgia 30361 | Kelly O. Wallace |
| Phone:   (404) 815-9595 | Georgia Bar No. 734166 *(Pro Hac Vice)* |
| Fax:       (404) 815-9957 | Jamie Woodard |
| E-mail:   pete@wellbornlaw.com | Georgia Bar No. 775792 *(Pro Hac Vice)* |
|              kelly@wellbornlaw.com | |
|              jamie@wellbornlaw.com | |

**JOHN H. RAINS III, P.A.**

/s John H. Rains III

501 East Kennedy Boulevard, Suite 750    John H. Rains, III
Tampa, FL 33602                                           Florida Bar No. 280283

2

Phone:  (813) 221-2777
Fax:    (813) 221-3737
Email:  jrains@johnrains.com
         ehill@johnrains.com      Attorneys for Plaintiff Delta Air Lines, Inc.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DELTA AIR LINES, INC., | ) |
|     Plaintiff, | ) |
| v. | ) Case No. 6:15-cv-02079-GAP-TBS |
| GONZOLINA SOTOLONGO;<br>DOUGLAS MARK FLETCHER;<br>JOSEPH CHIMENTI;<br>GERALD DECKER:<br>FULL MOON TRAVEL, INC. d/b/a<br>FIRST TRAVEL SERVICES d/b/a<br>TOURS R US SPECIAL VACATIONS<br>d/b/a BOOKITDISCOUNTCLUB.COM;<br>TWILIGHT TRAVEL, INC.;<br>DESTINEY MARKETING SERVICES,<br>INC.; and JOHN DOES 1-10, | ) |
|     Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28th, 2015, I electronically filed this **CERTIFICATE OF INTERESTED PARTIES** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification or other sufficient notice of such filing to the following:

I further certify that on this date, I served the following parties by placing a copy of the referenced filing with the United States Postal Service for delivery via first-class mail in an envelope with adequate postage affixed thereto addressed as follows:

| | |
|---|---|
| Defendants Gerald Decker and Full Moon Travel, Inc. | 2647 Clarinet Drive<br>Orlando, FL 32837 |
| Defendant Gonzolina Sotolongo | 5751 Citadel Drive |

4

|  | Orlando, FL 32839 |
|---|---|
| Defendants Joseph Chimenti, Twilight Travel, Inc., and Destiney Marketing Services, Inc. | 4630 S. Kirkman Road, Box 806 Orlando, FL 32819 |

|  |  |
|---|---|
| | **WELLBORN, WALLACE & WOODARD, LLC** |
| 1175 Peachtree St. NE<br>100 Colony Square, Suite 300<br>Atlanta, Georgia 30361<br>Phone:  (404) 815-9595<br>Fax:  (404) 815-9957<br>E-mail:  pete@wellbornlaw.com<br>  kelly@wellbornlaw.com<br>  jamie@wellbornlaw.com | /s Paul F. Wellborn III<br>Paul F. Wellborn III<br>Georgia Bar No. 746720 *(Pro Hac Vice)*<br>Kelly O. Wallace<br>Georgia Bar No. 734166 *(Pro Hac Vice)*<br>Jamie Woodard<br>Georgia Bar No. 775792 *(Pro Hac Vice)* |
| 501 East Kennedy Boulevard, Suite 750<br>Tampa, FL 33602<br>Phone:  (813) 221-2777<br>Fax:  (813) 221-3737<br>Email:  jrains@johnrains.com<br>  ehill@johnrains.com | **JOHN H. RAINS III, P.A.**<br><br>/s John H. Rains III<br>John H. Rains, III<br>Florida Bar No. 280283<br><br><br>Attorneys for Plaintiff Delta Air Lines, Inc. |