# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DELTA AIR LINES, INC.,**

        **Plaintiff,**

**v.**                                                    **Case No:   6:15-cv-2079-Orl-31TBS**

**GONZOLINA SOTOLONGO, DOUGLAS MARK FLETCHER, JOSEPH CHIMENTI, GERALD DECKER, FULL MOON TRAVEL, INC., TWILIGHT TRAVEL, INC., DESTINEY MARKETING SERVICES, INC. and JOHN DOES 1-10,**

        **Defendants.**

## ORDER

This matter is before the Court on Plaintiff's Motion for Expedited Discovery (Doc. 9) and supplement thereto (Doc. 40).   Defendants have not opposed the Motion.   It is, therefore

**ORDERED** that the Motion is GRANTED.   Plaintiff may immediately pursue third party discovery relating to the installation, ownership and usage of the telephone numbers appearing on the subject facsimiles.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 28, 2015.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party