# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DELTA AIR LINES, INC.,**

      **Plaintiff,**

**v.**                                                **Case No:   6:15-cv-2079-Orl-31TBS**

**GONZOLINA SOTOLONGO, DOUGLAS MARK FLETCHER, JOSEPH CHIMENTI, GERALD DECKER, FULL MOON TRAVEL, INC., TWILIGHT TRAVEL, INC., DESTINEY MARKETING SERVICES, INC. and JOHN DOES 1-10,**

      **Defendants.**

## ORDER

This matter came before the Court after a hearing regarding the Motion for Temporary Restraining Order, Preliminary Injunction, Ex Parte Seizure Order, and Expedited Discovery (henceforth, the "Motion for Injunctive Relief") (Doc. 9) filed by the Plaintiff, Delta Air Lines, Inc. ("Delta"). On December 14, 2015, this Court entered an order (Doc. 10) granting in part the Motion for Injunctive Relief. Pursuant to that order, the Defendants were temporarily restrained from certain activities and ordered to show cause why the TRO should not, in effect, be converted to a preliminary injunction. (Doc. 10 at 12). No Defendant did so, and no Defendant appeared at today's hearing. Accordingly, it is hereby

**ORDERED** that the Defendants, their agents, employees, confederates, attorneys, and any persons acting in concert or participation with them, or having knowledge of this order by personal service or otherwise, are hereby **ENJOINED**, pending further order of the Court, from

(a) using counterfeits or infringing versions of Plaintiff's marks in connection with the creation, importation, exportation, distribution, marketing, advertising, offer for sale, sale, and/or public display of marketing materials; and

(b) moving, destroying, or otherwise disposing of any products, digital storage media, or other items, merchandise or documents bearing, relating to, or used for reproducing the Plaintiff's marks or any reproduction, counterfeit, copy, or colorable imitation thereof; and

(c) removing, destroying, otherwise disposing of any computer tapes or disks, business records, or documents relating in any way to the manufacture, acquisition, purchase, distribution, sale, public display, or public use of any goods or other materials bearing Plaintiff's marks or any reproduction, counterfeit, copy or colorable imitation thereof.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 28, 2015.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party