UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| DELTA AIR LINES, INC.<br>v<br>GONZOLINA SOTOLONGO, et al ||  Case No. 6:15-cv-2079-Orl-31TBS ||
|---|---|---|---|
| JUDGE | Gregory A. Presnell<br>U.S. District Judge | COUNSEL FOR PLAINTIFF | Jamie Woodard<br>Kelly Wallace |
| DEPUTY CLERK | Virginia Flick | COUNSEL FOR DEFENDANT | no one appeared |
| COURT REPORTER | Sandy Tremell | INTERPRETER | n/a |
| DATE AND TIME | 12/28/15 1:33 – 1:39 pm | TOTAL TIME | 0/06 |

## CLERK'S MINUTES

### PROCEEDINGS OF: MOTION HEARING

Counsel for Plaintiff present; no one appeared for any of the defendants

Order on 12/14/15, set this hearing and directed Defendants to file a response to the motion for temporary restraining order; no response was filed

Brief discussion as to pending motions

Order to enter – converting temporary restraining order to temporary injunction; granting motion for expedited discovery as to third parties