FILED
12/22/15
2016 JAN -4 PM 3:11
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

John H. Rains
501 East Kennedy Blvd. TB
Tampa, FL. 33602

Gentlemen,

I opened these corporations to help a friend. He was having trouble opening Bank Accounts!

I had no administration authority on these companies!

He had complete control!

I retired 10 years ago!

Sincerely,

Gerald Decker
2567 Clarcona Ch.
Orlando FL. 32837

*[signature]*

CC: Federal Court