# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DELTA AIR LINES, INC.,**

    **Plaintiff,**

v.                                                                                    Case No:   6:15-cv-2079-Orl-31TBS

**GONZOLINA SOTOLONGO, DOUGLAS MARK FLETCHER, JOSEPH CHIMENTI, GERALD DECKER, FULL MOON TRAVEL, INC., TWILIGHT TRAVEL, INC., DESTINEY MARKETING SERVICES, INC., JOHN DOES 1-10, TROPICAL GETAWAYS, LLC, CHAYLA ARCHAMBAULT, VIP TRAVEL SERVICES, LLC and DANTE SPITALIERI,**

    **Defendants.**

## ORDER

This cause comes before the Court on Plaintiff's Motion for Default Judgment (Doc. 103), filed February 15, 2017, and Plaintiff's Amended Motion for Default Judgment (Doc. 104), filed February 17, 2017.

On February 24, 2017, the United States Magistrate Judge issued a report (Doc. 105) recommending that the amended motion be granted in part and denied in part. No objections have been filed.  Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Amended Motion for Default Final Judgment and Permanent Injunction (Doc. 104) is **GRANTED in part** to the extent it seeks a default judgment against Fletcher and the

Fletcher Entities and **DENIED in part** to the extent it seeks an award of punitive damages, additional fees for local counsel, or costs other than those recoverable under 28 U.S.C. § 1920.

    3.     The Clerk is directed to enter default judgment in favor of Plaintiff and against Defendants Mark Fletcher, Full Moon Travel, Inc., Twilight Travel, Inc., and Destiney Marketing Services, Inc. in the amount of $6,000,000.00 in statutory damages and $164,840.00 in attorney fees.

    4.     A permanent injunction will be entered by separate order.

    5.     The motion filed at Doc. 103 is **DENIED as moot**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 14, 2017.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party